RECEIVED
JAN 4 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet 07-4 C

Plaintiff(s) or Petitioner(s) Laudes Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mark G. Jackson

Firm Name: Garvey Schubert Barer

Post Office Box:

Street Address: 1191 Second Avenue, Suite 1800

City-State-Zip: Seattle, WA 98101

Telephone & Facsimile Numbers: 206-464-3939 and 206-464-0125 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 8

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. This is a contract for construction and services, under both the CDA and the Tucker Act.

Agency Identification Code: D O D

See attached sheet for three-digit codes.

Amount Claimed: $ 13,000,000

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ N/A

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.