IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-4C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, we respectfully request that the Court enlarge the deadline for the Government to file its answer in this case by 45 days, from March 5, 2007, until April 19, 2007. This is our first request for an enlargement. We have discussed this matter with counsel for the plaintiff and represent that he does not oppose this motion. Likewise, we have informed plaintiff's counsel that we will not oppose the motion to amend his complaint that he anticipates filing shortly.

The additional time is requested so that Government counsel adequately can prepare and file the Government's response to the complaint. We need this additional time because the agency responsible for providing litigation support in this case, the United States Army ("the Army"), has been unable to complete the investigation necessary to supply a litigation report. The allegations set forth in plaintiff's extensive complaint all occurred in Iraq, which has complicated the Army's investigation of them. The Army's investigation is further complicated by the fact that many of the military personnel relevant to issues set forth in the complaint spent relatively brief periods of time in Iraq, thus multiplying the number of individuals who the Army must consult regarding plaintiff's allegations. As a result, despite a diligent effort, the Army has

not yet been able to ascertain the accuracy of plaintiff's allegations nor provide sufficient information to enable Government counsel to determine which defenses would be appropriate in this case.

Accordingly, we respectfully request that the Court grant this unopposed motion for enlargement and enlarge the deadline for the Government to file its answer until April 19, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

March 1, 2007