# In the United States Court of Federal Claims

No. 07-4C

(Filed: March 2, 2007)

************************************** *
*
LAUDES CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************** *

ORDER

On March 1, 2007, counsel for Defendant filed with the Court an Unopposed Motion For Enlargement requesting an additional 45 days, to and including April 19, 2007, to file its Answer to Plaintiff's Complaint. For good cause shown, Defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge