IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-4C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, we respectfully request that the Court enlarge the deadline for the Government to file its response to the complaint in this case by 32 days, from April 19, 2007, until May 21, 2007. This is our second request for an enlargement, the Court having previously granted our unopposed motion for a 45-day enlargement. We have discussed this matter with counsel for the plaintiff and he has indicated that plaintiff will oppose this motion.

The additional time is requested so that Government counsel adequately can consult and coordinate with the appropriate authorities at the Department of Defense, the Department of State, the Department of the Treasury, and other sections of the Department of Justice, to formulate our response to the complaint. Plaintiff's complaint alleges, in part, that the Government is liable for actions taken pursuant to a contract that plaintiff originally entered with the Coalition Provisional Authority ("the CPA") in Iraq. This is the first known case in this Court bringing suit relating to a CPA contract, and the policy considerations relating to the defenses asserted (which may potentially relate to the nature of the relationship between the CPA and the United States Government) are complex, and implicate the interests of all of the agencies

earlier mentioned. Moreover, due to the logistical difficulties encountered in obtaining the contract files from Baghdad, Iraq, Government counsel did not receive the litigation report until April 9, 2007, precluding an earlier, in-depth, consultation with the potentially interested agencies. Under such circumstances, the amount of time requested is not unreasonable.

Accordingly, we respectfully request that the Court grant this motion for enlargement and enlarge the deadline for the Government to file its answer until May 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

April 13, 2007