# In the United States Court of Federal Claims

No. 07-4C

(Filed: April 18, 2007)

****************************************
LAUDES CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

ORDER

On April 13, 2007, counsel for Defendant filed with the Court a Second Motion for Enlargement requesting an additional 32 days, to and including May 21, 2007, to file its Answer to Plaintiff's Amended Complaint. On April 16, 2007, counsel for Plaintiff filed an Opposition to Defendant's Motion. For good cause shown, Defendant's motion is GRANTED. However, because the Court already has granted Defendant a 45-day enlargement, the Court will not entertain future motions for this purpose absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge