IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-4C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, we respectfully request that the Court enlarge the deadline for the Government to file its response to the second amended complaint in this case by 7 days, from May 24, 2007[1], until May 31, 2007. This is our third request for an enlargement, the Court having previously granted our unopposed motion for a 45-day enlargement and our opposed motion for a 32-day enlargement. We have discussed this matter with counsel for the plaintiff and he has indicated that plaintiff will not oppose this motion.

The additional time is requested because, on May 14, 2007, plaintiff filed a second amended complaint which has added two new counts to their first amended complaint and now alleges that the so-called "Phase I contract" between plaintiff and the Coalition Provisional Authority was a contract made pursuant to the Contract Disputes Act, 41 U.S.C. §§ 601-603. In light of these new legal allegations, the Government needs additional time to formulate its

[1] Pursuant to the Court's April 18, 2007 order, our response to plaintiff's complaint was due on May 21, 2007. By virtue of Rule 15(a) of the Rules of the United States Court of Federal Claims, the response date was extended to May 24, 2007 – ten days after plaintiff filed its second amended complaint.

response to the complaint, but has kept its requested extension time very modest. Although the Court's April 18, 2007 order indicated that further extensions for the Government's response would not be entertained "absent a showing of extraordinary circumstances," plaintiff's recent filing of its second amended complaint, with its additional legal allegations, constitutes good reason for this extension.

Accordingly, we respectfully request that the Court grant this unopposed motion for extension and enlarge the deadline for the Government to file its answer until May 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys for Defendant

May 16, 2007