# In the United States Court of Federal Claims

No. 07-4C

(Filed: May 17, 2007)

```
****************************************** *
                                           *
LAUDES CORPORATION,                        *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

On May 16, 2007, counsel for Defendant filed with the Court a Third Motion for Enlargement requesting an additional seven days, to and including May 31, 2007, to file its response to Plaintiff's Second Amended Complaint. Defendant's motion notes that Plaintiff's Second Amended Complaint, filed with the Court on May 14, 2007, contains two new counts. For good cause shown, Defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge