# COALITION PROVISIONAL AUTHORITY
# REGULATION NUMBER 11

## AMENDMENTS TO COALITION PROVISIONAL AUTHORITY REGULATIONS NO. 2 (CPA/REG/10 JUNE 2003/02) AND NO. 3 (CPA/REG/18 JUNE 2003/03)

*Pursuant* to my authority as Administrator of the Coalition Provisional Authority (CPA), and under the laws and usages of war, and consistent with relevant U.N. Security Council resolutions, including Resolutions 1483 and 1511 (2003) and 1546 (2004),

*Noting* that the Coalition Provisional Authority will dissolve on June 30, 2004 and that full governance authority of Iraq will transfer to the Iraqi Interim Government on that date,

*Recognizing* that on June 30, 2004 the Iraqi Interim Government will assume control over all funds in the Development Fund for Iraq,

*Acknowledging* that the Coalitional Provisional Authority has entered into contracts on behalf of the people of Iraq and that many of these contracts require continued performance and payment from the Development Fund for Iraq after June 30, 2004,

*Understanding* that continued performance and payments due under these contracts after June 30, 2004 are critical to the redevelopment and reconstruction of Iraq,

*Desiring* to amend Coalition Provisional Authority Regulation No. 2, Development Fund for Iraq, (CPA/REG/10 June 2003/02), and Coalition Provisional Authority Regulation No. 3, Program Review Board, (CPA/REG/18 June 2003/03), to provide for the orderly transition of authority over the Development Fund for Iraq from the Coalition Provisional Authority to the Iraqi Interim Government,

I hereby promulgate the following:

### Section 1
### Transition of Authority over Development Fund for Iraq

1) Section 3 of CPA Regulation No. 2, Development Fund for Iraq, (CPA/REG/10 June 2003/02), is amended to read as follows:

   A sub-account of the account entitled "Central Bank of Iraq/Development Fund for Iraq" shall be created. The sub-account shall be entitled "Central Bank of Iraq/Development Fund for Iraq/Transition" and (when established) shall contain funds equal to or in excess of the total amount of outstanding contractual liability against the Development Fund for Iraq arising out of contracts or grants funded by the Development Fund for Iraq that:

a) were entered into on or before June 30, 2004 by the Coalition Provisional Authority or the Multi-National Force-Iraq in accordance with United Nations Security Council Resolution 1483 and implementing regulations;
b) require the continued performance and/or payment of money originating from the DFI past June 30, 2004; and
c) are not the subject of a fully-funded letter of credit intended to otherwise ensure performance under the contract or grant.

On June 30, 2004, all responsibilities, duties, powers, and authorities granted to the Administrator and the Coalition Provisional Authority under this Regulation shall transfer to the Prime Minister of the Iraqi Interim Government and the Iraqi Interim Government, respectively.

2) Paragraph 1 of Section 5 of CPA Regulation No. 2, Development Fund for Iraq, (CPA/REG/10 June 2003/02), is amended and restated as follows:

1) General. The Central Bank of Iraq/Development Fund for Iraq account and the Central Bank of Iraq/Development Fund for Iraq/Transition sub-account in the Federal Reserve Bank shall be governed by the Federal Reserve Bank's standard terms and conditions regarding accounts of central banks and governments, to the extent consistent with applicable law.

3) Paragraph 5 of Section 5 of CPA Regulation No. 2, Development Fund for Iraq, (CPA/REG/10 June 2003/02), is amended and restated as follows

5) Privileges and Immunities. The Fund, including the accounts and sub-accounts that comprise its corpus, and the Receipts Account, shall enjoy the privileges and immunities as set forth in paragraph 22 of Resolution 1483 and continued in paragraph 27 of Resolution 1546, as well as privileges and immunities to which the Fund may be entitled under any other law, regulation, order, or directive.

4) Section 8 of CPA Regulation No. 2, Development Fund for Iraq, (CPA/REG/10 June 2003/02), is amended and restated as follows:

Until the Fund is dissolved by the Coalition Provisional Authority (or, after the transfer of governmental authority, by the Interim Iraqi Government) in a manner consistent with Resolutions 1483 and 1546, the Central Bank of Iraq shall continue to hold on its books the Fund. Also, as agreed between the Administrator and the Federal Reserve Bank (and/or other financial institution(s)), such institution(s) shall continue to maintain on its books the "Central Bank of Iraq/Development Fund for Iraq" account and all sub-accounts, including a sub-account entitled "Central Bank of Iraq/Development Fund for Iraq/Transition," and shall continue to accept deposits into, make disbursements from, and otherwise operate the account and sub-account, in accordance with applicable laws, regulations, policies and agreements.

