**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAUDES CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 07-4C<br>(Judge Wheeler) |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENTION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, we respectfully request that the Court enlarge the deadline for Plaintiff Laudes to file its response to the Government's Motion for Partial Dismissal or, in the alternative, for Partial Summary Judgment, by 14 days, from June 28, 2007 until July 12, 2007. We have discussed this matter with counsel for the Defendant and he has indicated that Defendant does not oppose this motion. We request the additional time in order to allow Plaintiff's counsel to attend to other professional commitments with deadlines over the next two weeks.

Accordingly, we respectfully request that the Court grant this unopposed motion for extension and enlarge the deadline for Laudes to file its response until July 12, 2007.

DATED this 20th day of June, 2007.

Respectfully submitted,

LAUDES CORPORATION

By:__S/Mark G. Jackson_________
Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for
LAUDES CORPORATION

SEA_DOCS:851052.1