IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-4C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, we respectfully request that the Court enlarge the deadline for the Government to file its reply to plaintiff's opposition to "Defendant's Motion For Partial Dismissal Or, In The Alternative, For Partial Summary Judgment" by two days, from July 30, 2007, to August 1, 2007. This is our first request for an enlargement for this matter. We have discussed this matter with counsel for the plaintiff and he has indicated that plaintiff will not oppose this motion.

The additional time is requested because counsel for the Government has been away from the office for several days following the filing of plaintiff's opposition brief due to family obligations and discovery out of town in another case. This has limited his ability to formulate an adequate response to plaintiff's extensive opposition to our pending motion and allow for its review, although the modest two-day enlargement of time sought should be sufficient for that purpose. Accordingly, we respectfully request that the Court grant this unopposed motion for extension and enlarge the deadline for the Government to file its reply brief until August 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys for Defendant

July 25, 2007