# In the United States Court of Federal Claims

No. 07-4C

(Filed: August 14, 2007)

```
*************************************** *
                                        *
LAUDES CORPORATION,                     *
                                        *
                   Plaintiff,           *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                   Defendant.           *
                                        *
*************************************** *
```

ORDER

Before the Court is Defendant's May 31, 2007 motion for partial dismissal or, in the alternative, for partial summary judgment ("Defendant's motion"). Defendant asserts that Counts 1-8 of Plaintiff's 11-count complaint should be dismissed for lack of jurisdiction, or for failure to state a claim upon which relief can be granted, pursuant to Rules 12(b)(1) and (b)(6) of the Court. Defendant argues alternatively that the Court should enter partial summary judgment in favor of the Government. Defendant also asks that its answer to the complaint be deferred until 30 days after Defendant's motion has been resolved.

Plaintiff filed a July 12, 2007 opposition to Defendant's motion, but also requested discovery in accordance with Rule 56(f) before responding to Defendant's motion for partial summary judgment. Plaintiff's counsel provided an affidavit to the Court identifying the specific areas of discovery desired. Affidavit of Mark G. Jackson, July 12, 2007 ("Jackson Affidavit"). Defendant filed an August 1, 2007 reply in support of its motion, and opposed Plaintiff's request for discovery.

For good cause shown, the Court GRANTS Plaintiff's request to conduct discovery pursuant to Rule 56(f). The following schedule and procedures will apply:

1. Plaintiff is afforded 120 days, to and including December 12, 2007, to conduct discovery under Rules 26-37 in the subject areas identified in the Jackson Affidavit. Counsel may contact the chambers of the undersigned for assistance if they encounter any difficulties or disagreements during discovery, provided they have been unable to resolve such matters voluntarily after good faith discussions.

2. Upon the completion of Plaintiff's discovery, Plaintiff may respond further to Defendant's motion within 28 days, on or before January 11, 2008.

3. Defendant may file a reply to Plaintiff's response within 14 days thereafter, on or before January 25, 2008.

4. Defendant's answer to the complaint is deferred until 30 days following the Court's ruling on Defendant's motion.

5. The Court's August 6, 2007 Order granting Plaintiff leave to file a sur-reply to Defendant's motion is vacated.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge