IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-4C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 6(b) and 7 of the Rules of the United States Court of Federal Claims, we respectfully request that the Court amend its August 14, 2007 scheduling order by extending the deadlines therein by 60 days. We have discussed this motion with counsel for plaintiff and he has represented that plaintiff does not oppose this request.

The additional time is requested because United States military personnel in Baghdad, Iraq, whose input will form the basis for much of our response to pending written discovery requests from plaintiff, have been unable to timely respond to the requests due to the press of other matters critical to the military effort in Iraq.[1] Their ability to respond to the requests has also been hindered by turn-over in key personnel, limiting "institutional memory" necessary to timely respond to the requests. We understand that our delay in responding to plaintiff's written discovery requests will adversely affect the timing of follow-on discovery planned by plaintiff, making it difficult to complete during the time remaining in the discovery period.

[1] We are informed that the military attorneys in "The Green Zone" are working fifteen hours a day, seven days a week.

Accordingly, we respectfully request that the Court grant this unopposed motion and enlarge the deadlines in the Court's August 14, 2007 order by 60 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys for Defendant

November 16, 2007