**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAUDES CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 07-4C<br>(Judge Thomas C. Wheeler) |

**NOTICE OF INDIRECTLY RELATED CASE**

In accordance with Rule 40.2 of the United States Court of Federal Claims, Laudes Corporation ("Laudes") hereby gives notice of an indirectly related case. On February 29, 2008, Laudes filed a complaint against the United States in Case No. 1:08-cv-00121-GWM, which is indirectly related to the above-captioned case. The two cases present common issues of fact and law and transfer of the recently filed case would significantly promote the efficient administration of justice.

The above-captioned case (hereinafter "BPSA case") concerns damages for contracted work Laudes completed in Iraq for the construction and operation of the Baghdad Police Service Academy ("BPSA") from June 2004 through June 2005. This contract was administered by the Project and Contracting Office ("PCO"), which was an instrumentality of the United States Department of Defense. The recently filed case (hereinafter "Fallujah case") concerns damages related to work Laudes completed in Iraq arising for the construction and operation of a Forward Operating Base in support of the efforts of the Multi-National Forces Iraq in the Second Battle of Fallujah. Laudes performed this work from October through December 2004. This contract was also administered by the PCO, including some of the same individuals who administered the BPSA contract.

Both cases arise from Iraqi reconstruction contracts and from an overlapping time period—late 2004—and both were administered by the same activity. Therefore many of the critical witnesses for both sides will be common to both cases. The overlapping time frame is also critical because it represents a unique time period in the United States' contracting operations in Iraq when an Interim Iraqi Government ("IIG") had been created but the United States still controlled contracting efforts nominally on behalf of the IIG. Therefore, Plaintiff

expects the legal issues concerning contract formation and modifications already being developed by the parties in the BPSA case through the course of several lengthy pleadings, will also arise in the Fallujah case. Plaintiff also expects that some of the documents already produced by Defendant in the BPSA case, as well as those forthcoming in discovery, will apply to issues in the Fallujah case.

Based on the foregoing common issues of fact and law, the transfer of the Fallujah case would significantly improve the efficient administration of justice.

DATED this 7th day of March, 2008

LAUDES CORPORATION

By:__s/Mark G. Jackson___________
Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for
LAUDES CORPORATION