IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-4C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 6(b) and 7 of the Rules of the United States Court of Federal Claims, we respectfully request that the Court amend its August 14, 2007 scheduling order (as amended by the Court's February 13, 2008 order) by extending the deadlines therein by 30 days. We have discussed this motion with counsel for plaintiff and he has represented that plaintiff does not oppose this request.

The additional time is requested because United States military personnel in Baghdad, Iraq, whose input has formed the basis for much of our response to pending written discovery requests from plaintiff, have been unable to timely respond to the requests due to the press of other matters critical to the military effort in Iraq.[1] Their ability to respond to the requests has also been hindered by turn-over in key personnel, limiting "institutional memory" necessary to timely respond to the requests. We have responded to plaintiff's first set of written discovery requests and anticipate providing a near complete response to plaintiff's follow-up written discovery requests in the next several days. This discovery response, however, is expected to be

[1] We are informed that the military attorneys in "The Green Zone" are working fifteen hours a day, seven days a week. Recently, it has not been uncommon for them to spend significant time in a given day in shelters, due to rocket attacks.

extensive, and plaintiff's counsel informs us that he (reasonably) requires some time to digest it before proceeding to the depositions that he intends to take.

Accordingly, we respectfully request that the Court grant this unopposed motion and enlarge the deadlines in the Court's August 14, 2007 order (as amended by the Court's February 13, 2008 order) by 30 days.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys for Defendant

May 7, 2008