# In the United States Court of Federal Claims

No. 07-4C

(Filed: May 8, 2008)

```
**************************************** *
                                         *
LAUDES CORPORATION,                      *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

ORDER

On May 7, 2008, counsel for Defendant filed with the Court an unopposed Motion to Amend the existing Scheduling Order, issued February 13, 2008, by 30 days. For good cause shown, Defendant's motion is GRANTED. Accordingly, the parties shall observe the following deadlines:

1. Plaintiff is afforded until and including June 12, 2008 to conduct discovery under Rules 26-37 in the subject areas identified in the Jackson Affidavit. Counsel may contact the chambers of the undersigned for assistance if they encounter any difficulties or disagreements during discovery, provided they have been unable to resolve such matters voluntarily after good faith discussions.

2. Upon the completion of Plaintiff's discovery, Plaintiff may respond further to Defendant's motion for partial dismissal or, in the alternative for partial summary judgment ("Defendant's motion") within 30 days, on or before July 14, 2008.

3. Defendant may file a reply to Plaintiff's response within 14 days thereafter, on or before July 28, 2008.

4. Defendant's answer to the complaint is deferred until 30 days following the Court's ruling on Defendant's motion.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge