**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAUDES CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 07-4C<br>(Judge Wheeler) |

PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 6(b) and 7 of the United States Court of Federal Claims, Plaintiff moves the Court to amend its May 8, 2008 scheduling order by extending the deadline for Plaintiff's Rule 56(f) Opposition brief by seven days. Plaintiff's counsel has discussed this motion with Government counsel who has represented that the Government does not oppose this request. Plaintiff requests additional time in order to provide its opposition brief as counsel for Plaintiff will be unavailable July 8 – 11, 2008 because of family commitments that arose on July 5, 2008. This is Plaintiff's first request to extend the briefing schedule. Accordingly, Plaintiff requests that the Court grant this unopposed motion and enlarge the deadline for filing Plaintiff's Rule 56(f) Opposition Brief by seven days from July 14, 2008 to July 21, 2008.

DATED this 7th day of July, 2008.

Respectfully submitted,

LAUDES CORPORATION

By:__s/Mark G. Jackson
Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax
Counsel of Record for
LAUDES CORPORATION