# In the United States Court of Federal Claims

No. 07-4C

(Filed: July 8, 2008)

| | |
|---|---|
| ****************************************** | * |
| | * |
| LAUDES CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On July 7, 2008, counsel for Plaintiff filed with the Court an unopposed motion to amend the existing scheduling order, issued May 8, 2008, by seven days. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the parties shall observe the following deadlines:

1. Plaintiff's response to Defendant's motion for partial dismissal or, in the alternative for partial summary judgment shall be filed on or before July 21, 2008;

2. Defendant may file a reply to Plaintiff's response within 14 days thereafter, on or before August 4, 2008;

3. Defendant's answer to the complaint is deferred until 30 days following the Court's ruling on Defendant's motion.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge