**Packages for S&A and USACE**

| Voucher # | Contract Number | Ministry | Dollar Value | Product or Service | Status |
|---|---|---|---|---|---|
| 2687 | DABV01-04-M-2137 | MoE | $437,650.40 | Request to Trans-Atlantic Programs Center to support Pre-GRD work effort to RIE Program | Preparing for Special Submission, BG Walsh Ltr #3 |
| 2686 | DABV01-04-M-2247 | MoE | $106,974.64 | Request to Trans-Atlantic Programs Center to support Pre-GRD work effort to RIE Program | Preparing for Special Submission, BG Walsh Ltr #3 |
| 2646 | DACA78-03-D-0004 | MoE | $2,749,221.84 | Request to Trans-Atlantic Programs Center to support Pre-GRD work effort to RIE Program | Preparing for Special Submission, BG Walsh Ltr #3 |
| 2647 | DACA78-03-D-0005 | MoE | $3,110,940.46 | Request to Trans-Atlantic Programs Center to support Pre-GRD work effort to RIE Program | Preparing for Special Submission, BG Walsh Ltr #3 |
| 2645 | DACA78-03-D-0006 | MoE | $1,711,867.00 | Request to Trans-Atlantic Programs Center to support Pre-GRD work effort to RIE Program | Preparing for Special Submission, BG Walsh Ltr #3 |
| **JCCI RIE TOTAL** | | | [illegible] | | |
| **JCCI S&A, RIO, and RIE TOTAL** | | | [illegible] | | |

ROBERT GILBEAU
CAPT, SC, USN
Commanding
Joint Contracting Command - Iraq/Afghanistan

Date: SEP 17 2007



US000078

**Sandy Ellis**

**From:** "Stackow, Jeff S. (AD00)" <jeff.Stackow@CPA-IQ.ORG>
**To:** "Rogers, Donnie E (URS/ Bergr)" <Donnie.Rogers@CPA-IQ.ORG>; "Tudor, Jon (CACI)" <Jon.Tudor@CPA-IQ.ORG>; "McLaren, TJ (CACI)" <TJ.McLaren@CPA-IQ.ORG>; <larry_laudes@yahoo.com>; <ali.kazan@parsons.com>; <daviddobrotka@hotmail.com>; <wisam.robie@parsons.com>
**Cc:** <DeLucaPA@mnstci.iraq.centcom.mil>; <reisherms@mnstci.centcom.mil>; <greerjl@mnstci.centcom.mil>; "Ruyak, James D (USACE)" <Jim@CPA-IQ.ORG>; "Hill, Paul M. (O-5)" <paul.Hill@CPA-IQ.ORG>; "Stackow, Jeff S. (AD00)" <jeff.Stackow@CPA-IQ.ORG>; <sandy.ellis@laudescorp.com>; <nate.allen@parsons.com>
**Sent:** Thursday, September 16, 2004 9:14 AM
**Subject:** Baghdad Police Academy Weekly Meeting

\ll,

lust a recap of what we discussed on Tuesday regarding the Baghdad Police Academy.

\ttendees were: TJ McLaren (CACI supporting Laudes contract at BPSA), Jon Tudor (CACI supporting Parsons contract at 3PSA), Jeff Stackow (PCO), Sandy Ellils (Laudes), Larry Underwood (Laudes), Ali Kazan (Parsons), Col. George Biszak CPATT), and Dave Dobrotka (CPATT – Academy Director)

tems discussed:

1) Coordination between Laudes and Parsons especially regarding electrical issues.
   a) The electrical underground work that is currently being installed by Laudes should be of a high enough quality that in can be considered permanent. Parsons will have their engineers and designers survey the electrical work and do as-builts of the Laudes work.
   b) Electrical work that Laudes is doing should be complete by 09/24/04.
   c) The following generators have been purchased by (or given to) Laudes for permanent use at the Academy: (5) 810MW, (3) 1.8MW. This is in addition to the old 1MW generator that exists on site.
   d) Laudes stressed that the generators must be properly sized for the given load to reduce maintenance costs and extend life cycle of the generators.
   e) Parsons will work to incorporate existing generators into overall site electrical strategy.

2) Due to increased ACF activity life support costs are running higher than expected. Laudes will give CPATT an cost estimate on installing protection from mortars over the expedient camp structures. In the meantime installation of the expedient camp will continue as originally anticipated.
3) We plan to meet weekly either at BPSA or in the Green Zone to discuss BPSA issues. The next meeting is planned for Wednesday, September 22 at BPSA. Time of meeting: TBD.

lease let me know if I made any mistakes in the notes above.

hanks,

ɘff Stackow, P.E.
ɘcurity and Justice Project Manager
ff.stackow@cpa-iq.org
ɘsk: (703) 270-0869
ɘqna: 790 192 5780

**JUSTIFICATION AND APPROVAL**
**FOR OTHER THAN FULL AND OPEN COMPETITION**

1. **Agency Contracting Activity:** Projects and Contracting Office - Contracting Activity, Baghdad.

2. **Nature and/or Description of the Action.**

Request approval to award a letter contract sole source for $16,800,000 for an urgent and compelling requirement to increase the student population at Baghdad Police Academy immediately by 2000 students.

3. **Description of the supplies and services required to meet the agency's needs:**

The requirement is to procure and deliver an expedient camp for the training of Iraqi Police Cadets at the Baghdad Public Safety Academy in Baghdad, Iraq.

4. **Authority Cited**

The authority to award a contract on other than full and open competitive basis is contained in FAR 6.302-2 Unusual and Compelling Urgency

5. **Reason for Authority Cited:**

The Iraqi Ministry of the Interior, the Multi-National Force - Iraq, and the Office of Security Transition is suffering a critical shortage of Policemen to support the upcoming National Elections in January 2005, in addition to handling the current threat and to prevent further loss of life due to daily attacks by Anti-Iraqi Forces. With elections looming in January 2005, it is necessary to have in place an additional 2000 trained Policeman to keep law and order. Urgent and immediate steps must be taken, without delay, to increase the number of policemen in Iraq. To accomplish the necessary training in the limited amount of time available, it is required that immediate steps be executed to expand the capacity of the Baghdad Police Academy. The Iraqi Police Service is Iraq's first line of defense against these attacks and will help insure the successful outcome of the January 2005 elections. It is critical that all contracting and construction efforts be expedited immediately. If no, a significant amount of risk will exist concerning the success of the pending elections. There is an urgent and compelling requirement to increase the student population at Baghdad Police Academy immediately by 2000 students.

In addition to the successful outcome of the elections, the training of these officers is a critical aspect of United States national security strategy to maintain stability in Iraq by protecting its citizens and future. To accomplish this MNSTC-I must use the existing contractor force protection and base support. The time required to compete the additional requirements would severely slow the process for the creation of an immediate police capability. These delays would jeopardize the security of the nation and make citizens vulnerable to attack, which could have a disastrous affect on our national strategy in Iraq.

Laudes is the only known contractor in this theater that has the proven capability to accomplish the expedient beddown of 2000 additional students in the timeframe that is required.

6. **Description of efforts made to ensure the offers are solicited from as many potential sources as is practicable, including whether a notice was or will be publicized as required by Subpart 5.2 and, if not, which exception under 5.202 applies:**

Per FAR 5.202(a)(2) and J&A part 5, paragraph 2, the proposed contract action is made under the conditions described in FAR 6.302-2 and the Government would be seriously injured if the agency complies with the time periods specified in FAR 5.203

7. **Market research:**

Laudes is one of several contractors performing life support in Iraq, including ESS, GSCS, and Diplomat Freight Service Given their track record of performance on the BPSA site and the unusual and compelling time frame involved with the required actions, Laudes is a reasonable choice to assume the work ESS, GSCS, and Diplomat Freight Service are not as viable as alternative sources as is Laudes for this procurement due to mobilization time involved and the importance of life support continuity since Laudes is already on site.

8 **Interested Sources.**

There are no known other sources available in Baghdad or the Iraq AOR who can perform this effort in the timeframe required

9 **Other Factors**

N/A

10 **Technical Certification**

"I certify that the supporting data under my cognizance which are included in J&A are accurate and complete to the best of my knowledge and belief."

Name Captain Phil H Dalby, USN Date: 5 AUG 04

Title J-7, Multi-National Security Transition Command - Iraq
Signature P. H. Dalby

11 **Requirements Certification:**

I certify that the supporting data under my cognizance which are included in J&A are accurate and complete to the best of my knowledge and belief"

Name Captain Phil H Dalby, USN Date: 5 AUG 04

Title J 7 Multi-National Security Transition Command - Iraq
Signature P.H. Dalby

12 **Fair and Reasonable Cost Determination.**

Will determine the prices to be fair and reasonable upon definitization of estimated costs and fixed fee"

Name: Maj Lloyd Blackmon Date. 5 Aug 04

Title Contracting Officer Signature: M Lloyd Bl Jr.

13 **Procuring Contracting Officer Certification**

I certify that this J&A is accurate and complete to the best of my knowledge and belief."

Name Maj Lloyd Blackmon Date. 5 Aug 04

Title Contracting Officer Signature: M Lloyd Bl Jr.

14 **Legal Review**

Name James A. King, Jr. Date. 05 Aug 04

Title Counsel, CTC, USAF Signature [signature]

13 Principal Assistant Responsible for Contracting (PARC) Coordination

Concur/Non-Concur

Name Date: 5 Aug 04

Title SES-4 Signature: [signature]
PARC, PCO

Based on the foregoing justification, I hereby approve the cost-plus fixed fee procurement of life support services for an increase in policeman in the amount of $16,800,000 on an other than full and open competition basis pursuant to the authority of FAR 6.302-2, Unusual and Compelling Urgency and provided that the services and property herein described have otherwise been authorized for acquisition.

Date 5 August 2004 Signature: [signature]
STEPHEN M. SEAY
BG, USA
Head of the Contracting Activity

# PROJECT AND CONTRACTING OFFICE
# BAGHDAD, IRAQ

5 Aug 04

**DETERMINATION AND FINDINGS**

**FOR**

**LETTER CONTRACT FOR BAGHDAD PUBLIC SERVICE ACADEMY (BPSA) EXPANSION**

**FINDINGS**

In May 04, the effort to perform life support services at BPSA was awarded to Iraq Khadamat (IK) under contract DABV01-04-C-0104. In Jun 04, IK was Terminated for Cause for failure to adequately support the site. The contractor awarded a letter contract to replace IK on this effort, Laudes Corporation, is currently performing successfully on two vital base life support contracts supporting Kirkush Military Training Base (KMTB) and at the BPSA. An unusual and compelling requirement to expand BPSA and support 2,000 policemen currently exists. In order to have the facilities in place to make this happen, work must commence immediately.

The Iraqi Ministry of the Interior is suffering a critical shortage of policeman to support the upcoming National Elections in January 2005--an additional 2000 will help immeasurably. In order to satisfy this requirement, a letter contract is the only viable means to get the support in place to immediately make this happen. This requirement is absolutely one of the highest priorities of the Interim Iraqi Government. A letter contract under these unusual and compelling circumstances is appropriate.

Laudes is known to have a credible cost accounting standard. Therefore, the risk of accumulating incurred cost is low, and supporting an additional site will not jeopardize their ability to segregate costs between the different cost pools. FAR 6.302-2, Unusual and Compelling Urgency, is the authority cited due to the nature of this acquisition. The known source, Laudes, will be able to perform with success based on their history of relevant past performance and ability to control costs.

**DETERMINATION**

Because this letter contract is in the best interests of the Government, approve and execute a letter contract to authorize Laudes to commence immediate site preparation and expanded base life support services.

M. LLOYD BLACKMON JR, Maj, USAF
Contracting Officer

Concur/ ~~Do Not Concur~~

STEPHEN M. SEAY, BG, USA
Head of Contracting Activity

## Main Identity

**From:** "mel goudie" <melgoudie@hotmail.com>
**To:** "David Dobrotka" <daviddobrotka@hotmail.com>; <Cahillm@orha.centcom.mil>; <bpsa_cor@yahoo.com>
**Cc:** <campbellcl@orha.centcom.mil>; <hutch4712@hotmail.com>; "larry underwood" <larry.underwood@laudescorp.com>
**Sent:** Friday, October 01, 2004 8:41 AM
**Subject:** Re: SOW COPY and status

Mike

Laudes contract continues to develop. In respect of an SOW we still await the finished document. Due to the unexpected activity surrounding the academy and the way in which we had to terminate one contract and hire Laudes, contracting and Laudes have not fully implimented a paper agreement.