(5) Section 10 of CPA Regulation No. 3, Program Review Board, (CPA/REG/18 June 2003/03), is amended and restated as follows:

> The Board may prescribe such additional procedures as may be necessary to carry out its responsibilities under this Regulation. Such procedures shall be effective only upon approval by a majority of the Board's voting members.
>
> Notwithstanding any provisions to the contrary set forth in this Regulation, the Board shall take reasonable steps to ensure that funding initiatives that require payment or performance beyond June 30, 2004 are backed by fully-funded letters of credit from the Trade Bank of Iraq.

**Section 2**
**Entry and Force**

This Regulation shall enter into force on the date of signature.

L. Paul Bremer 6/15/04

L. Paul Bremer, Administrator
Coalition Provisional Authority

بسم الله الرحمن الرحيم

جمهورية العراق
وزارة المالية
مكتب الوزير
العدد
التاريخ الهجري
التاريخ الميلادي

REPUBLIC OF IRAQ
MINISTRY OF FINANCE
OFFICE OF THE MINISTER
Telex : 2459 Malia IK
Fax : 8160848

June 15, 2004

MEMORANDUM FOR: Director, Program Management Office

SUBJECT: Administration of Development Fund for Iraq (DFI)-Funded Contracts

Pursuant to my authority as Minister of Finance, acknowledged under CPA Regulation No. 10, Members of Designated Iraqi Interim Government, (CPA/REG/9 June 2004/10), exercising the power granted to me under CPA Memorandum 4, Contract and Grant Procedures, (CPA/MEM/19 August 2003/04), as amended by CPA Memorandum 15, Amendment to Coalition Provisional Authority Memorandum 4, (CPA/MEM/13 June 2004/15), and consistent with the principles set forth in the Law of Administration for the State of Iraq for the Transitional Period, I hereby designate you with responsibility to monitor and confirm performance, certify and/or make payments, and otherwise administer contracts or grants funded with monies from the Development Fund for Iraq (DFI) that:

(a) were entered into on or before June 30, 2004 by the Coalition Provisional Authority or the Multi-National Force-Iraq in accordance with United Nations Security Council Resolution 1483 and implementing regulations;
(b) require the continued performance and/or payment of money originating from the DFI past June 30, 2004; and
(c) are not the subject of a fully-funded letter of credit intended to otherwise ensure performance under the contract or grant.

The Program Management Office (PMO) will provide as soon as practicable to the Ministry of Finance a breakdown by Ministry of contracts to which the PMO is a party.

The aggregate value of contracts authorized to be administered hereunder cannot exceed $800 million; provided that I or another Ministry official designated by me may, at our discretion, increase this limit.

بسم الله الرحمن الرحيم

جمهورية العراق
وزارة المالية
مكتب الوزير

REPUBLIC OF IRAQ
MINISTRY OF FINANCE
OFFICE OF THE MINISTER
Telex : 2459 Malia IK
Fax : 8160848

العدد
التاريخ الهجري
التاريخ الميلادي

The powers, privileges, rights, and authorities granted to you under this designation shall be exercised in coordination with relevant officials from the Iraqi Interim Government (IIG) and, consistent with U.N. Security Council Resolution 1546 (2004), to satisfy outstanding obligations against the DFI. This designation does not authorize you to terminate, amend, or novate any contracts or grants covered by this designation. However, if requested by the IIG, you shall assist the IIG if it decides to terminate, amend, or novate any such contract.

All disbursements made under the authority of this memorandum shall be accounted for on the books of the sub-account entitled "Central Bank of Iraq/Development Fund for Iraq/Transition," established pursuant to CPA Regulation No. 2 as amended, or otherwise, in accordance with internationally recognized auditing and accounting standards.

As directed by the Ministry of Finance, you shall submit monthly records of all payments made on behalf of the IIG under this designation, and a final report of all expenditures, payments, and outflows.

So long as you comply with all of the requirements set forth in this designation and those prescribed in CPA Memorandum 4, Contract and Grant Procedures, (CPA/MEM/19 August 2003/04), as amended, I will direct, as I deem appropriate, the Central Bank of Iraq to transfer (from time to time) funds from the Central Bank of Iraq/Development Fund for Iraq/Transition account into an account in the Central Bank of Iraq, Rafidain Bank, and/or Rasheed Bank, and you shall have the authority to make disbursements from that account in order to carry out your duties herein.