Laudes were given monies to ensure both the life support and the annex buildings were started. Larry Underwood has just returned to country this evening and I will meet with him soonest.

If you require any further info please call.

Melvin Goudie
Director BPSA
914-360-3466

----- Original Message -----
**From:** David Dobrotka
**To:** Cahillm@orha.centcom.mil
**Cc:** campbellcl@orha.centcom.mil ; melgoudie@hotmail.com ; hutch4712@hotmail.com
**Sent:** Thursday, September 30, 2004 8:07 PM
**Subject:** RE: SOW COPY and status

Mike,

An SOW for life support at the Academy was awarded to Laudes Corporation (Larry Underwood) in June, I believe. I would suggest that either you, or Maj. Campbell, walk to the contracting office (J7?) in the Palace to obtain an electronic copy. We do not have one. I am cc'ing this to Mel Goudie who can provide the best update as to status.

Thanks,

David

>From: "Cahill, Michael J. (GS15E)" <Cahillm@orha.centcom.mil>
>To: "David Dobrotka" <daviddobrotka@hotmail.com>
>Subject: SOW COPY and status
>Date: Thu, 30 Sep 2004 12:59:03 +0400
>
>David:
>
>Major Campbell of CPATT contracting has asked for an electronic copy of
>the SOW for life support at BPSA, including the status. In particular
>he would like to know if the contract was awarded and if so to whom.
>
>Thanks,
>
>Michael J. Cahill

>Executive Officer
>CPATT Training and Standards Division
>cahillm@orha.centcom.mil
>Iraqna Phone 0790 160 4596
>

EXHIBIT
Nos 3
5/22/08

# ACQUISITION PLAN

## FOR THE PROCUREMENT OF BASE SUPPORT OPERATIONS FOR THE BAGHDAD PUBLIC SAFETY ACADEMY (POLICE ACADEMY)

## 8 APRIL 2004

**Coalition Provisional Authority**
**MINISTRY OF INTERIOR**

Administrative, Logistical, and Life Support Services for the Baghdad Public Safety Academy (Police Academy)

This acquisition is for a Fixed Price contract for performance of Logistical Support for the **Baghdad Public Safety Academy (BPSA)**. The contractor shall be responsible for the management, supervision, and personnel necessary to perform the requirements.

**APPROVALS**

| | | |
|---|---|---|
| **PROGRAM MANAGER** | **Program Manager** | 4/13/04 **DATE** |
| **CONTRACTING REPRESENTATIVE** | **Contracting Officer** | **DATE** |
| **STAFF ADVOCATE** | **Contract Law Attorney** | **DATE** |
| **OPARC** | **Principal Assistant Responsible for Contracting** | **DATE** |
| **HCA** | **Head of the Contracting Activity** | **DATE** |

# PART A – ACQUISITION BACKGROUND AND OBJECTIVES

## BPSA Life Support

## CONTRACT

## Acquisition Plan

### 1. Statement of Need.

The Baghdad Public Safety Academy is established to provide centralized training and equipping of the Iraqi Police, Facilities Protection Service and the Border Protection Service.

The contractor shall provide all resources and management necessary to operate and maintain the BPSA for estimated populations of up to 5000 students and faculty at a centralized location. This includes all aspects of base support. Without contractor support critical requirements would be neglected and the objective of training security forces would be hampered.

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 May 2004 | Total BPSA Resident Students | 2850 |
| | Military Instructors | 130 |
| | Interpreters | 120 |
| | IPS Student Handlers | 85 |
| | BPSA Staff | 100 |
| | Visitors | 10 |
| | | |
| | Total Daily Population | 3295 |

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 July 2004 | Total BPSA Resident Students | 2850 |
| | Military Instructors | 200 |
| | Interpreters | 200 |
| | IPS Student Handlers | 170 |
| | BPSA Staff | 150 |

| | | |
|---|---|---|
| | Visitors | 20 |
| | International Instructors | 250 |
| | Total Daily Population | 3840 |

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 Jan 2005 | Total BPSA Resident Students | 4600 |
| | Military and International Instructors | 400 |
| | Interpreters | 400 |
| | IPS Student Handlers | 340 |
| | BPSA Staff | 200 |
| | Visitors | 40 |
| | | |
| | Total Daily Population | 5,980 |

2. **Applicable Conditions.**

The current security environment in Iraq is unstable. Insurgent forces continue to struggle for control of sectors of the country. Trained, equipped and loyal police forces are the top priority for the Coalition Provisional Authority. The BPSA must function to ensure the mission of the CPA is accomplished. Due to the uncertain security situation costs have been estimated above what would normally be expected under peacetime situations. The establishment and maintenance of appropriate anti-terrorism and security for the facility is essential to the mission. Additionally, the mission of the BPSA dictates that all students and most faculty will be housed and fed at the BPSA causing the dining operations to be the main cost driver. Finally, the location of thousands of weapons and hundreds of vehicles that must be accounted for and maintained becomes a significant cost.

The BPSA serves as the primary training facility for all Iraqi Security forces. It is a centrally located facility with multiple buildings to house, train and sustain students and faculty. The logistics support for this facility is intended to provide full services for all functions of the academy including security, billeting, motor pool operations, dining operations and medical support. There are insufficient capabilities within Iraq at the present to provide this service. The intent of this contract is to establish a life support capability that can then transition to the Iraqi government.

3. **Cost.** The total estimated cost for this contract is $26.5M for one year.

| SOW | Description | Unit | Qty (months) | Estimated Unit Cost | Estimated cost |
|---|---|---|---|---|---|
| 3.2 | Mobilization and Deployment | | 1 | $200,000 | $200,000 |
| 3.3 | Worksite Safety | Job | 12 | $0 | $0 |
| 3.4 | Fire Protection (3000-6000 personnel) | Months | 12 | $55,000 | $660,000 |
| 3.5 | Motor Pool Operations (300 vehicles) | Months | 12 | $250,000 | $3,000,000 |
| 3.6 | Tools and Equipment (Base Camp Support) | Months | 12 | $0 | $0 |
| 3.7 | Environmental Protections | Months | 12 | $20,000 | $240,000 |
| 3.8 | Facility Management | Months | 12 | $125,000 | $1,500,000 |
| 3.9 | Food Service Management (4000-5000) | Months | 12 | $1,350,000 | $16,200,000 |
| 3.10 | Clothing Issue Facility (4000-5000) | Months | 12 | $31,000 | $372,000 |
| 3.11 | Armory Management | Months | 12 | $10,500 | $126,000 |
| 3.12 | Water and Sewer Maintenance | Months | 12 | $11,500 | $138,000 |
| 3.13 | Electrical Maintenance | Months | 12 | $11,500 | $138,000 |
| 3.14 | Barber Services | Months | 12 | $4,500 | $54,000 |
| 3.15 | Medical Support | Months | 12 | $55,000 | $660,000 |
| 3.16 | Billeting Management | Months | 12 | $10,500 | $126,000 |
| 3.17 | Anti-terrorism/Security | Months | 12 | $75,000 | $900,000 |
| 3.18 | Visitor Support | Months | 12 | $15,000 | $180,000 |
| 3.19 | Self Service Supply Center | Months | 12 | $20,000 | $240,000 |
| 3.20 | Printing and Copier Support | Months | 12 | $25,000 | $300,000 |
| 3.21 | Communications and IT Support | Months | 12 | $75,000 | $900,000 |
| 3.22 | GFE Maintenance | Months | 12 | $35,000 | $420,000 |
| 3.23 | Reports | Months | 12 | $5,000 | $60,000 |
| 3.24 | Contingency | Months | 12 | $10,000 | $120,000 |
| | | | | | $0 |
| Total Estimated Cost: | | | | | $26,534,000 |

## 4. Capability or Performance.

The contractor shall provide all life support functions required to sustain the BPSA. This requires extensive experience in the establishment of base life support. The contractor must be capable of performing all the functions in the statement of work. He must demonstrate a history of cost estimating for these tasks. The contractor must be able to assess the requirements, apply appropriate manpower and management skill.

## 5. Delivery or Performance Period.

The initial life support management team should arrive within 3 weeks after contract award and begin the phase in of all functions within 5 weeks. Full support of all functions should begin within 8 weeks after contract award. The contract is for 12 months. Two one year options should be proposed. One contractor should perform all functions to ensure uniformity of services.

## 6. Plan of Action.

Sources: Possible sources are:

Laudes Corporation
Kellogg, Brown and Root

Competition: This Statement of Work will be advertised on the World Wide Web, Federal Business Daily, and the CPA website in accordance with Federal Acquisition Regulations (FAR). Broad based advertisement is desired in order to attract multiple offerors to develop competition among qualified logistical support providers, resulting in

the best value service provider when considering technical capability, past performance and price.

**7. Source Selection.**

An evaluation of proposals will be conducted by a team of CPATT personnel not to exceed (5) total team members. An evaluation point system will be used to adequately evaluate each offeror's proposal. Evaluation factors used will be based on (1) Past Performance (most important), (2) technical ability (second most important) and (3) Cost (least important).

**8. Contracting Considerations.**

The contract type will be Indefinite Delivery, Indefinite Quantity with fixed price CLINS for services and cost reimbursement with fixed fee for equipment and supplies. The base contract will be 12 months in duration with two, 12 month option period.

**9. Budgeting and Funding.**

The budget estimate is $26.5 M for one year based on a student load of 4500 students per month. The follow on years should reflect a student load of 2000 students per month. The initial student build up is due to the initial training and stand up of the security forces of Iraq. The Ministry of Interior has allocated up to $30M to fund this contract.

**10. Management.**

A Contracting Officer's Technical Representative (COTR) will be designated to monitor the contract. The COTR should be designated from the Academy Staff.

**11. Government Furnished Equipment.**

Facilities required to perform functions are provided. The contractor will need to lease vehicles for use around the local area. A listing of known GFE is below. The final amount of GFE may be more or less. With construction ongoing many facility items are not finalized. For instance, the statement of work for the buildings requires a generator, but does not specify size or type. The life support contractor will need

a. New heating, ventilation and air conditioning system. (HVAC). Electric split system heating and cooling units located on slab on grade or roof mounted. All air handling

units will be located within mechanical equipment rooms with adequate maintenance clearance.

b. Generator. Generator power will be connected to essential circuits for emergency lighting, essential equipment, communications center and life safety systems. Exact specifications not available.

c. Vehicles. Approximately 300 vehicles are present at the BPSA. The contractor should plan on leasing a limited number for long term use, but may plan on using fleet vehicles for routine management functions. The ability to manage vehicle requirements will determine the contractor's availability of vehicles. The contractor's proposal should not rely on buying or renting a large number of vehicles to support the BPSA. The contractor should consider proposing a fixed price option to increase vehicles available for supporting the operation of the BPSA, if after contract award it is discovered there are insufficient resources to carry out the support mission and manage the BPSA training mission.

d. Hand Held Radios. Inventory includes 450 Motorola Type (not specifically the brand) UHF hand held radios (Frequency range 430-470). Contractor will be required to manage issue and turn in and manage warranty claims. 21 Base Stations (for the hand held radios) and 281 vehicle installed radios.

e.. Furnishings and Equipment. Provided as GFE is $15,000,000 in furnishings and office equipment. The contractor will be responsible for inventory and asset management. Replacement of items will be coordinated through budget estimate requests submitted to the Iraqi Government, through the BPSA financial staff.

f. CIF Equipment. Provided as GFE is $24,500,000 in initial stockage of uniforms and equipment. Uniforms are issued to cadets and require periodic replenishment. The contractor will be responsible for inventory and asset management. Requests for replenishment will be submitted to BPSA financial staff.

g. Firearms Trainer. A multi-lane firearms trainer is provided as GFE. The contractor will be responsible for coordinating maintenance and managing warranty claims.

h. 1 x Garbage Truck.

i. Buses x 3.

j. 1 x Fire Pumper Truck

k. Facilities. See Appendix 1 for maps and descriptions..

**12. <u>Contract Administration</u>.**

Contract will be administered through the Coalition Provisional Authority (CPA) Contracting Office.