The powers, privileges, rights, and authorities granted to you under this designation may be further delegated. They shall transfer to the Chief of Mission of the United States Embassy Baghdad and the Commander of the Multi-National Force-I on June 30, 2004, both of whom shall also have the authority to delegate these powers, privileges, rights, and activities further. I retain the right to terminate this designation in writing at any time and for any reason whatsoever. You shall have the right to do the same. In any event, this designation shall expire on December 31, 2004 unless extended in writing by me or another duly authorized official of the Iraqi Interim Government.

بسم الله الرحمن الرحيم

جمهورية العراق
وزارة المالية
مكتب الوزير

REPUBLIC OF IRAQ
MINISTRY OF FINANCE
OFFICE OF THE MINISTER
Telex : 2459 Malia IK
Fax : 8160848

العدد
التاريخ الهجري
التاريخ الميلادي

Nothing in this designation shall authorize the PMO, the MNF-I, and/or its designees, to enter into any contracts funded by the DFI after June 30, 2004.

Adil Abdul Mahdi
Minister of Finance
Iraqi Interim Government

**PROJECT AND CONTRACTING OFFICE**
**DOS/PCO**
**APO AE 09316**

Reply to
Contracting Activity

24 July 2004

MEMORANDUM FOR CONTRCTING ACTIVITY

Subject: Expenditure of All DFI Funded Contracts and Grants Post June 28, 2004

In accordance with the Ministry of Finance's letter, dated 15 June 2004, the Contracting Activity will continue to monitor and confirm performance, certify and/or make payments, and otherwise administer contracts or grants financed by Development Fund for Iraq (DFI) and awarded under the former Coalition Provisional Authority (CPA). The delegation letter does not grant us the authority to award, terminate, amend, or novate any contracts or grants under that delegation.

Our interpretation of administer contracts means that we cannot issue any modifications that materially change existing DFI contracts, this includes cost increases. No procedure to modify, change, award or terminate contracts has been established by the Ministries.

Until such time as procedures are established by the Ministry of Finance, the following policy is effective immediately:

> Contracting Officers shall not modify, issue, award or otherwise materially change contracts and grants using DFI funds unless the documentation accompanying the funding contains the signatures of both the requiring ministry and the Minister of Finance.

My point of contact for more information is Elizabeth Smith, 703-343-9225.

Attachment

SIDNEY R. HEETLAND
Colonel, U.S. Air Force
JASG-C/C8 Comptroller

JAMES K. WARRINGTON
Principal Assistant Responsible for Contracting

CF:
Deputy to the Director, DASA (P&P)

# COALITION PROVISIONAL AUTHORITY ORDER NUMBER 100

## TRANSITION OF LAWS, REGULATIONS, ORDERS, AND DIRECTIVES ISSUED BY THE COALITION PROVISIONAL AUTHORITY

*Pursuant* to my authority as Administrator of the Coalition Provisional Authority (CPA), and under the laws and usages of war, and consistent with relevant U.N. Security Council resolutions, including Resolution 1483 (2003), Resolution 1511 (2003), and Resolution 1546 (2004);

*Reaffirming* that the laws, regulations, orders, memoranda, instructions and directives of the CPA remain in force unless and until rescinded or amended by legislation duly enacted and having the force of law, as set forth in Article 26(C) of the Law of Administration for the State of Iraq for the Transitional Period ("TAL");

*Recognizing* that the Government of Iraq will be responsible for interpreting and implementing these laws, regulations, orders, memoranda, instructions and directives following the transfer of full governing authority on 30 June 2004;

*Noting* that many of these laws, regulations, orders, memoranda, instructions and directives require technical amendment and/or rescission to properly reflect the transfer of full governing authority and the dissolution of the Coalition Provisional Authority on 30 June 2004;

*Further noting* that many of these laws, regulations, orders, memoranda, instructions and directives require technical amendment and/or rescission to reflect the structure of the Iraqi Interim Government and to allow for proper delegation of responsibilities within that Government and subsequent Iraqi Governments;

*Determined* to facilitate the continuity of Iraqi law and to ensure a smooth transfer of full governing authority to the Iraqi Interim Government on 30 June 2004;

*Having* consulted with the Iraqi Interim Government, including the Prime Minister, I hereby promulgate the following:

### Section 1
### Purpose

This Order makes appropriate revisions to laws, regulations, orders, memoranda, instructions and directives issued by the CPA to facilitate an orderly transfer of full governing authority to the Iraqi Interim Government on 30 June 2004. The Order seeks to ensure that the Iraqi Interim Government and all subsequent Iraqi governments inherit full responsibility for these laws, regulations, orders, memoranda,

instructions and directives so that their implementation after the transfer of full governing authority may reflect the expectations of the Iraqi people, as determined by a fully empowered and sovereign Iraqi Government. This is the final Order of the CPA, which will dissolve on 30 June 2004, after the transfer of full governing authority to the Iraqi Interim Government.