## 13. Milestones.

(a) Acquisition Plan Approval ____April 15, 2004______

(b) Statement of Work ___April 12, 2004___________
SOO Approved by the Senior Advisor for Police Training

(c) Specifications ______April 12, 2004_____
Stated in SOW

(d) Completion of acquisition- package preparation April 15, 2004

(e) Purchase Request __N/A__

(f) Issuance of Synopsis _April 10, 2004_
April 2004

(g) Issuance of Solicitation _April 17, 2004_

(h) Evaluations of proposals, audits, and field reports _May 7, 2004___

(i) Completion of negotiations _May 15, 2004______________

(j) Contract Preparation ___May 16-25, 2004______________

(k) Contract Award __May 31st, 2004____________________

## 14. Identification of Participants in Acquisition Plan Preparations.

Seay, Steven , BG, USA, Head of the Contracting Activity
Maksymyk., LTC, USA _Security and Justice Non Construction PMO

EXHIBIT

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

***OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30***

1. REQUISITION NUMBER

PAGE 1 OF 29

2. CONTRACT NO.

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER: DABV01-04-R-0047

6. SOLICITATION ISSUE DATE: 04/22/2004

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: Ronald W. Hirtle
b. TELEPHONE NUMBER *(No collect calls)*: 703-343-9224

8. OFFER DUE DATE/ LOCAL TIME: 05/15/04

9. ISSUED BY CODE
CPA - CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316

10. THIS ACQUISITON IS
[x] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [x] RFP

15. DELIVER TO CODE
SEE BLOCK 20

16. ADMINISTERED BY CODE
SAME AS BLOCK 9

17a. CONTRACTOR/ OFFEROR CODE FACILITY CODE

TELEPHONE NO.

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY CODE
MINISTRY OF INTERIOR
ATTN: MR. DANIEL JONES
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD IRAQ APO AE 09316

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Baghdad Public Service Academy Life Support | | | | |
| 0001AA | 1 - 1500 Students | 1 | LO | | |
| 0001AB | 1501 - 2500 Students | 1 | LO | | |
| 0001AC | 2500 - 4500 Students | 1 | LO | | |
| 0001AD | 4500 - 6000 Students | 1 | LO | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED

[x] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REF. ________ OFFER DATED ________. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER *(Type or print)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(Type or print)*
RONALD W. HIRTLE

31c. DATE SIGNED

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | NOT USED | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ____________

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32f. TELPHONE NUMBER OF AUTHORZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| PARTIAL / FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE |
|---|---|

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

| 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |
|---|---|

**STANDARD FORM 1449** (REV. 4/2002) **BACK**

| 19. ITEM NO. | 20. SC[illegible]ILE OF SUPPLIES/SERVICES | 21. QU[illegible]TITY | 22. UNIT | 22. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 1001 | Critical Tools and Equipment (Option CLIN) | | LO | | |
| 1002 | Requisition of Uniforms and Equipment (Option CLIN) | | LO | | |
| 1003 | Portable Sewage (Option CLIN) | 1 | LO | | |
| 1004 | Backup Emergency Generators (Option CLIN) | 1 | LO | | |
| 1005 | Security Upgrades (Option CLIN) | 1 | LO | | |
| 1006 | Internet Cafes (Option CLIN) | 1 | LO | | |
| 1007 | Armory, Ammunition and Armor Support (Option CLIN) | 1 | LO | | |
| 1008 | Temporary Site at Arbil, Iraq (Option CLIN) | 1 | LO | | |
| 1009 | Semi-Permanent Academy (Option CLIN) | 1 | LO | | |
| 1010 | BIAP Short Term Staging Life Support (Option CLIN) | 1 | LO | | |
| 2001 | Baghdad Public Service Academy Life Support (Option Year 1) XX May 05 - XX May 06 | | | | |
| 2001AA | 1 - 1500 Students | 1 | LO | | |
| 2001AB | 1501 - 2500 Students | 1 | LO | | |
| 2001AC | 2500 - 4500 Students | 1 | LO | | |
| 2001AD | 4500 - 6000 Students | 1 | LO | | |
| 2002 | Critical Tools and Equipment | 1 | LO | | |
| 2003 | Requisition of Uniforms and Equipment | 1 | LO | | |
| 2004 | Portable Sewage | 1 | LO | | |
| 2005 | Backup Emergency Generators | 1 | LO | | |
| 2006 | Security Upgrades | 1 | LO | | |
| 2007 | Internet Cafes | 1 | LO | | |
| 2008 | Armory, Ammunition and Armor Support | 1 | LO | | |
| 2009 | Temporary Site at Arbil, Iraq | 1 | LO | | |
| 2010 | Semi-Permanent Academy | 1 | LO | | |
| 2011 | BIAP Short Term Staging Life Support | 1 | LO | | |
| 3001 | Baghdad Public Service Academy Life Support (Option Year 2) XX May 06 - XX May 07 | | | | |
| 3001AA | 1 - 1500 Students | 1 | LO | | |
| 3001AB | 1501 - 2500 Students | 1 | LO | | |
| 3001AC | 2500 - 4500 Students | 1 | LO | | |
| 3001AD | 4500 - 6000 Students | 1 | LO | | |
| 3002 | Critical Tools and Equipment | 1 | LO | | |
| 3003 | Requisition of Uniforms and Equipment | 1 | LO | | |
| 3004 | Portable Sewage | 1 | LO | | |
| 3005 | Backup Emergency Generators | 1 | LO | | |
| 3006 | Security Upgrades | 1 | LO | | |
| 3007 | Internet Cafes | 1 | LO | | |
| 3008 | Armory, Ammunition and Armor Support | 1 | LO | | |
| 3009 | Temporary Site at Arbil, Iraq | 1 | LO | | |
| 3010 | Semi-Permanent Academy | 1 | LO | | |
| 3011 | BIAP Short Term Staging Life Support | 1 | LO | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT,

32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELPHONE NUMBER OF AUTHORIZED GOVERNMENT

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER

☐ PARTIAL ☐ FINAL | ☐ COMPLETE ☐ PARTIAL ☐ FINAL

38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print)

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location)

42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS

STANDARD FORM 1449 (REV. 4/2002) BACK

# BAGHDAD PUBLIC SAFETY ACADEMY SUPPORT
# STATEMENT OF OBJECTIVES

**Prepared By**

**The Ministry of Interior**

**Coalition Provisional Authority**

**Baghdad, Iraq**

## TABLE OF CONTENTS


1. SCOPE

2. APPLICABLE DOCUMENTS

3. REQUIREMENTS

   3.1 GENERAL INFORMATION

   3.2 PERIOD OF PERFORMANCE

   3.3 WORKSITE SAFETY

   3.4 FIRE PROTECTION

   3.5 MOTOR POOL OPERATIONS

   3.6 TOOLS AND EQUIPMENT

   3.7 ENVIRONMENTAL PROTECTION

   3.8 FACILITY MANAGEMENT

   3.9 FOOD SERVICE MANAGEMENT

   3.10 CLOTHING ISSUE FACILITY

   3.11 LATRINE AND SHOWER UNITS

   3.12 ELECTRICAL MAINTENANCE

   3.13 BARBER SERVICES

   3.14 MEDICAL SUPPORT

   3.15 BILLETING MANAGEMENT

   3.16 ANTI-TERRORISM AND FORCE PROTECTION

**3.17 VISITOR SUPPORT**

**3.18 SELF SERVICE SUPPLY CENTER OPERATIONS**

**3.19 PRINTING AND COPIER SUPPORT**

**3.20 COMMUNICATIONS AND INFORMATION TECHNOLOGY SUPPORT**

**3.21 GOVERNMENT FURNISHED EQUIPMENT**

**3.22 HUMAN RESOURCES/ADMINSTRATION MANAGEMENT**

**3.23 VECTOR MANAGEMENT**

**3.24 GROUNDS MAINTENANCE**

**3.25 ROADS MAINTENANCE**

**3.26 RANGE SUPPORT**

**3.27 ARMOR AND ARMORY SUPPORT**

**3.28 TEMPORARY ACADEMY SUPPORT - NORTH**

**3.29 SEMI-PERMANENT ACADEMY SUPPORT - SOUTH**

**3.30 BAGHDAD STAGING AREA SUPPORT**

**3.30 REPORTS**

**1.0 SCOPE OF WORK.** The Baghdad Public Safety Academy is the primary training academy for Iraqi Public Security Forces including the Iraqi Police Service, the Iraqi Border Protection Service and the Iraqi Facilities Protection Service. The Coalition Provisional Activity has a requirement to provide life support functions to the Academy to facilitate the training of security force personnel. This Statement of Objectives is intended to allow the contractor to use his extensive past experience in providing camp, post or station life support functions in preparing a Statement of Work to support the Baghdad Public Safety Academy (BPSA). The location of the work will be the BPSA located in Baghdad, Iraq at Military Grid Reference System (MGRS) MB 473 884. The contractor will ensure his plan includes a plan for the hiring of Iraqis to include significant management functions.

**2.0 APPLICABLE DOCUMENTS.** The contractor shall attach in appendix form a listing of all applicable documents relating to U.S. labor, safety and work standards that he will comply with. The contractor shall attach in appendix form a listing of all previous efforts of this scope that he has performed.

**3.0 REQUIREMENTS.**

**3.1 GENERAL INFORMATION.** The purpose of the BPSA is to provide full support training to cadets enrolled in the several Iraqi Security Force Services. The existing condition of the BPSA campus is similar to other Iraqi Bases in Iraq. There are approximately 40 total buildings, including warehouses, student billeting, dining facilities and a headquarters building. The general condition of the buildings, facilities, roads, security and grounds is poor. Rehabilitation of the facilities will commence in May 2004 with work expected to complete within one year of Phase I of the rehabilitation. A phase II expansion is planned, but is not currently funded. The contractor should anticipate conditions on the campus similar to bare base support, with the addition of some rehabilitated buildings. The contractor will be expected to execute the contract in austere conditions and extensive cooperation with the Police Academy Staff and the Program Management Office for Construction is required to successfully execute the contract. The anticipated cadre and student population is:

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 May 2004 | Total BPSA Resident Students | 2850 |

| | | |
|---|---|---|
| | Military Instructors | 130 |
| | Interpreters | 120 |
| | IPS Student Handlers | 85 |
| | BPSA Staff | 100 |
| | Visitors | 10 |
| | | |
| | Total Daily Population | 3295 |

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 July 2004 | Total BPSA Resident Students | 2850 |
| | Military Instructors | 200 |
| | Interpreters | 200 |
| | IPS Student Handlers | 170 |
| | BPSA Staff | 150 |
| | Visitors | 20 |
| | International Instructors | 250 |
| | Total Daily Population | 3840 |

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 Jan 2005 | Total BPSA Resident Students | 4600 |
| | Military and International Instructors | 400 |
| | Interpreters | 400 |
| | IPS Student Handlers | 340 |
| | BPSA Staff | 200 |
| | Visitors | 40 |
| | | |
| | Total Daily Population | 5,980 |

**3.2 PERIOD OF PERFORMANCE.** The anticipated period of performance is 365 days after award. The contractor should propose a phase in plan that considers providing immediate, critical support, and then phasing in support to achieve full support in as short of time as possible. Shorter timelines are preferable. The contractor should consider force protection, security, anti-terrorism measures, potable water supply and sewage disposal as initial critical tasks to facilitate the implementation of the remaining scope. The Government anticipates two one year options of support.

**3.3 WORKSITE SAFETY.** The contractor will explain in his statement of work how he will comply with applicable U.S. worksite safety laws. The contractor is responsible for the safety of his personnel. The contractor will be responsible for the safety of faculty, student and visitor safety and shall submit with his SOW a plan that addresses worksite safety.

**3.4 FIRE PROTECTION.** The contractor will be responsible for the fire protection services of the facility. The Government will provide 1 Fire Pumper Truck and appropriate facilities for a fire protection crew for the contractor's use. The contractor shall assess existing fire protection equipment and install or replace deficient

or missing equipment to include fire extinguishers and miscellaneous equipment. Serious facility deficiencies will be submitted by the contractor to the PCO for correction under a separate construction contract. The contractor should submit in his SOW a description of the services he will perform under the contract and should consider and propose a percentage of fire support/prevention equipment that may need procurement or replacement based on the contractor's extensive past experience. The contractor may expect some work required to establish the fire station including painting, installation of phones and IT equipment.