## Section 2
## General Rules

Except where otherwise noted in this Order, the following General Rules shall apply to every law, regulation, order, memorandum, instruction and directive issued by the CPA:

1) All powers, authorities, and responsibilities granted to the Administrator under any law, regulation, order, memorandum, instruction or directive of the CPA transfer to the Prime Minister and shall be exercised pursuant to law, including the TAL and its Annex. As the official with day-to-day responsibility for management of the federal government, the Prime Minister may delegate such powers and responsibilities to an appropriate minister or ministry.

2) All powers, authorities, and responsibilities granted to the CPA under any law, regulation, order, memorandum, instruction or directive of the CPA transfer to the Federal Government and shall be exercised pursuant to law, including the TAL and its Annex. The Federal Government means the Iraqi Interim Government, the Iraqi Transitional Government, and the Iraqi Government to be elected under a permanent Iraqi constitution as set forth in Chapter 9 of the TAL.

3) All references to "consultation" or "coordination" with the CPA, or CPA "direction," "supervision," or "control" of an Iraqi Ministry or other Iraqi government entity or official, or any related reference, are hereby rescinded.

4) All references to the Iraqi federal government in any form, including references to "an internationally recognized, representative government" or "a transitional Iraqi administration," shall apply equally to the Iraqi Interim Government, and all subsequent Iraqi governments, including the Iraqi Transitional Government and the Iraqi Government to be elected under a permanent constitution as set forth in Chapter 9 of the TAL. This rule does not implicate references to regional, governorate, local, or municipal government entities in Iraq.

5) All provisions that contemplate present or future orders, regulations, and/or memoranda issued by the Administrator or the CPA shall be read to contemplate present or future orders or regulations of the Iraqi Interim Government as well as

duly enacted legislation or duly promulgated regulations of any subsequent Iraqi Government.

6) The word "interim" when immediately preceding "minister" or "ministers" shall be deleted. All references to a minister or ministers shall refer equally to a minister or ministers serving in the Iraqi Interim Government, the Iraqi Transitional Government, or the Iraqi Government to be elected under a permanent Iraqi constitution as set forth in Chapter 9 of the TAL.

7) References to "CPA or Coalition personnel" or "Coalition Authorities" or "Coalition personnel" shall be read to cover all foreign national personnel performing services for, or on behalf of, a foreign embassy, including foreign contractors and subcontractors, whether hired by the Federal Government or hired by a foreign government and operating legally in Iraq.

8) All references to "Coalition Forces" and related references shall apply equally to Multinational Forces operating in Iraq pursuant to United Nations Security Council Resolutions 1511 and 1546.

9) All references to "the Iraqi Governing Council" are hereby rescinded and shall refer instead to the Federal Government generally, including the Iraqi Interim Government, the Iraqi Transitional Government, and the Iraqi Government to be elected under a permanent Iraqi constitution as set forth in Chapter 9 of the TAL.

10) The phrase "body vested with national legislative powers" shall refer to the Council of Ministers in the Iraqi Interim Government and the National Assembly in the Iraqi Transitional Government. The same phrase shall apply to the body having legislative powers in the Iraqi Government to be elected under a permanent Iraqi constitution as set forth in Chapter 9 of the TAL.

11) The terms "chief executive," "head of the Iraqi Government," and "head of the Iraqi Government exercising national command authority" shall refer to the Prime Minister in the Iraqi Interim Government and Transitional Government and the equivalent office in the Iraqi Government to be elected under a permanent Iraqi constitution as set forth in Chapter 9 of the TAL. All Iraqi governments subsequent to the transfer of full governing authority from the CPA, however, enjoy the authority inherent in sovereignty to divide authorities and responsibilities among the Presidency Council, the Prime Minister, and any other office, in a manner consistent with law.

12) All references to "foreign liaison mission" shall apply equally after 30 June 2004 to diplomatic and consular missions.