**3.5 MOTOR POOL OPERATIONS.** The contractor should propose in his SOW a management plan for establishing control of assigned BPSA vehicles, establishing dispatch procedures, establishing preventive maintenance operations and procedures, establish and implement a routine maintenance schedule (lubrication, oil and filter etc), providing all necessary tools and equipment to perform these tasks and ensuring the security of the motor pool fleet. For purposes of preparation of the SOW the contractor can anticipate a fleet of 300 vehicles broken down by: 8 or 12 passenger van - Total: 8; Forklift, medium - 2; 5 or 7 passenger 4WD SUV - Total: 35; 5 Passenger Sedan - Total: 185; Medium cargo truck- Total 40 (F250 or F350 type); Heavy Medium Truck (1 or 2 ton cargo truck) - Total: 10. Passenger Bus - 2. The contractor should assume that there may be variances in the fleet of +/- 15%. The fleet build up will begin at the rate of 100 vehicles per month beginning in May 2004 until complete. All vehicles may be late model vehicles no older than 2003. The vehicle models will be from various suppliers including U.S. and foreign manufacturers. The contractor should provide, based on his extensive past experience, a plan that will provide a maintenance operation that will provide no less than a 85% availability rate of the BPSA fleet with an objective availability rate of 90%.

**3.6 TOOLS AND EQUIPMENT.** The contractor, based on his extensive past experience, shall provide in his SOW an understanding of the tools, equipment and test or diagnosis equipment required to perform all functions in the SOW. The SOW should list tools by management area, or in one annex depending on contractor preference. The intent is to demonstrate an understanding of the scope of the requirement and allow the contractor to determine the appropriate tools required to perform the work. All tasks required to perform this contract will be the contractor's responsibility. The contractor should consider proposing an option that may be executed in the event critical tools or equipment are unavailable.

**3.7 ENVIRONMENTAL PROTECTION.** The contractor will propose an environmental protection plan in accordance with developing Iraqi standards. The contractor will be expected to understand and comply with Iraqi Environmental Protection Standards as they are implemented. At a minimum, the contractor should demonstrate in the SOW those steps he will implement to avoid releasing hazardous, toxic or prohibited material into the environment.

**3.8 FACILITY MANAGEMENT.** The contractor will propose a management plan for the complete operations and management of all existing and planned facilities at

the BPSA. The contractor, using his extensive past experience, will demonstrate in his SOW that he understands those tasks required to provide facility management. This includes property book control, hand receipt procedures, maintenance of facilities, control of the usage of facilities, key control, janitorial service, waste management, land scaping, interior/exterior lighting, overall control of all work efforts within facilities, the coordination of facility security, protection and support. The coordination of separately contracted construction activities, the issuing and control of facility security badges, the establishment and control of anti-terrorism procedures. Facilities for the first year will include: Multi story buildings containing 20 classrooms capable of accomodating 720 students, with classroom sizes of approximately 36 students. The classrooms will have full writing tables for the students and will be equipped with tables and chairs. The classrooms will be newly renovated (2004) but the contractor may expect initial conditions to be in non-renovated buildings. The BPSA will have single story open-bay type barracks that will house up to 4600 students with not more than 40 bed spaces per barracks in bunk bed configuration (anticipated) and multi-story barracks/dormitories that house 4 students. Some rehabilitation is complete and planned rehabilitation will begin May 2004. A common room in each dormitory for relaxation that will contain a TV and internet service is planned. There will be a separate women's dormitory. There will be a central laundry drop off and pick up facility in each barracks that the contractor will be expected to service. The BPSA will have a renovated motor pool facility and storage facility and an adjoining fuel station. The contractor can anticipate a dispatch room with telephone and internet service. The BPSA will have a staff dormitory with semi-private rooms for 100 personnel. The BPSA will have three GFE provided storage and maintenance buildings approximately 15m x 20m for equipment and supplies. Administration and support buildings will have appropriate telephone and internet wiring.

**3.9 FOOD SERVICE MANAGEMENT.** The contractor will propose the establishment and support of food service activities. The contractor will use the existing dining facility and will anticipate beginning operation of the second dining facility as a bare bones operation until rehabilitation is complete. The first dining facility will be operational upon award of the contract and the second dining facility will be available at award +6 months. The contractor should propose a plan that time phases the operation of the dining facilities. The dining facilities will be of new construction with GFE provided tables, chairs, commercial grade ovens, refrigerators, freezers, sinks and shelves sufficient to prepare and serve up to 50% of the anticipated student load per facility. The kitchens will meet or exceed international safety, hygiene and health regulations. The contractor should anticipate shortage of some utensils and equipment and should plan for maintenance of existing equipment. This may include the procurement and installation of additional tables and chairs, the procurement and installation of additional commercial cooking equipment, cold storage equipment, tools and utensils but in limited quantities. The contractor should plan for the procurement of sufficient quantities of dinner ware and utensils to support feeding operations in accordance with the student and staff population that will be phased in over the life of the contract. The contractor should plan for the establishment of a smaller dining area for the support of dignitaries in accordance with the above listed daily requirement for visitors. It is anticipated that students and faculty will dine in the same general area. The contractor will demonstrate in his SOW that he

understands the requirement of establishing, maintaining and operating a quality dining facility. For planning purposes the contractor will propose feeding Breakfast from 0600 - 0800; Lunch from 1100 - 1400; and Dinner from 1800-2000. The contractor shall plan for a late night snack for up to 15% of assigned personnel from 2200-2400. The late night snack should not include cooking but should be geared towards availability of hot or cold drinks and some type of snack. The contractor will propose and demonstrate an understanding of the requirement to provide sufficient services to feed the number of personnel IAW the above phase in plan. The contractor should assume on site water is non-potable and must plan for providing potable water for dining operations and for general consumption by cadets and staff. This situation may remain for the duration of the contract.

**3.10. CLOTHING ISSUE FACILITY.** The table in Section 3.1 provides the expected build up and steady state loading of the facility. Initial uniform quantities will be provided as GFE. The contractor will be required to establish and operate a Clothing Issue Facility (CIF) using existing Government Furnished Equipment (GFE) buildings. The contractor should anticipate and demonstrate in his SOW that some quantity of equipment and inventory control system will be required. The existing inventory control system can be considered as manual and rudimentary. All clothing and equipment issued will be accounted for using contractor supplied inventory control measures. The contractor will anticipate coordinating budgeting requirements for replenishment of equipment. For planning purposes the below table lists the initial procurement procured and issued to the BPSA. The contractor should anticipate deliveries of this stock occurring during the initial start up phase. The contractor should anticipate emergency requirements and will propose a priced option for emergency requisition of uniforms and equipment.

| POLICE ACADEMY EQUIPMENT | | |
|---|---|---|
| Item | Name | Qty Procured |
| 1 | Suit, Strike Red Man | 10 |
| 2 | Pistol Simulators | 100 |
| 3 | Bullhorns | 105 |
| 4 | Blunt Trauma Suits | 150 |
| 5 | Red Knife Simulators | 150 |
| 6 | Range Paddles | 260 |
| 7 | Riot Shields | 360 |
| 8 | Target Pasters | 400 |
| 9 | Strike Pads | 650 |
| 10 | Soft Strike Batons | 660 |
| 11 | Gym Mats | 900 |
| 12 | Range Flags | 2000 |
| 13 | Traffic Cones | 3400 |
| 14 | First Aid Kits | 10,000 |
| 15 | Baton Holders | 28,500 |
| 16 | Expandable Batons | 28,500 |
| 17 | Duty Belts | 28,500 |

| | | |
|---|---|---|
| 18 | Ear Protection | 28,500 |
| 19 | Eye Protection | 28,500 |
| 20 | Flashlights, Mag type 2 C-cell | 28,500 |
| 21 | Flex Cuffs | 28,500 |
| 22 | Flex Cuff Cutters | 28,500 |
| 23 | Handcuffs | 28,500 |
| 24 | Handcuff holders | 28,500 |
| 25 | Whistles | 28,500 |
| 26 | Helmets w/face shield | 150 |
| 27 | Helmets w/o face shield | 210 |
| 28 | Sweatsuits (top and bottom) | 28,500 |
| 29 | Uniform Shirts | 85,500 |
| 30 | Uniform Pants | 85,500 |
| 31 | Uniform Coat | 36,000 |
| 32 | Uniform Hat | 36,000 |
| 33 | Undergarments | 144,000 |
| 34 | Socks | 144,000 |
| 35 | Towels | 57,000 |
| 36 | Toiletry Items | 28,500 |

The above list is representative of the initial buy of clothing and equipment. It is not all inclusive, but is meant to provide the contractor with an idea of the types of equipment required for initial distribution and the types of items that will need to be stocked based on the steady state student load. The total stocked line items will exceed the above table, but will be similar items. The contractor will propose the steady state stockage levels and the management means to maintain the stockage levels. The Contractor will provide a priced option to maintain CIF stocks for the initial year of the contract and a priced option for the follow on year. The contractor will demonstrate in his proposal an understanding of equipment stockage requirements and levels required to support a Police Academy of this size.

**3.11 LATRINE AND SHOWER UNITS.** The BPSA will have fixed bathroom facilities in the building. The bathroom facilities for students are shared for each barracks. This can mean up to 40 students share one latrine. The contractor will be responsible for maintenance support of latrine and shower facilities on a 24 emergency basis with routine work orders be conducted during normal work hours. The contractor should propose a management plan for the maintenance of all water and sewage for the BPSA. The existing site plan requires improvements to the sewer line connections. There are existing sewage problems on the site that require immediate attention, the contractor should propose a plan that includes a priced option for portable sewage pumping and disposal. The contractor may expect up to six months of sewage problems until reconstruction work is able to rehabilitate the main lines. The responsibility for sewage line connections is in a separate contract. The contractor should anticipate short duration requirements for a limited number of porta-johns (up to 5) that may be required for off BPSA training. In the case of portable latrine facilities the contractor is responsible for managing activities required to obtaining and maintaining, this may

include short term rental from local sources. Fixed utilities will be connected to public utilities.

**3.12 ELECTRICAL MAINTENANCE.** The contractor will be responsible for maintenance of the existing electrical system. The contractor should demonstrate in his management plan an understanding of the Iraqi Electrical System and requirements. The contractor should demonstrate a clear understanding of electrical system maintenance in under-developed countries. This is best provided by citing past work in this area. The contractor will propose on a priced option the procurement, installation and maintenance of backup emergency generators. Back up generators will be included in the renovation of the BPSA and the contractor will be responsible for the servicing, test and maintenance of the installed generators. The priced option will only be executed in the event the existing generators are determined to be insufficient for the purpose or in the event they fail and can not be repaired. The priced option will have discrete CLINs that the CPA or the follow on Iraqi Government can award based on the availability of GFE. The option should account for sufficient power availability to maintain BPSA security systems, information systems and emergency lighting. The priority power requirement is to the command operations cell, followed by sensitive items storage areas and emergency lighting. The renovated facilities will be at current cited standards. Panel boards will be have a capacity increase of 10%.

**3.13 BARBER SERVICES.** The contractor will propose a barber service that will provide at no cost to students and faculty basic barber services. GFE space will be provided. The contractor will work under his task for facilities management to designate the barber area.

**3.14 MEDICAL SUPPORT.** The contractor will propose establishment and manning of a medical support clinic using GFE provided space. The provided space will be newly renovated and will include a clinic with two examination rooms, an emergency room, two doctor's offices, four nurse offices, a break room, a storage room and a waiting room. The building will be expandable for future growth. The contractor may expect initial conditions and facilities to be bare base. The contractor should anticipate establishing a medial clinic in a temporary facility until the permanent facility is finished. The contractor will propose supplies and material to equip the clinic. The contractor should demonstrate in his SOW an understanding of the requirements to perform medical support services up to and including emergency medical support for trauma and life threatening injuries. In the case of life threatening injuries the medical support is intended to stabilize the patient until evacuation to a hospital. Based on the expected large number of students, and the persistent terrorist threat, the contractor should consider a plan for mass casualty drills and exercising the plan on an annual or bi-annual basis. The contractor will propose procedures for evacuation of patients. Consideration should be given to hiring Iraqi staff.