## Section 3
## Revisions of Specific CPA Order Provisions

Notwithstanding the General Rules set forth in Section 2 of this Order, the following specific provisions of CPA Orders shall be amended, rescinded, or otherwise changed as follows:

1) CPA Order Number 1, De-Ba'athification of Iraqi Society

   Section 1(6) shall be rescinded in its entirety.

2) CPA Order Number 2, Dissolution of Entities

   a) In Section 2(3), the term "local Coalition authorities" shall be rescinded and replaced with the following: "federal government authorities."

   b) The following shall be appended to the end of the final sentence of Section 2(3): "in accordance with law."

   c) Section 5 shall be rescinded in its entirety.

   d) Section 6(2) shall be rescinded in its entirety.

3) CPA Order Number 3 (Revised) (Amended), Weapons Control

   a) CPA Order Number 3 shall not apply to personnel or Member States of the Multinational Force operating in Iraq pursuant to United Nations Security Council Resolutions 1511 and 1546. Accordingly, all references to "Coalition Forces," "Coalition Member States," "Coalition Force Commander," and/or "Commander, Coalition Forces," shall be rescinded.

   b) In Section 1(4), the definition of "Iraqi security forces" shall be amended to include "the Iraqi Armed Forces."

   c) In Section 1, a new subsection (10) shall be inserted as follows: "10) 'Private Security Company' means a private business, properly registered with the Ministry of Interior and Ministry of Trade that seeks to gain commercial benefits and financial profit by providing security services to individuals, businesses and organizations, governmental or otherwise."

d) Section 3(1)(c) shall be rescinded in its entirety and replaced with the following: "Groups and individuals who have been authorized by the Minister of the Interior to carry weapons in the course of their duties."

e) Section 3(2) shall be rescinded and replaced with the following: "Private security companies may be licensed by the Minister of the Interior to possess and use licensed Firearms and Military Weapons, including Special Category Weapons, in the course of their duties, including in public places."

f) Section 4(3) shall be rescinded and replaced with the following: "The carrying of concealed weapons is prohibited, other than by (a) Iraqi security forces; (b) Private Security Companies; (c) security officers from diplomatic missions; and (d) any other group or individual so authorized by the Minister of the Interior."

g) The first sentence of Section 5 shall be rescinded and replaced with the following: "Individuals not otherwise authorized to possess or use Firearms or Military Weapons by this, any other CPA instrument, or any other provision of Iraqi law, may apply for weapons authorization."

h) In Section 6(1), the phrase "are subject to confiscation by Coalition Forces and other relevant authorities" shall be rescinded and replaced with the following: "are subject to confiscation by the Iraqi Security Forces."

i) Section 6(6) shall be rescinded in its entirety and replaced with the following: "An investigative judge of competent jurisdiction may grant a certificate of immunity from prosecution for offenses under this Order or the Iraqi Weapons Code of 1992, but only upon written findings that the person to be granted such immunity provided information that (a) led to the apprehension and conviction of persons in relation to whom information was sought by the Federal Government or (b) resulted in the prevention of a violent crime against public security, including a violent crime against the Federal Government and its personnel, or the Multinational Force operating in Iraq pursuant to United Nations Security Council Resolutions 1511 and 1546 and its personnel."

j) The following sentence shall be appended to the end of Section 7: "This Order and all regulations promulgated hereunder shall be interpreted in a manner consistent with CPA Order Number 17 (Revised), (CPA/ORD/27 June 2004/17)."

4) CPA Order Number 13 (Revised) (Amended), The Central Criminal Court of Iraq

   a) Section 5 shall be rescinded in its entirety and replaced with the following: "All judges of the Central Criminal Court of Iraq shall be appointed pursuant to Article 46(A) of the TAL and subject to removal only pursuant to Article 47 of the TAL."

   b) Sections 8(1) shall be rescinded in its entirety.

   c) Section 8(3) shall be rescinded in its entirety and replaced with the following: "A judge of the CCCI shall remove himself or herself from any case in which a party to the proceeding is a spouse, relative of second degree or other close relationship of that judge."

   d) The first sentence of 8(4) shall be rescinded.