**3.15 BILLETING MANAGEMENT.** The contractor should provide a management plan that demonstrates a clear understanding, based on his extensive experience, of the management of billeting for the student and faculty load listed in

Section 3.1. For purposes of the SOW that contractor should assume billeting all students on campus in GFE provided rooms, and billeting up to 100 faculty members. The plan should address management of cleaning, room supply issue such as blankets, pillows etc. The contractor may assume that students are required to maintain their rooms at a high degree of cleanliness. Maid type services are not envisioned, however central laundry pick up in each dormitory and laundry services are required. The contractor should propose a laundry service that as a minimum maintains and sanitizes the bedding stock.

**3.16 ANTI TERRORISM.** The contractor should provide a anti-terrorism plan that includes multiple levels of security. The contractor should consider a identification badge system that provides multiple levels of access depending on status of the personnel. The contractor should propose a system that includes complete facility protection. The renovation of the BPSA initiated in 2004 will include security walls, fences, lighting and controlled access. However, initial conditions will rely heavily on a coordinated effort between contractor provided security, portable lighting and installation of temporary security barriers until permanent measures can be emplaced. The contractor should propose a fixed price option to provide security upgrades in the event shortfalls are determined after management operations begin.

**3.17 VISITOR SUPPORT.** The contractor should propose a plan that provides management of transient visitors as well as visiting dignitaries.

**3.18 SELF SERVICE SUPPLY CENTER.** The contractor should propose a plan to establish, equip and operate a small office supplies type center for issue of common office items to both students and faculty. The contractor's plan should include items to be stocked and stockage levels. For purposes of the plan the contractor should propose a one year supply of common office items.

**3.19 PRINTING AND COPIER SUPPORT.** The contractor should propose a plan to establish, equip and operate a publishing support office to conduct copying services for faculty. The contractor, based on his extensive past experience, should propose quantities of items required to support this plan. The contractor should consider facsimile service as part of this requirement.

**3.20 COMMUNICATIONS AND INFORMATION TECHNOLOGY SUPPORT.** The contractor, based on his extensive past experience, should propose a plan to establish and support communications and IT internal to the boundary of the facility. This includes existing LAN support and existing telephone support. The contractor may plan based on a LAN consisting of 200 existing work stations, and expansion up to 2000 computers. The contractor should expect connectivity requirements to the Internet and WAN connectivity requirements to other police or Government centers. The contractor is not required to establish architecture requirements outside of the existing facilities of the BPSA. The contractor will be provided an existing LAN service and can expect newly renovated buildings to be wired for internet connections and telephone service. Phase I Student barracks will have a central room with a shared internet connection for use of the students. Existing renovated barracks

will not have pre-wired internet or telephone lines. The contractor should propose as a fixed price option establishing areas within the billeting facilities that will serve as "internet cafes" to allow student access during leisure time. The contractor should expect work stations located at each faculty members office/cubicle. The contractor should evaluate the facility map provided in the bidders package and evaluate requirements to expand the main facility LAN to additional buildings. For purposes of the SOW the contractor may assume that existing LAN assets will consist of wiring installed in 2004 and capable of T1 service. The contractor may assume that new facilities will have sufficient LAN wiring and connectivity between locations will be installed as GFE. The contractor should assume that there will be one phone per faculty member and an additional 15% expansion over this requirement. The contractor should assume that there will be phone access based on a ration of 1 phone per 10 students.

**3.21 GOVERNMENT FURNISHED EQUIPMENT.**

3.21.1. New heating, ventilation and air conditioning system. (HVAC). Electric split system heating and cooling units located on slab on grade or roof mounted. All air handling units will be located within mechanical equipment rooms with adequate maintenance clearance.

3.21.2. Generator. Generator power will be connected to essential circuits for emergency lighting, essential equipment, communications center and life safety systems. Exact specifications not available.

3.2.1.3 Vehicles. Approximately 300 vehicles are present at the BPSA. The contractor should plan on leasing a limited number for long term use, but may plan on using fleet vehicles for routine management functions. The ability to manage vehicle requirements will determine the contractor's availability of vehicles. The contractor's proposal should not rely on buying or renting a large number of vehicles to support the BPSA. The contractor should consider proposing a fixed price option to increase vehicles available for supporting the operation of the BPSA, if after contract award it is discovered there are insufficient resources to carry out the support mission and manage the BPSA training mission.

3.2.1.4 Hand Held Radios. Inventory includes 450 Motorola Type (not specifically the brand) UHF hand held radios (Frequency range 430-470). Contractor will be required to manage issue and turn in and manage warranty claims. 21 Base Stations (for the hand held radios) and 281 vehicle installed radios.

3.2.1.5. Furnishings and Equipment. Provided as GFE is $15,000,000 in furnishings and office equipment. The contractor will be responsible for inventory and asset management. Replacement of items will be coordinated through budget estimate requests submitted to the Iraqi Government, through the BPSA financial staff.

3.2.1.6 CIF Equipment. Provided as GFE is $24,500,000 in initial stockage of uniforms and equipment. Uniforms are issued to cadets and require periodic

replenishment. The contractor will be responsible for inventory and asset management. Requests for replenishment will be submitted to BPSA financial staff.

3.2.1.7 Firearms Trainer. A multi-lane firearms trainer is provided as GFE. The contractor will be responsible for coordinating maintenance and managing warranty claims.

3.2.1.8 1 x Garbage Truck.

3.2.1.9 Buses x 3.

3.2.10 1 x Fire Pumper Truck

3.2.1.8 Facilities. See Appendix 1 for maps and descriptions.

**3.22 HUMAN RESOURCES AND LOCAL STAFF MANAGEMENT**. The contractor will propose a plan for recruiting, hiring, testing and administration of all local staff related to the above functions. This includes, but is not limited to: legal, forensics, interpreters, facilities maintenance, janitorial, electricians, carpenters, masons, landscapers, waste management, property control, inventory management, office assistants, etc. The contractor will be required to conduct background checks to provide clearances for staff. The contractor should propose a personnel management system to include a payroll and promotion system, evaluation processes and disciplinary processes. The contractor, as part of this task, will be required to hire temporary or day laborers.

**3.23 VECTOR CONTROL.** The contractor shall propose a plan for vector control. Aerial, map and grounds views are provided in the bidder's package.

**3.24 GROUNDS MAINTENANCE.** The contractor shall propose a plan for grounds maintenance. This will initially require extensive work to include installation of irrigation systems to some areas. The contractor may anticipate installing typical shrubberies, palms, flowering plants etc. that are able to survive in the Baghdad climate. The contractor should propose a grounds maintenance plan that utilizes local Iraqi labor and local Iraqi nursery products. The contractor should demonstrate an awareness of local Iraqi labor rates in constructing his plan.

**3.25 ROAD MAINTENANCE.** Existing roads are in poor condition. The contractor should anticipate an initial period that requires road improvement. This includes grading and limited road upgrades to include asphalt improvement. The contractor should anticipate relying heavily on local Iraqi labor. The contractor should propose a plan to maintain roads throughout the contract period, this should include integrating road maintenance, with grounds/landscaping and anti-terrorism and security measures.

**3.26 RANGE SUPPORT.** Training ranges will be utilized within the facility grounds. The contractor will propose a training range support fixed price option that can be executed once the training ranges are available for use.

**3.27 ARMOR AND ARMORY SUPPORT.** The contractor should propose a fixed price option that provides armory, ammunition and armor support for the BPSA. The envisioned support for weapons storage and ammunition storage is currently under a separate warehouse support contract. This option would be executed in the event the planned support fails or is found to be inadequate for support of the facility.

**3.28 TEMPORARY ACADEMY SUPPORT -NORTH.** The contractor will fixed price option to support a temporary academy sight located at Arbil, Iraq (60 miles east of Mosul). The contractor should propose an option that provides a complete drop in temporary academy with all required life support as listed above for the BPSA support, except scaled for the projected student load of 250 personnel for a period of six months beginning 20 days after contract award. Quicker is preferred.

**3.29 SEMI-PERMANENT ACADEMY SUPPORT - SOUTH.** The contractor will propose a fixed price option to support a semi-permanent academy, location to be determined, but in the southern/south eastern portion of Iraq. It is envisioned that the equipment required will deploy by road from holding areas in Kuwait. The projected student daily load is up to 2000 students per day. As the requirement becomes more defined the projected student load of the southern academy may offset the projected student load of the BPSA. The contractor should propose a complete drop in training facility that includes all functions provided for the BPSA. The southern academy is projected to operate for a minimum of 1 year.

**3.30 BAGHDAD INTERNATIONAL AIRPORT STAGING AREA.** The contractor should propose a fixed price option to provide temporary short term limited life support at the Baghdad International Airport (BIAP) for the staging of students arriving and departing from training. Temporary holding is approximately 2 arrivals and departures of students twice monthly. Each holding time can be up to 2 days. The contractor will provide limited life support such as portable latrines, dining and minimum services required to provide comfort to students waiting for transportation. As part of this service the contractor will be responsible for setting up the area either on a temporary two day basis, or setting up a semi-permanent holding area. Student loads for each arrival/departure are approximately 500 for a total of 1000 students transiting through per month. An area for student sleeping, dining, and relaxation should be provided. If tents are used the tents should have lights and air conditioning.

**3.31 REPORTS.** The contractor will provide monthly reports to the management of the BPSA on: Budget requirements; Status of CIF items; Status of Weapons Inventory; # Personnel being housed; # Personnel being fed; Critical shortages or requirements; Vehicle Fleet Status; Medical Treatment and Trends.

**Attachment 1: Location Map**



**Attachment 2: Aerial Photo**



**Attachment 3: Typical Floor Plans**

## Typical Barracks Floor Plan

First Floor




3 Buildings X 220 Trainees = 660

# Typical Officer/ NCO Barracks Floor Plan

First Floor



# Typical Officer/ NCO Barracks Floor Plan

**Second Floor**



# Typical Officer/ NCO Barracks Floor Plan

Third Floor



1 Building X 116 Staff = 116

# Typical Classroom Building / Lecture Hall

First and Second Floor



**Attachment 4: Existing Site**



**Attachment 5: Photographs of Existing Baghdad Police Academy**



Existing Public Safety Training Building



Renovated Barracks



Renovated Dining Facility



Renovated Dining Facility



Looking East to Ministry of Oil Building



Looking East to Existing barracks

EXHIBIT

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 4 |

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| A00001 | 04/29/04 | | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| CPA - CONTRACTING ACTIVITY<br>REPUBLICAN PRESIDENTIAL COMPOUND<br>BAGHDAD IRAQ<br>APO AE 09316 | SAME AS BLOCK 6 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | |
|---|---|---|
| | x | 9A. AMENDMENT OF SOLICIATION NO. DABV01-04-R-0047 |
| | | 9B. DATED (SEE ITEM 11) 04/22/04 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 11) |
| CODE / FACILITY CODE | | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a)By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPIRATION DATA (If required)

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See attached for Amended Changes

See attached for Additional Items for Notice to Offerors

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | RONALD W. HIRTLE | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>[signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>04/29/04 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

## INSTRUCTIONS

Instructions for items other than those that are self-explanatory, are as follows:

(a) Item 1 (Contract ID Code). Insert the contract type identification code that appears in the title block of the contract being modified.

(b) Item 3 (Effective date).

(1) For a solicitation amendment, change order, or administrative change, the effective date shall be the issue date of the amendment, change order, or administrative change.

(2) For a supplemental agreement, the effective date shall be the date agreed to by the contracting parties.

(3) For a modification issued as an initial or confirming notice of termination for the convenience of the Government, the effective date and the modification number of the confirming notice shall be the same as the effective date and modification number of the initial notice.

(4) For a modification converting a termination for default to a termination for the convenience of the Government, the effective date shall be the same as the effective date of the termination for default.

(5) For a modification confirming the contacting officer's determination of the amount due in settlement of a contract termination, the effective date shall be the same as the effective date of the initial decision.

(c) Item 6 (Issued By). Insert the name and address of the issuing office. If applicable, insert the appropriate issuing office code in the code block.

(d) Item 8 (Name and Address of Contractor). For modifications to a contract or order, enter the contractor's name, address, and code as shown in the original contract or order, unless changed by this or a previous modification.

(e) Item 9, (Amendment of Solicitation No. - Dated), and 10, (Modification of Contract/Order No. - Dated). Check the appropriate box and in the corresponding blanks insert the number and date of the original solicitation, contract, or order.