5) CPA Order Number 14, Prohibited Media Activity

   a) Section 3 shall be rescinded in its entirety and replaced with the following: "The Prime Minister shall have the authority to enforce Section 2 of this Order, consistent with Chapter 2 of the TAL and Iraq's obligations under international law."

   b) Section 3 shall be retitled "Enforcement."

   c) Sections 4(1) and 4(2) shall be rescinded in their entirety.

   d) Section 5(2) shall be rescinded in its entirety and replaced with the following: "Additionally, media organizations penalized in accordance with Section 5(1) shall be referred to the Iraqi Communications and Media Commission for consideration of other appropriate sanction, including withdrawal of duly issued licenses."

   e) Section 6 shall be rescinded in its entirety and replaced with the following: "Any media organization sanctioned under Section 5(1) of this Order may appeal to a court of competent jurisdiction for a determination of whether the sanction complies with applicable law, including Chapter 2 of the TAL and the International Covenant on Civil and Political Rights."

6) CPA Order Number 15, Establishment of the Judicial Review Committee

A new Section 8 shall be added, entitled "Expiration," which shall provide as follows: "This Order shall expire and the Judicial Review Committee shall be abolished upon the transfer of governing authority to the Iraqi Interim Government on 30 June 2004; provided, however, that (1) all of the Committee's decisions prior to 30 June 2004 shall remain in full force and effect and (2) the Iraqi Judiciary Act, to the extent consistent with the TAL and relevant CPA Orders, shall remain in full force and effect. All judicial appointments to, and removals from, the federal courts after 30 June 2004 shall be conducted pursuant to Chapter 6 of the TAL."

7) CPA Order Number 16 (Revised) (Amended), Temporary Control of Iraq Borders, Ports, and Airports

a) In Section 1(1), "Coalition Personnel" shall be rescinded and replaced with "Multinational Force Personnel."

b) A new Section 1(3)(d) shall be added as follows: "citizens and nationals traveling to Iraq on official government business of any state which contributes more than 500 military personnel to the Multinational Force operating in Iraq pursuant to United Nations Security Council Resolutions 1511 and 1546."

c) The remainder of Section 1(3) shall be read and interpreted according to its express terms, notwithstanding Section 2(7) of this Order.

8) CPA Order Number 17 (Revised), Status of Coalition Provisional Authority, MNF-Iraq, Certain Missions and Personnel in Iraq

This Order shall not apply to Order Number 17.

9) CPA Order Number 19, Freedom of Assembly

a) In Section 3(1), the phrase "unless acting under authority of the Coalition Force Commander or a Divisional or Brigade Commander (hereinafter 'Approving Authorities')" shall be rescinded and replaced with the following: "unless acting under authority of the Ministry of Interior (the 'Approving Authority') pursuant to a regularized procedure for issuing permits for such marches, assemblies, meetings, or gatherings. The Ministry of Interior shall promulgate regulations to establish this regularized procedure as soon as possible after 30 June 2004. All such

regulations shall be consistent with the TAL and Iraq's obligations under international law."

b) In Section 3(3), the phrase "or to be held within 500 meters of any CPA or Coalition Force facility" shall be rescinded and replaced with the following: "or to be held within 500 meters of any foreign embassy, including foreign embassy regional offices and consulates, facility of the Multinational Force operating in Iraq pursuant to United Nations Security Council Resolutions 1511 and 1546, or public building actively used by the Iraqi government."

c) At the end of Section 3, the following shall be inserted as a new subsection: "4) Any party denied an opportunity to march, assemble, meet, or gather pursuant to this Order shall have recourse to a federal court for review of whether such denial should be reversed on account of being arbitrary, capricious, or otherwise contrary to law."

10) CPA Order Number 22, Creation of an Iraqi Armed Forces

a) Section 3(2) shall be rescinded in its entirety and replaced with the following: "The mission of the Iraqi Armed Forces is the military defense of the nation, including defense of the national territory and the military protection of the security of critical installations, facilities, infrastructure, lines of communication and supply, and population. The tasks of the Iraqi Armed Forces include developing a military capability in order to provide the basis for militarily effective, professional, and non-political armed forces for the military defense of the nation. Except as authorized by orders or regulations of the Iraqi Interim Government as well as duly promulgated legislation or regulations of any subsequent Iraqi government, the Iraqi Armed Forces shall not have, or exercise, domestic law enforcement functions. Nor shall the Iraqi Armed Forces intervene in the domestic political affairs of the nation. Tasks of the Iraqi Armed Forces will also include, when so ordered, participation in domestic relief operations associated with natural or man-made disasters and humanitarian relief missions."

b) Section 3(3) shall be rescinded in its entirety and replaced with the following: "The President of the State will commission officers in the Iraqi Armed Forces who have been approved for commissioning by the Prime Minister. The Prime Minister or the Minister of Defence will designate Commanders of units of the Iraqi Armed Forces, including officers to command the principal units of the Iraqi Armed Forces, as they are created."