(f) Item 12 (Accounting and Appropriation Data). When appropriate, indicate the impact of the modification on each affected accounting classification by inserting one of the following entries.

(1) Accounting classification ____________
Net increase $____________

(2) Accounting classification ____________
Net decrease $____________

NOTE: If there are changes to multiple accounting classifications that cannot be placed in block 12, insert an asterisk and the words "See continuation sheet".

(g) Item 13. Check the appropriate box to indicate the type of modification. Insert in the corresponding blank the authority under which the modification is issued. Check whether or not contractor must sign this document. (See FAR 43.103.)

(h) Item 14 (Description of Amendment/Modification).

(1) Organize amendments or modifications under the appropriate Uniform Contract Format (UCF) section headings from the applicable solicitation or contract. The UCF table of contents, however, shall not be set forth in this document

(2) Indicate the impact of the modification on the overall total contract price by inserting one of the following entries:

(i) Total contract price increased by $______

(ii) Total contract price decreased by $______

(iii) Total contract price unchanged.

(3) State reason for modification.

(4) When removing, reinstating, or adding funds, identify the contract items and accounting classifications.

(5) When the SF 30 is used to reflect a determination by the contracting officer of the amount due in settlement of a contract terminated for the convenience of the Government, the entry in Item 14 of the modification may be limited to --

(i) A reference to the letter determination; and

(ii) A statement of the net amount determined to be due in settlement of the contract.

(6) Include subject matter or short title of solicitation/contract where feasible.

(i) Item 16B. The contracting officer's signature is not required on solicitation amendments. The contracting offier's signature is normally affixed last on supplemental agreements.

STANDARD FORM 30 (REV. 10-83) BACK

AMENDMENTS

SOO Paragraph 3.1. ADD. Immediate contractor attention is required in the areas of site supervision and management. The contractor should focus on site sanitation and cleanliness, special focus area is the dining facility. Vector control is second priority.

1. SOO Paragraph 3.5: Total expected BPSA vehicles is 100, vice 300.

2. SOO Paragraph 3.14. CHANGE. The initial equipment for the medical clinic will be provided as Government Furnished. The contractor will be responsible for procurement and stocking of expendable items.

3. SOO Paragraph 3.16. CHANGE. Anti-terrorism and force protection measures will be provided by the Government. The contractor should provide a fixed price option to upgrade security but only to include portable generator and light sets for two entry points. Fixed walls and perimeter fencing are provided by the Government.

4. SOO Paragraph 3.20. CHANGE. The contractor will be responsible for providing 1 internet cafe in a central location. The internet cafe will house up to 40 computers. The contractor will be responsible for providing all computers, servers, routers to make the internet cafe operational. An existing, renovated building is provided for this service. The contractor will not be required to provide internet cafes within the single story student billets, but should provide a fixed price option to provide internet areas within the proposed two story student barracks. The new buildings will be pre-wired for internet access.

5. SOO Paragraph 3.21.3. CHANGE. Contractor is responsible for maintenance of only 100 vehicles. Most maintenance tasks on the BPSA can be carried out using John Deere Gator type vehicles.

6. SOO Paragraph 3.21.7. CHANGE. There will be six 10 lane firearms trainers housed in a new range building. These devices will not be on site for a minimum of six months.

7. SOO Paragraph 3.22. ADD. 80% of staffing exists on site, the contractor may consider re-hiring personnel he finds suitable. Specialized staff and instructors such as legal and 2 doctors are currently on staff.

8. SOO Paragraph 3.26. CHANGE. 3 Ranges exist, they are 30 meter handgun ranges with approximately 30 lanes each. A 300 meter rifle range is planned that will have 30 lanes. The ranges are fixed target ranges. The contractor should propose range support, including target support and range maintenance.

9. SOO Paragraph 3.27. CHANGE. The contractor should propose armor and armory support. The armory is currently operational and staffed, however, it does not meet U.S. requirements. After contract award the contractor should install weapons racks and bring

the armory up to U.S. armory standards. Existing staff is well trained in weapons repair. Local vendors exist for manufacture of weapons racks. The contractor will be allowed sufficient time to contract and install weapons racks using local labor.

CHANGE IN NOTICE TO OFFERORS

The site visit is expected to take up to 6 hours. The bus will depart the Conference Center at 0900 local time.

A $5 charge is required for catered lunch at the Police Academy.

An outbrief will be provided at approximately 1600-1700 at the Baghdad Conference Center for the contracting officer to respond to questions.

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
***OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30***

1. REQUISITION NUMBER:
PAGE 1 OF 29

2. CONTRACT NO:
3. AWARD/EFFECTIVE DATE:
4. ORDER NUMBER:
5. SOLICITATION NUMBER: DABV01-04-R-0047
6. SOLICITATION ISSUE DATE: 04/22/2004

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: Ronald W. Hirtle
b. TELEPHONE NUMBER *(No collect calls)*: 703-343-9224
8. OFFER DUE DATE/LOCAL TIME: 05/15/04

9. ISSUED BY — CODE:
CPA - CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316

10. THIS ACQUISITION IS
[x] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [x] RFP

15. DELIVER TO — CODE:
SEE BLOCK 26

16. ADMINISTERED BY — CODE:
SAME AS BLOCK 9

17a. CONTRACTOR/OFFEROR — CODE: — FACILITY CODE:
Laudes Corporation
Karrada Alaaat Al-Hindiya 246/1 Qua 929
Street 25/1, Hay Babil, Baghdad, Iraq
Tel: (914) 360-0032
TELEPHONE NO. +964-7901913905

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE:
MINISTRY OF INTERIOR
ATTN: MR. DANIEL JONES
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD IRAQ APO AE 09316

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Baghdad Public Service Academy Life Support | | | | |
| 0001AA | 1 - 1500 Students | 1 | LO | 14,190,049. | 14,190,049. |
| 0001AB | 1501 - 2500 Students | 1 | LO | 17,719,599. | 17,719,599. |
| 0001AC | 2500 - 4500 Students | 1 | LO | 24,709,449. | 24,709,449. |
| 0001AD | 4500 - 6000 Students | 1 | LO | 30,812,149. | 30,812,149. |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA
26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED
[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED

[x] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REF ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR: [signature]
31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER *(Type or print)*: Principal LAURENCE UNDERWOOD
30c. DATE SIGNED: 12 MAY 2004
31b. NAME OF CONTRACTING OFFICER *(Type or print)*: RONALD W. HIRTLE
31c. DATE SIGNED:

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

DEPOSITION EXHIBIT 8

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER

PAGE 1 OF 29

2. CONTRACT NO

3. AWARD/EFFECTIVE DATE

4. ORDER NUMBER

5. SOLICITATION NUMBER: DABV01-04-R-0047

6. SOLICITATION ISSUE DATE: 04/22/2004

7. FOR SOLICITATION INFORMATION CALL:

a. NAME: Ronald W. Hirtle

b. TELEPHONE NUMBER (No collect calls): 703-343-9224

8. OFFER DUE DATE/LOCAL TIME: 05/15/04

9. ISSUED BY — CODE

CPA - CONTRACTING ACTIVITY
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD, IRAQ
APO AE 09316

10. THIS ACQUISITION IS
[x] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [x] RFP

15. DELIVER TO — CODE

SEE BLOCK 26

16. ADMINISTERED BY — CODE

SAME AS BLOCK 9

17a. CONTRACTOR/OFFEROR — CODE — FACILITY CODE

Laudes Corporation
Karrada Alaaat Al-Hindiya 246/1 Qua 929
Street 25/1, Hay Babil, Baghdad, Iraq
Tel: (914) 360-0032

TELEPHONE NO. +964-7901913905

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE

MINISTRY OF INTERIOR
ATTN: MR. DANIEL JONES
REPUBLICAN PRESIDENTIAL COMPOUND
BAGHDAD IRAQ APO AE 09316

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Baghdad Public Service Academy Life Support | | | | |
| 0001AA | 1 - 1500 Students | 1 | LO | 14,190,049. | 14,190,049. |
| 0001AB | 1501 - 2500 Students | 1 | LO | 17,719,599. | 17,719,599. |
| 0001AC | 2500 - 4500 Students | 1 | LO | 24,709,449. | 24,709,449. |
| 0001AD | 4500 - 6000 Students | 1 | LO | 30,812,149. | 30,812,149. |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED

[x] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REF ________ OFFER DATED ________. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR: [signature]

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER *(Type or print)*: Principal — LAWRENCE UNDERWOOD

30c. DATE SIGNED: 12 May 2004

31b. NAME OF CONTRACTING OFFICER *(Type or print)*: RONALD W. HIRTLE

31c. DATE SIGNED

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 1001 | Critical Tools and Equipment (Option CLIN) | 1 | LO | 1,124,500 | 1,124,50 |
| 1002 | Requisition of Uniforms and Equipment (Option CLIN) | 1 | LO | 6,000,000 | 6,000,00 |
| 1003 | Portable Sewage (Option CLIN) | 1 | LO | 398,400 | 398,40 |
| 1004 | Backup Emergency Generators (Option CLIN) | 1 | LO | 869,000 | 869,00 |
| 1005 | Security Upgrades (Option CLIN) | 1 | LO | 235,000 | 235,00 |
| 1006 | Internet Cafes (Option CLIN) | 1 | LO | 213,000 | 213,00 |
| 1007 | Armory, Ammunition and Armor Support (Option CLIN) | 1 | LO | 912,000 | 912,00 |
| 1008 | Temporary Site at Arbil, Iraq (Option CLIN) | 1 | LO | 1,125,000 | 1,125,00 |
| 1009 | Semi-Permanent Academy (Option CLIN) | 1 | LO | 18,000,000 | 18,000,00 |
| 1010 | BIAP Short Term Staging Life Support (Option CLIN) | 1 | LO | 150,000 | 150,00 |
| 2001 | Baghdad Public Service Academy Life Support (Option Year 1)<br>XX May 05 XX May 06 | | | | |
| 2001AA | 1 1500 Students | 1 | LO | 16,153,004 | 16,153,0 |
| 2001AB | 1501 - 2500 Students | 1 | LO | 20,412,554 | 20,412,55 |
| 2001AC | 2500 - 4500 Students | 1 | LO | 27,873,404 | 27,873,40 |
| 2001AD | 4500 - 6000 Students | 1 | LO | 32,775,104 | 32,775,10 |
| 2002 | Critical Tools and Equipment | 1 | LO | 281,125 | 281,12 |
| 2003 | Requisition of Uniforms and Equipment | 1 | LO | 3,000,000 | 3,000,00 |
| 2004 | Portable Sewage | 1 | LO | 415,800 | 415,80 |
| 2005 | Backup Emergency Generators | 1 | LO | 0 | |
| 2006 | Security Upgrades | 1 | LO | 150,000 | 150,0 |
| 2007 | Internet Cafes | 1 | LO | 53,250 | 53,2 |
| 2008 | Armory, Ammunition and Armor Support | 1 | LO | 456,000 | 456,0 |
| 2009 | Temporary Site at Arbil, Iraq | 1 | LO | 0 | |
| 2010 | Semi-Permanent Academy | 1 | LO | 18,000,000 | 18,000,0 |
| 2011 | BIAP Short Term Staging Life Support | 1 | LO | 165,000 | 165,0 |
| 3001 | Baghdad Public Service Academy Life Support (Option Year 2)<br>XX May 06 - XX May 07 | | | | |
| 3001AA | 1 - 1500 Students | 1 | LO | 14,945,915 | 14,945,9 |
| 3001AB | 1501 - 2500 Students | 1 | LO | 19,577,765 | 19,577,76 |
| 3001AC | 2500 - 4500 Students | 1 | LO | 26,728,115 | 26,728,1 |
| 3001AD | 4500 - 6000 Students | 1 | LO | 31,945,790 | 31,945,7 |
| 3002 | Critical Tools and Equipment | 1 | LO | 281,125 | 281,1 |
| 3003 | Requisition of Uniforms and Equipment | 1 | LO | 3,000,000 | 3,000,0 |
| 3004 | Portable Sewage | 1 | LO | 436,580 | 436,5 |
| 3005 | Backup Emergency Generators | 1 | LO | 0 | |
| 3006 | Security Upgrades | 1 | LO | 150,000 | 150,0 |
| 3007 | Internet Cafes | 1 | LO | 53,250 | 53,2 |
| 3008 | Armory, Ammunition and Armor Support | 1 | LO | 504,800 | 504,8 |
| 3009 | Temporary Site at Arbil, Iraq | 1 | LO | 0 | |
| 3010 | Semi-Permanent Academy | 1 | LO | 18,000,000 | 18,000,0 |
| 3011 | BIAP Short Term Staging Life Support | 1 | LO | 181,500 | 181,5 |

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT,

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELPHONE NUMBER OF AUTHORIZED GOVERNMENT | |
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE | |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) | |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 4/2002) BACK

12 May 2004

| BAGHDAD PUBLIC SAFETY ACADEMY | | | | |
|---|---|---|---|---|
| PERIOD OF PERFORMANCE: 21 MAY 2004 - 20 MAY 2005 | | | | |
| Option Years: 1st year: 20 May 2005 through 19 May 2006; 2nd year: 19 May 2006 through 18 May 2007 | | | | |
| NAME OF OFFEROR/CONTRACTOR: LAUDES CORPORATION, BAGHDAD, IRAQ | | | | |
| ITEM NO. SUPPLIES/SERVICES. | QUANTITY. | Unit. | UNIT PRICE. US$ | AMOUNT. US$ |
| **1.0 Scope of Work -** Provide all resources and management necessary a: The Baghdad Public Safety Academy (BPSA) to setup, operate and maintain a base camp and life support operation for an estimated population of upto 6000 persons to train for the period of 21 May 04 through 20 May 05 in accordance with attached specifications | | | | |
| **2.0 Applicable documents -** See Attached - | | | | |
| **3.0 Requirements -** | | | | |
| 3.1 General Information - | | | | |
| 21 May 2004 - Population at BPSA - approx. 3295 | | | | |
| 01 July 2004 - Population at BPSA - approx. 3840 | | | | |
| 01 January 2005 - Population at BPSA - approx. 5980 | | | | |
| **3.2 Period of Performance -** | | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | | |
| Options | | | | |
| 1 20 May 2005 through 19 May 2006 | | | | |
| 2 19 May 2006 through 18 May 2006 | | | | |
| **3.3 Worksite Safety -** | | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | Prices inclusive in below listed items where applicable | | | |
| Option Years | | | | |
| 1. 20 May 2005 through 19 May 2006 | Prices inclusive in below listed items where applicable | | | |
| 2 19 May 2006 through 18 May 2006 | Prices inclusive in below listed items where applicable | | | |
| **3.4 Fire Protection -** | | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | | 94,450 |
| Option Years. | | | | |
| 1 20 May 2005 through 19 May 2006 | | | | 94,450 |
| 2 19 May 2006 through 18 May 2006 | | | | 99,173 |
| **3.5 Motor Pool Operations -** | | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | | 395,700 |
| Option Years. | | | | |
| 1 20 May 2005 through 19 May 2006 | | | | 395,700 |
| 2 19 May 2006 through 18 May 2006 | | | | 415,485 |
| **3.6 Tools and Equipment -** | | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | | 35,000 |
| Option Years | | | | |
| 1 20 May 2005 through 19 May 2006 | | | | 17,500 |
| 2 19 May 2006 through 18 May 2006 | | | | 18,375 |

3.7 **Environmental Protection -**

| | | | | |
|---|---|---|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | | | | 260,600 |
| Option Years | | | | |
| 1. 20 May 2005 through 19 May 2006 | | | | 260,600 |
| 2. 19 May 2006 through 18 May 2006 | | | | 273,630 |

3.8 **Facility Management -**

| | | | | |
|---|---|---|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | | | | 2,829,600 |
| Option Years. | | | | |
| 1. 20 May 2005 through 19 May 2006 | | | | 2,900,340 |
| 2. 19 May 2006 through 18 May 2006 | | | | 3,045,357 |

3.9 **Food Service Management -**

| | | | | |
|---|---|---|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | | | | |
| **Food and Water:** | | | | |
| 1. 1-1500 persons | 1500 | Per day | 10.92 | NTE 5,978,700 |
| 2. 1501-2500 persons | 2500 | Per day | 10.42 | NTE 9,508,250 |
| 3. 2501-4500 persons | 4500 | Per day | 9.92 | NTE 16,293,600 |
| 4. 4501-6000 persons | 6000 | Per day | 9.42 | NTE 20,629,800 |
| Price per day per person at the rate indicated | | | | |
| Price includes five (5) bottles of water | | | | |
| per day per person | | | | |
| Ice: | | | | |
| Four (4) lbs of ice per day per person | | | | |
| 1. 1-1500 persons | 6000 Lbs | Per day | 0.5 | NTE 1,095,000 |
| 2. 1501-2500 persons | 10000 Lbs | Per day | 0.5 | NTE 1,825,000 |
| 3. 2501-4500 persons | 18000 Lbs | Per day | 0.35 | NTE 2,299,500 |
| 4. 4501-6000 persons | 24000 Lbs | Per day | 0.35 | NTE 3,066,000 |
| Option Year - 20 May 2005 through 19 May 2006 | | | | |
| **Food and Water:** | | | | |
| 1. 1-1500 persons | 1500 | Per day | 10.92 | NTE 5,978,700 |
| 2. 1501-2500 persons | 2500 | Per day | 10.42 | NTE 9,508,250 |
| 3. 2501-4500 persons | 4500 | Per day | 9.92 | NTE 16,293,600 |
| 4. 4501-6000 persons | 6000 | Per day | 9.42 | NTE 20,629,800 |
| Price per day per person at the rate indicated | | | | |
| Price includes five (5) bottles of water | | | | |
| per day per person | | | | |
| Ice: | | | | |
| Four (4) lbs of ice per day per person | | | | |
| 1. 1-1500 persons | 6000 Lbs | Per day | 0.5 | NTE 1,095,000 |
| 2. 1501-2500 persons | 10000 Lbs | Per day | 0.5 | NTE 1,825,000 |
| 3. 2501-4500 persons | 18000 Lbs | Per day | 0.35 | NTE 2,299,500 |
| 4. 4501-6000 persons | 24000 Lbs | Per day | 0.35 | NTE 3,066,000 |
| Option Year - 19 May 2006 through 18 May 2007 | | | | |
| **Food and Water:** | | | | |
| 1. 1-1500 persons | 1500 | Per day | 11.19 | NTE 6,126,525 |
| 2. 1501-2500 persons | 2500 | Per day | 10.99 | NTE 10,028,375 |
| 3. 2501-4500 persons | 4500 | Per day | 10.17 | NTE 16,704,225 |
| 4. 4501-6000 persons | 6000 | Per day | 9.66 | NTE 21,155,400 |
| Price per day per person at the rate indicated | | | | |
| Price includes five (5) bottles of water | | | | |
| per day per person | | | | |
| Ice: | | | | |
| Four (4) lbs of ice per day per person | | | | |
| 1. 1-1500 persons | 6000 Lbs | Per day | 0.5 | NTE 1,095,000 |
| 2. 1501-2500 persons | 10000 Lbs | Per day | 0.5 | NTE 1,825,000 |
| 3. 2501-4500 persons | 18000 Lbs | Per day | 0.35 | NTE 2,299,500 |
| 4. 4501-6000 persons | 24000 Lbs | Per day | 0.35 | NTE 3,066,000 |

3 10 **Clothing Issue Facility -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 324,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 340,200 |
| 2 19 May 2006 through 18 May 2006 | 357,210 |

3 11 **Latrines and Shower Units -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 768,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 806,400 |
| 2 19 May 2006 through 18 May 2006 | 846,720 |

3 12 **Electrical Maintenance -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 546,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 573,300 |
| 2 19 May 2006 through 18 May 2006 | 601,965 |

3 13 **Barber Services -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 57,600 |
| Option Years: | |
| 1 20 May 2005 through 19 May 2006 | 60,480 |
| 2. 19 May 2006 through 18 May 2006 | 63,504 |

3 14 **Medical Support -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 252,000 |
| Option Years | |
| 1. 20 May 2005 through 19 May 2006 | 277,200 |
| 2 19 May 2006 through 18 May 2006 | 304,920 |

3 15 **Billeting Management -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 262,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 275,100 |
| 2. 19 May 2006 through 18 May 2006 | 288,855 |

3 16 **Anti Terrorism -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 60,000 |
| Option Years: | |
| 1 20 May 2005 through 19 May 2006 | 63,000 |
| 2 19 May 2006 through 18 May 2006 | 66,150 |

3 17 **Visitor Support -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | Inc |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | Inc. |
| 2 19 May 2006 through 18 May 2006 | Inc. |

3 18 **Self Service Supplu Center -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 106,700 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 117,370 |
| 2 19 May 2006 through 18 May 2006 | 129,107 |

3 19 **Printing and Copier Support -**

| | |
|---|---|
| Basic Year - 21 May 2004 through 20 May 2005 | 335,200 |
| Option Years: | |
| 1 20 May 2005 through 19 May 2006 | 368,720 |
| 2 19 May 2006 through 18 May 2006 | 405,592 |

| | | | |
|---|---|---|---|
| **3.20 Communications and Inofmation Technology Support -** | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | 550,000 |
| Option Years: | | | |
| 1 20 May 2005 through 19 May 2006 | | | 275,000 |
| 2. 19 May 2006 through 18 May 2006 | | | 302,500 |
| **3.21 Government Furnished Equipment -** | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | 243,200 |
| 3.21.1 Heating, Ventilation and Air Conditioning HVAC | | | |
| 3.21.2 Generator | | | |
| 3.21.3 Vehicles | | | |
| 3.21.4 Hand held radios | | | |
| 3.21.5 Furnishings and Equipment | | | |
| 3.21.6 CIF Equipment | | | |
| 3.21.7 Firearms Trainer | | | |
| 3.21.8 Fire Pumper Truck | | | |
| 3.21.9 Facilities | | | |
| 3.21.10 Diesel | 92592 Gal | 1.00 | NTE 92,592 |
| 3.21.11 Benzin | 15873 Gal | 1.25 | NTE 19,841 |
| Option Year - 20 May 2005 through 19 May 2006 | | | 267,520 |
| 3.21.1 Heating, Ventilation and Air Conditioning HVAC | | | |
| 3.21.2 Generator | | | |
| 3.21.3 Vehicles | | | |
| 3.21.4 Hand held radios | | | |
| 3.21.5 Furnishings and Equipment | | | |
| 3.21.6 CIF Equipment | | | |
| 3.21.7 Firearms Trainer | | | |
| 3.21.8 Fire Pumper Truck | | | |
| 3.21.9 Facilities | | | |
| 3.21.10 Diesel | 92592 Gal | 1.00 | NTE 92,592 |
| 3.21.11 Benzin | 15873 Gal | 1.25 | NTE 19,841 |
| Option Year - 19 May 2006 through 18 May 2007 | | | 294,272 |
| 3.21.1 Heating, Ventilation and Air Conditioning HVAC | | | |
| 3.21.2 Generator | | | |
| 3.21.3 Vehicles | | | |
| 3.21.4 Hand held radios | | | |
| 3.21.5 Furnishings and Equipment | | | |
| 3.21.6 CIF Equipment | | | |
| 3.21.7 Firearms Trainer | | | |
| 3.21.8 Fire Pumper Truck | | | |
| 3.21.9 Facilities | | | |
| 3.21.10 Diesel | 92592 Gal | 1.00 | NTE 92,592 |
| 3.21.11 Benzin | 15873 Gal | 1.25 | NTE 19,841 |
| **3.22 Human Resources and Local Staff Management -** | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | 360,000 |
| Option Years | | | |
| 1 20 May 2005 through 19 May 2006 | | | 378,000 |
| 2 19 May 2006 through 18 May 2006 | | | 396,900 |
| **3.23 Vector Control -** | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | 480,000 |
| Option Years: | | | |
| 1 20 May 2005 through 19 May 2006 | | | 504,000 |
| 2 19 May 2006 through 18 May 2006 | | | 529,200 |
| **3.24 Grounds Maintenance -** | | | |
| Basic Year - 21 May 2004 through 20 May 2005 | | | 248,000 |

| | |
|---|---|
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 186,000 |
| 2 19 May 2006 through 18 May 2006 | 204,600 |
| **3.25 Road Maintenance -** | |
| Basic Year - 21 May 2004 through 20 May 2005 | 300,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 330,000 |
| 2 19 May 2006 through 18 May 2006 | 363,000 |
| **3.26 Range Support -** | |
| Basic Year - 21 May 2004 through 20 May 2005 | 97,200 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 106,920 |
| 2 19 May 2006 through 18 May 2006 | 117,612 |
| **3.27 Armor and Armory Support -** | |
| Basic Year - 21 May 2004 through 20 May 2005 | 912,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 456,000 |
| 2 19 May 2006 through 18 May 2006 | 501,600 |
| **3.28 Temporary Academy Support - North -** | |
| Basic Year - 21 May 2004 through 20 May 2005 | 1,125,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | N/A |
| 2. 19 May 2006 through 18 May 2006 | N/A |
| **3.29 Semi-Permanent Academy Support - South -** | |
| Basic Year - 21 May 2004 through 20 May 2005 | 18,000,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 18,000,000 |
| 2 19 May 2006 through 18 May 2006 | 18,000,000 |
| **3.30 Baghdad Internat. Airport Staging Area -** | |
| Basic Year - 21 May 2004 through 20 May 2005 | 150,000 |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | 165,000 |
| 2 19 May 2006 through 18 May 2006 | 181,500 |
| **3.31 Reports -** | |
| Basic Year - 21 May 2004 through 20 May 2005 | Included |
| Option Years | |
| 1 20 May 2005 through 19 May 2006 | Included |
| 2 19 May 2008 through 18 May 2006 | Included |
| **Basic Year - 21 May 2004 - 20 May 2005** | |
| Total Price (without price of food and ice)- | $30,141,446 |
| Food and Ice - Used maximum | $23,675,800 |
| Additional Equipment to be GFE - See List Below | $1,334,000 |
| **2nd Year Option - 20 May 2005 - 19 May 2006** | |
| Total Price (without price of food and ice)- | $28,567,992 |
| Food and Ice - Used maximum | $23,675,800 |
| Additional Equipment to be GFE - See List Below | $0 |
| **3nd Year Option - 19 May 2005 - 18 May 2006** | |
| Total Price (without price of food and ice)- | $29,156,423 |
| Food and Ice - Used maximum | $24,221,400 |
| Additional Equipment to be GFE - See List Below | $0 |

List of Equipment to be Purchased at cost plus
15% for Laudes Corporation;
1 MW Generators - 4 Each
Lighting Towers - 10 Each
Misc Equipment for Base Operations

| | |
|---|---|
| Total Price | $1,160,000 |
| 15% Profit for Laudes Corporation | $174,000 |
| Total Price | $1,334,000 |

LAUDES CORPORATION

١٠ مايو ٠٤

Sumitted by Lawrence M. Underwood

# Source Selection Authority (SSA) Clearance/Decision Briefing

**A D Mackay**
**Brigadier**
**Chief CPATT**

**13 May 04**

SOURCE SELECTION
SENSITIVE

DEPOSITION
EXHIBIT
11

# Purpose/Overview

- **Request SSA Approval to Award**

---

- **General Information**
- **Source Selection Evaluation Team**
- **Evaluation Methodology**
- **Proposals Received**
- **Evaluation Ratings**
- **Recommendation/Decision**

SOURCE SELECTION
SENSITIVE

# BPSA Baghdad Public Service Academy Life Support

- **Solicitation #:** DABV01-04-R-0047
- **Source Selection Methodology (TA-PPT):**
  Phase I: Oral/Written proposals
  Technically Acceptable
  Phase II: Past Performance / Price
  Best Value/ Most Advantageous
- **Contract Strategy:**
  Firm Fixed Price, 15 May 2004 Contract Award

SOURCE SELECTION
SENSITIVE

# MOI BPSA

## Contract Scope:

| | Students | Option Exercised |
|---|---|---|
| CLIN 1001AA: | 1-1500 | $10.9M |
| CLIN 1002AB: | 1501-2500 | |
| CLIN 1003AC: | 2501-4500 | |
| CLIN 0004AD: | 4501-6000 | |
| ***Option Clins*** | ***Description*** | |
| Subclin 1001: | Tools & Equip | $2.9M |
| Subclin 1002: | Req of Uniform / Equip | |
| SubClin 1003: | Portable Sewage | $63K |

SOURCE SELECTION
SENSITIVE

# MOI BPSA

## *Contract Scope Continued:*

| | *Description* | *Option Exercised* |
|---|---|---|
| Subclin 1004: | Generators B/U | |
| Subclin 1005: | Security Upgrade | $74K |
| Subclin 1006: | Internet Cafes | $85K |
| Subclin 1007: | Armory Support | $74K |
| Subclin 1008: | Temp Site Arbil | |
| Subclin 1009: | Semi Perm Academy | $9.8M |
| Subclin 1010: | BIAP Staging | (Other Contract) |

SOURCE SELECTION
SENSITIVE

# Source Selection Team Composition

**Source Selection Authority (SSA):**

A D Mackay, Brigadier, Chief CPATT

**Contracting Officer (CO):**

Major Ronald w. Hirtle, CPA-CA

**Source Selection Evaluation Team (SSET) Lead:**

Mr. Gary Stevenson, CPA-PMO

**Technical Evaluation Team Members:**

Mr. Gary Stevenson, CPA-PMO

Mr. Alexander Hutchinson, CPA-SME

Mr. Mark Weaver, CPA-SME

**Past Performance Evaluation Team Members:**

Michael P. LeMaster, CPA-CA (CACI)

Gary Stevenson, CPA-PMO

LTC Eric Maksymyk, USA, CPA-PMO

**Pricing Review**:

Mr. David Madden, DCAA

**Legal Advisor**

Major Keith Moore-Erickson, USA, SJA

SOURCE SELECTION
SENSITIVE

# Evaluation Factors

Technically Acceptable

- Tech Specs -- Acceptable/Non-Acceptable
- Delivery Schedule- Able to begin performance and take over current month to month upon award of contract award or May 15th.
- Past Performance / Price

- 2 Phase: Tech Oral and Written
- Past Performance/ Price

** *Technical capability and Past Performance are more important than price.*

SOURCE SELECTION
SENSITIVE

# Past Performance Evaluation

- **Methodology (Color Ratings)**
  - Definitions:
    - BLUE -- Based on the offerors record of performance there is exceptional/high confidence that they will perform successfully on this contract.
    - GREEN --Based on the offerors record of performance there is good/significant confidence that they will perform successfully on this contract.
    - YELLOW--Based on the offerors record of performance there is satisfactory confidence that they will perform successfully on this contract.
    - GREY -- Based on the offerors record of performance there is neutral/unknown confidence that they will perform successfully on this contract.
    - BLACK -- Based on the offerors record of performance there is marginal confidence that they will perform successfully on this contract.
    - RED -- Based on the offerors record of performance there is unsatisfactory/no confidence that they will perform successfully on this contract.

SOURCE SELECTION
SENSITIVE

# Evaluation Methodology

- Technical Evaluation Team evaluated proposals using the Acceptable / Non-acceptable rating system
- All members evaluated all proposals singularly
- Cross-checked all evaluations as a group
- CO trained all Technical Evaluation Team members on Source Selection procedures
- CO instructed members to only evaluate each proposal against the specs and <u>not</u> to compare against other proposals.
  - Each proposals must stand alone

SOURCE SELECTION
SENSITIVE

# Evaluation Methodology

- 7 Vendors attended the site visit
- 4 Proposals Received/Evaluated By Tech Evaluation Team
  - 3 Technically Acceptable (Spec and Capability)
- 3 Past Performance Reviewed By Past Performance Team
- 3 Proposal Price Reviews by DCAA

SOURCE SELECTION
SENSITIVE

# Proposals

- **4 Proposals Received –five vendors attended mandatory site visit to submit proposals**
  - **Logistics firms**
  - **Warehouse management**
  - **Teaming arrangements**

Offeror A – ESS
Offeror B – Iraq Khadmat
Offeror C – Laudes Int.
Offeror D – MAM Co.
Offeror E – DynCorp- No Submittal
Offeror F – Near East .-No Submittal
Offeror G – Tama Co-No Submittal

SOURCE SELECTION
SENSITIVE

# Recommendation/Decision Analysis

| Proposal | Technical | | Performance acceptance | | Past Performance | |
|---|---|---|---|---|---|---|
| | | | | | Past Performance | Relevancy |
| | Acceptable | Unacceptable | Acceptable | Unacceptable | B,G, Y,GR, BL, R | V, R, S, N |
| | | | | | | |
| Bid A | X | | X | | | V |
| Bid B | X | | X | | | V |
| Bid C | | | X | | | V |
| Bid D | | | N/A | | N/A | N |

SOURCE SELECTION
SENSITIVE

# Recommendation/Decision

| Proposal A | Proposal B | Proposal C | Proposal D |
|---|---|---|---|
| technical | technical | technical | [redacted] |
| Implementation | Implementation | Implementation | Implementation |
| [redacted] | [redacted] | past perform | past perform |
| Cost + FF | $24,100,988.00 | $35,070,949.00 | N/A |

SOURCE SELECTION
SENSITIVE

# FINAL RECOMENDATION

- Request SSA Approval to Award Without Discussion
- Request SSA Award Decision
  - Award one Firm Fixed Price
    - Offeror B- Iraq Khadmat Consortium
  - Acceptance of terms 15 May to assume duties
    - $24,100,988.00 Total award
    - $24,952,000.00 Government Estimate
    - Options available for 2 years
    - Adequate options to train up to 6000

SOURCE SELECTION
SENSITIVE

MEMORANDUM FOR RECORD 14 May 2004

SUBJECT: SOURCE SELECTION FOR BAGHDAD PUBLIC SAFETY ACADEMY LIFE SUPPORT, DABV01-04-R-0047

1. As the Source Selection Authority (SSA) I was briefed by the Contracting Officer, Major Ron Hirtle, on 14 May 2004 on the recommendation for award of the Baghdad Public Safety Academy (BPSA) to Iraq Khadmat. I agree with the Contracting Officer's recommendation and approve the award of the contract for life support services to Iraq Khadmat.

2. I based my DECISION on the recommendation of the source selection committee, but this is my independent decision..

3. I determined that the source selection was conducted in accordance with paragraph 8 of the solicitation which stated proposals would be rated on the following factors:

a. Technical

(1) Ability to meet the requirement and understanding of the needs.

(2) Schedule

b. Past Performance

c. Price

4. The source selection consisted of a technical review which included oral proposals and written proposals. The solicitation required that only bidders that were present at the bidder's conference on 1 May 2004 would be allowed to bid. Seven bidders attended the conference. Four bidders submitted proposals. The technical evaluation team determined that three bidders were acceptable and would be allowed to submit priced proposals. The following is a list of the bidders and the results:

a. Iraq - Kadmat. Acceptable technically.

b. ESS Corp. Acceptable technically.

c. Laudes Inc. Acceptable technically.

d. MAM Co. Unacceptable technically.



DEPOSITION EXHIBIT
12

MEMORANDUM FOR RECORD 14 May 2004

SUBJECT: SOURCE SELECTION FOR BAGHDAD PUBLIC SAFETY ACADEMY LIFE SUPPORT, DABV01-04-R-0047

1. As the Source Selection Authority (SSA) I was briefed by the Contracting Officer, Major Ron Hirtle, on 14 May 2004 on the recommendation for award of the Baghdad Public Safety Academy (BPSA) to Iraq Khadmat. I agree with the Contracting Officer's recommendation and approve the award of the contract for life support services to Iraq Khadmat.

2. I based my DECISION on the recommendation of the source selection committee, but this is my independent decision..

3. I determined that the source selection was conducted in accordance with paragraph 8 of the solicitation which stated proposals would be rated on the following factors:

a. Technical

(1) Ability to meet the requirement and understanding of the needs.

(2) Schedule

b. Past Performance

c. Price

4. The source selection consisted of a technical review which included oral proposals and written proposals. The solicitation required that only bidders that were present at the bidder's conference on 1 May 2004 would be allowed to bid. Seven bidders attended the conference. Four bidders submitted proposals. The technical evaluation team determined that three bidders were acceptable and would be allowed to submit priced proposals. The following is a list of the bidders and the results:

a. Iraq - Kadmat. Acceptable technically.

b. ESS Corp. Acceptable technically.

c. Laudes Inc. Acceptable technically.

d. MAM Co. Unacceptable technically.