5. While three proposals were considered technically acceptable there were clear strengths and weakness of each. The technical evaluation committee ranked the strength of the proposals as follows:

a. #1 - Iraq -Kadmat.

b. #2 - ESS Corp.

c. #3 - Laudes.

The technical committee felt strongly that Iraq-Kadmat best understood the proposal and provided the best value to the Government in their technical offer. The evaluation write up notes that Iraq-Kadmat had several strenths and no weaknesses.

6. Major Hirtle briefed me on the discrepancy between the inclusion of the Past Performance factor in the evaluation criteria, and the lack of weight assigned to it. All three bidder's were rated as "Blue" on past performance and I have determined that past performance would not have impacted the decision since the underlying past performance evaluation of Iraq Khadmat and Laudes notes they are essentially equal..

7. The third area evaluated was Price. The results of the price proposal submissions area as presented in the below pricing table.

| | Base Year | | |
|---|---|---|---|
| | 1-1500 students | 1501-2500 | 4500-6000 |
| IRAQ KADMAT | 39,987,529 | 46,041,532 | 49,925,623 |
| ESS | Cost Proposal Submitted - Unacceptable | | |
| Laudes | 46,344,499 | 53,734,349 | 59,837,049 |

The solicitation stated the Government intended to award a Firm Fixed Price contract. ESS proposed a portion of the contract as cost plus fixed fee. The other two vendors proposed fixed price contracts. Based on ESS proposing a cost type contract they were deemed unacceptable in this area.

The pricing above was the summary of all option CLINs and fixed price options to determine a total price. The award amount does not execute all options. The comparison for the execution of the exact same options for Iraq-Khadmat and Loudes is as follows:

a. Iraq-Khadmat: $24,100,988.

b. Loudes: $35,070,959

8. Based on all the information presented, I determine that a fair and impartial evaluation was conducted. The award of the contract to Iraq-Khadmat clearly provides the Government with the best value based on strength of proposal, past performance, and pricing. I approve the award of Base Support on a fixed price contract to Iraq Khadmat for $24,100,988.

MICHAEL D. GREER
Colonel, USMC
Source Selection Authority

COALITION PROVISIONAL AUTHORITY

BAGHDAD

May 15, 2004

Subject: Designation of Contracting Officer's Representative (COR) for Contract DABV01-04-C-0104

Mr. Ted Norgarden

1. Pursuant to DFARS 201.602-2, you are hereby designated as the contracting officer's representative (COR) in administration of the following:

Contract Number: DABV01-04-C-0104.

For: (i) Technical Representaive, and;
(ii) Preparation and submission of Statement of Work and estimates for options set forth in the contract; and
(iii) Submit requests for ordery and incremental Notices to Proceed (NTPs) pursuant to paragraph C.8 of the Task Order.

Contractor: IRAQ KHADAMAT
Baghdad, Iraq

Contract Period: 15 May 04 – 14 May 05 (2 Option Years)

2. You are authorized by this designation to take action with respect to the following:

a. Verify that the contractor performs the technical requirements of the contract in accordance with the contract terms, conditions and specifications. Specific emphasis should be placed on the quality provisions, for both adherence to the contract provisions and to the contractor's own quality control program.

b. Perform, or cause to be performed, inspections necessary in connection with the contract and verify that the contractor has corrected all deficiencies. Perform acceptance for the Government of services performed under this contract.

c. Maintain liaison and direct communications with the contractor. Written communications with the contractor and other documents pertaining to the contract shall be signed as "Contracting Officer's Representative" and a copy shall be furnished to the contracting officer.

DEPOSITION EXHIBIT 14

d. Monitor the contractor's performance, notify the contractor of deficiencies observed during surveillance and direct appropriate action to effect correction. Record and report to the contracting officer incidents of faulty or nonconforming work, delays or problems. In addition, you are required to submit a monthly report concerning performance of services rendered under this contract.

e. Coordinate site entry for contractor personnel, and insure that any Government-furnished property is available when required.

2. You are not empowered to award, agree to or sign any contract (including delivery orders) or contract modification or in any way to obligate the payment of money by the Government. You may not take any action which may affect contract or delivery order schedules, funds or scope. All contractual agreements, commitments, or modifications which involve price, quantity, quality, delivery schedules, or other terms and conditions of the contract must be made by the contacting officer. You may be personally liable for unauthorized acts. You may not re-delegate your COR authority.

3. This designation as a COR will remain in effect through the life of the contractor, unless sooner revoked in writing by the contracting officer or unless you are separated from Government service. If you are to be reassigned or to be separated from Government service, you must notify the contracting officer sufficiently in advance of reassignment or separation to permit timely selection and designation of a successor COR. If your designation is revoked for any reason before completion of this contract, turn your records over to the successor COR or obtain disposition instructions from the contracting officer.

4. You are required to maintain adequate records to sufficiently describe the performance of your duties as a COR during the life of this contract and to dispose of such records as directed by the contracting officer. As a minimum, the COR file must contain the following:

a. A copy of your letter of appointment from the contracting officer, a copy of any changes to that letter, and a copy of any termination letter.
b. A copy of the contract or the appropriate part of the contract and all contract modifications.
c. A copy of the applicable quality assurance (QA) surveillance plan.
d. All correspondence initiated by authorized representatives concerning performance of the contract.
e. The names and position titles of individuals who serve on the contract administration team. The contracting officer must approve all those who serve on this team.
f. A record of inspections performed and the results.
g. Memoranda for record or minutes of any pre-performance conferences.
h. Memoranda for record of minutes of any meetings and discussions with the contractor or others pertaining to the contract or contract performance.
i. Applicable laboratory test reports.

j. Records relating to the contractor's quality control system and plan and the results of the quality control effort.
k. A copy of the surveillance schedule.
l. Documentation pertaining to your acceptance of performance of services, including reports and other data.

5. At the time of contract completion, you will forward all records to the contracting officer for retention in the contract files.

6. All personnel engaged in contracting and related activities shall conduct business dealings with industry in a manner above reproach in every aspect and shall protect the U.S. Government's interest, as well as maintain its reputation for fair and equal dealings with all contractors. DoD 5500.7-R sets forth standards of conduct for all personnel directly and indirectly involved in contracting.

7. A COR who may have direct or indirect financial interests which would place the COR in a position where there is a conflict between the COR's private interests and the public interests of the United States shall advise the supervisor and the contracting officer of the conflict so that appropriate actions may be taken. CORs shall avoid the appearance of a conflict of interests to maintain public confidence in the U.S. Government's conduct of business with the private sector.

8. You are required to acknowledge receipt of this designation on the duplicate copy and return it to the contracting officer. Your signature also serves as certification that you have read and understand the contents of DoD 5500.7-R. The original copy of this designation should be retained for your file.

RONALD W. HIRTLE, Major, USAF
Contracting Officer

Acknowledge Receipt: ______________

New SOW
20/07/04



# STATEMENT OF WORK

## TABLE OF CONTENTS

1. SCOPE

2. APPLICABLE DOCUMENTS

3. REQUIREMENTS

- 3.1 GENERAL INFORMATION
- 3.2 PERIOD OF PERFORMANCE
- 3.3 WORKSITE SAFETY
- 3.4 FIRE PROTECTION
- 3.5 MOTOR POOL OPERATIONS
- 3.6 TOOLS AND EQUIPMENT
- 3.7 ENVIRONMENTAL PROTECTION
- 3.8 FACILITY MANAGEMENT
- 3.9 FOOD SERVICE MANAGEMENT
- 3.10 CLOTHING ISSUE FACILITY
- 3.11 LATRINE AND SHOWER UNITS
- 3.12 ELECTRICAL MAINTENANCE
- 3.13 BARBER SERVICES
- 3.14 MEDICAL SUPPORT
- 3.15 BILLETING MANAGEMENT
- 3.16 ANTI-TERRORISM AND FORCE PROTECTION

DEPOSITION EXHIBIT 15

3.18 SELF SERVICE SUPPLY CENTER OPERATIONS

3.19 PRINTING AND COPIER SUPPORT

3.20 COMMUNICATIONS AND INFORMATION TECHNOLOGY SUPPORT

3.21 GOVERNMENT FURNISHED EQUIPMENT

3.22 HUMAN RESOURCES/ADMINSTRATION MANAGEMENT

3.23 VECTOR MANAGEMENT

3.24 GROUNDS MAINTENANCE

3.25 ROADS MAINTENANCE

3.26 RANGE SUPPORT

3.27 ARMOR AND ARMORY SUPPORT

3.28 TEMPORARY ACADEMY SUPPORT - NORTH

3.29 SEMI-PERMANENT ACADEMY SUPPORT - SOUTH

3.30 BAGHDAD STAGING AREA SUPPORT

3.30 REPORTS


**1.0 SCOPE OF WORK.** The Baghdad Public Safety Academy is the primary training academy for Iraqi Public Security Forces including the Iraqi Police Service, the Iraqi Border Protection Service and the Iraqi Facilities Protection Service. The Coalition Provisional Activity has a requirement to provide life support functions to the Academy to facilitate the training of security force personnel. This Statement of Objectives is intended to allow the contractor to use his extensive past experience in providing camp, post or station life support functions in preparing a Statement of Work to support the Baghdad Public Safety Academy (BPSA). The location of the work will be the BPSA located in Baghdad, Iraq at Military Grid Reference System (MGRS) MB 473 884. The contractor will ensure his plan includes a plan for the hiring of Iraqis to include significant management functions.

**2.0 APPLICABLE DOCUMENTS.** The contractor shall attach in appendix form a listing of all applicable documents relating to U.S. labor, safety and work standards that he will comply with. The contractor shall attach in appendix form a listing of all previous efforts of this scope that he has performed.

**` REQUIREMENTS.**

**3.1 GENERAL INFORMATION.** The purpose of the BPSA is to provide full support training to cadets enrolled in the several Iraqi Security Force Services. The existing condition of the BPSA campus is similar to other Iraqi Bases in Iraq. There are approximately 40 total buildings, including warehouses, student billeting, dining facilities and a headquarters building. The general condition of the buildings, facilities, roads, security and grounds is poor. Rehabilitation of the facilities will commence in May 2004 with work expected to complete within one year of Phase I of the rehabilitation. A phase II expansion is planned, but is not currently funded. The contractor should anticipate conditions on the campus similar to bare base support, with the addition of some rehabilitated buildings. The contractor will be expected to execute the contract in austere conditions and extensive cooperation with the Police Academy Staff and the Program Management Office for Construction is required to successfully execute the contract. The anticipated cadre and student population is:

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 May 2004 | Total BPSA Resident Students | 2850 |
| | Military Instructors | 130 |
| | Interpreters | 120 |
| | IPS Student Handlers | 85 |
| | BPSA Staff | 100 |
| | Visitors | 10 |
| | | |
| | Total Daily Population | 3295 |

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 July 2004 | Total BPSA Resident Students | 2850 |
| | Military Instructors | 200 |
| | Interpreters | 200 |
| | IPS Student Handlers | 170 |
| | BPSA Staff | 150 |
| | Visitors | 20 |
| | International Instructors | 250 |
| | Total Daily Population | 3840 |

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 Jan 2005 | Total BPSA Resident Students | 4600 |
| | Military and International Instructors | 400 |
| | Interpreters | 400 |
| | IPS Student Handlers | 340 |
| | BPSA Staff | 200 |
| | Visitors | 40 |
| | | |
| | Total Daily Population | 5,980 |

Initial student population may be as low as 1500 students per day with a phase in period over six months building up to 4500 per day. The contractor should propose prices for the life support contract based on several student loads: 1-1500; 1501-2500; 2500-4500; 4500-6000.

**3.2 PERIOD OF PERFORMANCE.** The anticipated period of performance is 365 days after award. The contractor should propose a phase in plan that considers providing immediate, critical support, and then phasing in

support to achieve full support in as short of time as possible. Shorter timelines are preferable. The contractor should consider force protection, security, anti-terrorism measures, potable water supply and sewage disposal as initial critical tasks to facilitate the implementation of the remaining scope. The Government anticipates two one year options of support.

3.3 **WORKSITE SAFETY.** The contractor will explain in his statement of work how he will comply with applicable U.S. worksite safety laws. The contractor is responsible for the safety of his personnel. The contractor will be responsible for the safety of faculty, student and visitor safety and shall submit with his SOW a plan that addresses worksite safety.

3.4 **FIRE PROTECTION.** The contractor will be responsible for the fire protection services of the facility. The Government will provide 1 Fire Pumper Truck and appropriate facilities for a fire protection crew for the contractor's use. The contractor shall assess existing fire protection equipment and install or replace deficient or missing equipment to include fire extinguishers and miscellaneous equipment. Serious facility deficiencies will be submitted by the contractor to the PCO for correction under a separate construction contract. The contractor should submit in his SOW a description of the services he will perform under the contract and should consider and propose a percentage of fire support/prevention equipment that may need procurement or replacement based on the contractor's extensive past experience. The contractor may expect some work required to establish the fire station including painting, installation of phones and IT equipment.

3.5 **MOTOR POOL OPERATIONS.** The contractor should propose in his SOW a management plan for establishing control of assigned BPSA vehicles, establishing dispatch procedures, establishing preventive maintenance operations and procedures, establish and implement a routine maintenance schedule (lubrication, oil and filter etc), providing all necessary tools and equipment to perform these tasks and ensuring the security of the motor pool fleet. For purposes of preparation of the SOW the contractor can anticipate a fleet of 300 vehicles broken down by: 8 or 12 passenger van - Total: 8; Forklift, medium - 2; 5 or 7 passenger 4WD SUV - Total: 35; 5 Passenger Sedan - Total: 185; Medium cargo truck- Total 40 (F250 or F350 type); Heavy Medium Truck (1 or 2 ton cargo truck) - Total: 10. Passenger Bus - 2. The contractor should assume that there may be variances in the fleet of +/- 15%. The fleet build up will begin at the rate of 100 vehicles per month beginning in May 2004 until complete. All vehicles may be late model vehicles no older than 2003. The vehicle models will be from various suppliers including U.S. and foreign manufacturers. The contractor should provide, based on his extensive past experience, a plan that will provide a maintenance operation that will provide no less than a 85% availability rate of the BPSA fleet with an objective availability rate of 90%.

3.6 **TOOLS AND EQUIPMENT.** The contractor, based on his extensive past experience, shall provide in his SOW an understanding of the tools, equipment and test or diagnosis equipment required to perform all functions in the SOW. The SOW should list tools by management area, or in one annex depending on contractor preference. The intent is to demonstrate an understanding of the scope of the requirement and allow the contractor to determine the appropriate tools required to perform the work. All tasks required to perform this contract will be the contractor's responsibility. The contractor should consider proposing an option that may be executed in the event critical tools or equipment are unavailable.

3.7 **ENVIRONMENTAL PROTECTION.** The contractor will propose an environmental protection plan in accordance with developing Iraqi standards. The contractor will be expected to understand and comply with Iraqi Environmental Protection Standards as they are implemented. At a minimum, the contractor should demonstrate in the SOW those steps he will implement to avoid releasing hazardous, toxic or prohibited material into the environment.

3.8 **FACILITY MANAGEMENT.** The contractor will propose a management plan for the complete operations and management of all existing and planned facilities at the BPSA. The contractor, using his extensive past experience, will demonstrate in his SOW that he understands those tasks required to provide facility management. This includes property book control, hand receipt procedures, maintenance of facilities, control of the usage of facilities, key control, janitorial service, waste management, land scaping, interior/exterior lighting, overall control of all work efforts within facilities, the coordination of facility security, protection and support. The coordination of separately contracted construction activities, the issuing and control of facility security badges, the establishment and control of anti-terrorism procedures. Facilities for the first year will include: Multi story buildings containing 20 classrooms capable of accomodating 720 students, with classroom sizes of approximately 36 students. The classrooms will have full writing tables for the students and will be equipped with tables and chairs. The classrooms will be newly renovated (2004) but the contractor may expect initial conditions to be in non-renovated buildings. The BPSA will have single story open-bay type barracks that will house up to 4600 students with not more than 40 bed spaces per barracks in bunk bed configuration (anticipated) and multi-story barracks/dormitories that house 4 students. Some rehabilitation is complete and planned rehabilitation will begin May 2004. A common room in each dormitory for relaxation that will contain a TV and internet service is planned. There will be a separate women's dormitory. There will be a central laundry drop off and pick up facility in each barracks that the contractor will be expected to service. The BPSA will have a renovated motor pool facility and storage facility and an adjoining fuel station. The contractor can anticipate a dispatch room with telephone and internet service. The BPSA will have a staff dormitory with semi-private rooms for 100 personnel. The BPSA will have three GFE provided storage and maintenance buildings approximately 15m x 20m for equipment and supplies. Administration and support buildings will have appropriate telephone and internet wiring.

3.9 **FOOD SERVICE MANAGEMENT.** The contractor will propose the establishment and support of food service activities. The contractor will use the existing dining facility and will anticipate beginning operation of the second dining facility as a bare bones operation until rehabilitation is complete. This may include feeding operations out of a temporary facility that is contractor provided. The first dining facility will be operational upon award of the contract and the second dining facility will be available at award +6 months. The contractor should propose a plan that time phases the operation of the dining facilities while still supporting the student population. The dining facilities will be of new construction with GFE provided tables, chairs, commercial grade ovens, refrigerators, freezers, sinks and shelves sufficient to prepare and serve up to 50% of the anticipated student load per facility. The kitchens will meet or exceed international safety, hygiene and health regulations. The contractor should anticipate shortage of some utensils and equipment and should plan for maintenance of existing equipment. This may include the procurement and installation of additional tables and chairs, the procurement and installation of additional commercial cooking equipment, cold storage equipment, tools and utensils but in limited quantities. The contractor should plan for the procurement of sufficient quantities of dinner ware and utensils to support feeding operations in accordance with the student and staff population that will be phased in over the life of the contract. The contractor should plan for the establishment of a smaller dining area for the support of dignitaries in accordance with the above listed daily requirement for visitors. It is anticipated that students and faculty will dine in the same general area. The contractor will demonstrate in his SOW that he understands the requirement of establishing, maintaining and operating a quality dining facility. For planning purposes the contractor will propose feeding Breakfast from 0600 - 0800; Lunch from 1100 - 1400; and Dinner from 1800-2000. The contractor shall plan for a late night snack for up to 15% of assigned personnel from 2200-2400. The late night snack should not include cooking but should be geared towards availability of hot or cold drinks and some type of snack. The contractor will propose and demonstrate an understanding of the requirement to provide sufficient services to feed the number of personnel IAW the above phase in plan. The contractor should assume on site water is non-potable and must plan for providing potable water for dining operations and for general consumption by cadets and staff. This situation may remain for the duration of the contract.

3.10. **CLOTHING ISSUE FACILITY.** The table in Section 3.1 provides the expected build up and steady state loading of the facility. Initial uniform quantities will be provided as GFE. The contractor will be required to

establish and operate a Clothing Issue Facility (CIF) using existing Government Furnished Equipment (GFE) buildings. The contractor should anticipate and demonstrate in his SOW that some quantity of equipment and inventory control system will be required. The existing inventory control system can be considered as manual and rudimentary. All clothing and equipment issued will be accounted for using contractor supplied inventory control measures. The contractor will anticipate coordinating budgeting requirements for replenishment of equipment. For planning purposes the below table lists the initial procurement procured and issued to the BPSA. The contractor should anticipate deliveries of this stock occurring during the initial start up phase. The contractor should anticipate emergency requirements and will propose a priced option for emergency requisition of uniforms and equipment.

| POLICE ACADEMY EQUIPMENT | | |
|---|---|---|
| Item | Name | Qty Procured |
| 1 | Suit, Strike Red Man | 10 |
| 2 | Pistol Simulators | 100 |
| 3 | Bullhorns | 105 |
| 4 | Blunt Trauma Suits | 150 |
| 5 | Red Knife Simulators | 150 |
| 6 | Range Paddles | 260 |
| 7 | Riot Shields | 360 |
| 8 | Target Pasters | 400 |
| 9 | Strike Pads | 650 |
| 10 | Soft Strike Batons | 660 |
| 11 | Gym Mats | 900 |
| 12 | Range Flags | 2000 |
| 13 | Traffic Cones | 3400 |
| 14 | First Aid Kits | 10,000 |
| 15 | Baton Holders | 28,500 |
| 16 | Expandable Batons | 28,500 |
| 17 | Duty Belts | 28,500 |
| 18 | Ear Protection | 28,500 |
| 19 | Eye Protection | 28,500 |
| 20 | Flashlights, Mag type 2 C-cell | 28,500 |
| 21 | Flex Cuffs | 28,500 |
| 22 | Flex Cuff Cutters | 28,500 |
| 23 | Handcuffs | 28,500 |
| 24 | Handcuff holders | 28,500 |
| 25 | Whistles | 28,500 |
| 26 | Helmets w/face shield | 150 |
| 27 | Helmets w/o face shield | 210 |
| 28 | Sweatsuits (top and bottom) | 28,500 |
| 29 | Uniform Shirts | 85,500 |
| 30 | Uniform Pants | 85,500 |
| 31 | Uniform Coat | 36,000 |
| 32 | Uniform Hat | 36,000 |
| 33 | Undergarments | 144,000 |
| 34 | Socks | 144,000 |
| 35 | Towels | 57,000 |
| 36 | Toiletry Items | 28,500 |

The above list is representative of the initial buy of clothing and equipment. It is not all inclusive, but is meant provide the contractor with an idea of the types of equipment required for initial distribution and the types of items

exercising the plan on an annual or bi-annual basis. The contractor will propose procedures for evacuation of patients. Consideration should be given to hiring Iraqi staff.

**3.15 BILLETING MANAGEMENT.** The contractor should provide a management plan that demonstrates a clear understanding, based on his extensive experience, of the management of billeting for the student and faculty load listed in Section 3.1. For purposes of the SOW that contractor should assume billeting all students on campus in GFE provided rooms, and billeting up to 100 faculty members. The plan should address management of cleaning, room supply issue such as blankets, pillows etc. The contractor may assume that students are required to maintain their rooms at a high degree of cleanliness. Maid type services are not envisioned, however central laundry pick up in each dormitory and laundry services are required. The contractor should propose a laundry service that as a minimum maintains and sanitizes the bedding stock.

**3.16 ANTI TERRORISM.** The contractor should provide a anti-terrorism plan that includes multiple levels of security. The contractor should consider a identification badge system that provides multiple levels of access depending on status of the personnel. The contractor should propose a system that includes complete facility protection. The renovation of the BPSA initiated in 2004 will include security walls, fences, lighting and controlled access. However, initial conditions will rely heavily on a coordinated effort between contractor provided security, portable lighting and installation of temporary security barriers until permanent measures can be emplaced. The contractor should propose a fixed price option to provide security upgrades in the event shortfalls are determined after management operations begin.

**3.17 VISITOR SUPPORT.** The contractor should propose a plan that provides management of transient visitors as well as visiting dignitaries.

**3.18 SELF SERVICE SUPPLY CENTER.** The contractor should propose a plan to establish, equip and operate a small office supplies type center for issue of common office items to both students and faculty. The contractor's plan should include items to be stocked and stockage levels. For purposes of the plan the contractor should propose a one year supply of common office items.

**3.19 PRINTING AND COPIER SUPPORT.** The contractor should propose a plan to establish, equip and operate a publishing support office to conduct copying services for faculty. The contractor, based on his extensive past experience, should propose quantities of items required to support this plan. The contractor should consider facsimile service as part of this requirement.

**3.20 COMMUNICATIONS AND INFORMATION TECHNOLOGY SUPPORT.** The contractor, based on his extensive past experience, should propose a plan to establish and support communications and IT internal to the boundary of the facility. This includes existing LAN support and existing telephone support. The contractor may plan based on a LAN consisting of 200 existing work stations, and expansion up to 2000 computers. The contractor should expect connectivity requirements to the Internet and WAN connectivity requirements to other police or Government centers. The contractor is not required to establish architecture requirements outside of the existing facilities of the BPSA. The contractor will be provided an existing LAN service and can expect newly renovated buildings to be wired for internet connections and telephone service. Phase I Student barracks will have a central room with a shared internet connection for use of the students. Existing renovated barracks will not have pre-wired internet or telephone lines. The contractor should propose as a fixed price option establishing areas within the billeting facilities that will serve as "internet cafes" to allow student access during leisure time. The contractor should expect work stations located at each faculty members office/cubicle. The contractor should evaluate the facility map provided in the bidders package and evaluate requirements to expand the main facility LAN to additional buildings. For purposes of the SOW the contractor may assume that existing LAN assets will consist of wiring installed in 2004 and capable of T1 service. The contractor

that will need to be stocked based on the steady state student load. The total stocked line items will exceed the above table, but will be similar items. The contractor will propose the steady state stockage levels and the management means to maintain the stockage levels. The Contractor will provide a priced option to maintain CIF stocks for the initial year of the contract and a priced option for the follow on year. The contractor will demonstrate in his proposal an understanding of equipment stockage requirements and levels required to support a Police Academy of this size.

**3.11 LATRINE AND SHOWER UNITS.** The BPSA will have fixed bathroom facilities in the building. The bathroom facilities for students are shared for each barracks. This can mean up to 40 students share one latrine. The contractor will be responsible for maintenance support of latrine and shower facilities on a 24 emergency basis with routine work orders be conducted during normal work hours. The contractor should propose a management plan for the maintenance of all water and sewage for the BPSA. The existing site plan requires improvements to the sewer line connections. There are existing sewage problems on the site that require immediate attention, the contractor should propose a plan that includes a priced option for portable sewage pumping and disposal. The contractor may expect up to six months of sewage problems until reconstruction work is able to rehabilitate the main lines. The responsibility for sewage line connections is in a separate contract. The contractor should anticipate short duration requirements for a limited number of porta-johns (up to 5) that may be required for off BPSA training. In the case of portable latrine facilities the contractor is responsible for managing activities required to obtaining and maintaining, this may include short term rental from local sources. Fixed utilities will be connected to public utilities.

**3.12 ELECTRICAL MAINTENANCE.** The contractor will be responsible for maintenance of the existing electrical system. The contractor should demonstrate in his management plan an understanding of the Iraqi Electrical System and requirements. The contractor should demonstrate a clear understanding of electrical system maintenance in ınder-developed countries. This is best provided by citing past work in this area. The contractor will propose on a priced option the procurement, installation and maintenance of backup emergency generators. Back up generators will be included in the renovation of the BPSA and the contractor will be responsible for the servicing, test and maintenance of the installed generators. The priced option will only be executed in the event the existing generators are determined to be insufficient for the purpose or in the event they fail and can not be repaired. The priced option should have sublines that can be executed based on actual conditions on the ground. For instance, if existing lighting is insufficient the option should include emergency lighting and generators for security checkpoints, anti-terrorism procedures and campus security lighting. The option should account for sufficient power availability to maintain BPSA security systems, information systems and emergency lighting. The priority power requirement is to the command operations cell, followed by sensitive items storage areas and emergency lighting. The renovated facilities will be at current cited standards. Panel boards will be have a capacity increase of 10%.

**3.13 BARBER SERVICES.** The contractor will propose a barber service that will provide at no cost to students and faculty basic barber services. GFE space will be provided. The contractor will work under his task for facilities management to designate the barber area.

**3.14 MEDICAL SUPPORT.** The contractor will propose establishment and manning of a medical support clinic using GFE provided space. The provided space will be newly renovated and will include a clinic with two examination rooms, an emergency room, two doctor's offices, four nurse offices, a break room, a storage room and a waiting room. The building will be expandable for future growth. The contractor may expect initial conditions and facilities to be bare base. The contractor should anticipate establishing a medial clinic in a temporary facility until the permanent facility is finished. The contractor will propose supplies and material to equip the clinic. The contractor should demonstrate in his SOW an understanding of the requirements to perform medical support services up to and including emergency medical support for trauma and life threatening injuries. In the case of life threatening injuries the medical support is intended to stabilize the patient until evacuation to a hospital. Based on the expected large number students, and the persistent terrorist threat, the contractor should consider a plan for mass casualty drills and

may assume that new facilities will have sufficient LAN wiring and connectivity between locations will be installed as GFE. The contractor should assume that there will be one phone per 5 faculty members and an additional 15% expansion over this requirement. The contractor should assume that there will be phone access based on a ration of 1 phone per 50 students.

**3.21 GOVERNMENT FURNISHED EQUIPMENT.**

3.21.1. New heating, ventilation and air conditioning system. (HVAC). Electric split system heating and cooling units located on slab on grade or roof mounted. All air handling units will be located within mechanical equipment rooms with adequate maintenance clearance.

3.21.2. Generator. Generator power will be connected to essential circuits for emergency lighting, essential equipment, communications center and life safety systems. Exact specifications not available.

3.2.1.3 Vehicles. Approximately 300 vehicles are present at the BPSA. The contractor should plan on leasing a limited number for long term use, but may plan on using fleet vehicles for routine management functions. The ability to manage vehicle requirements will determine the contractor's availability of vehicles. The contractor's proposal should not rely on buying or renting a large number of vehicles to support the BPSA. The contractor should consider proposing a fixed price option to increase vehicles available for supporting the operation of the BPSA, if after contract award it is discovered there are insufficient resources to carry out the support mission and manage the BPSA training mission.

3.2.1.4 Hand Held Radios. Inventory includes 450 Motorola Type (not specifically the brand) UHF and held radios (Frequency range 430-470). Contractor will be required to manage issue and turn in and manage warranty claims. 21 Base Stations (for the hand held radios) and 281 vehicle installed radios.

3.2.1.5. Furnishings and Equipment. Provided as GFE is $15,000,000 in furnishings and office equipment. The contractor will be responsible for inventory and asset management. Replacement of items will be coordinated through budget estimate requests submitted to the Iraqi Government, through the BPSA financial staff.

3.2.1.6 CIF Equipment. Provided as GFE is $24,500,000 in initial stockage of uniforms and equipment. Uniforms are issued to cadets and require periodic replenishment. The contractor will be responsible for inventory and asset management. Requests for replenishment will be submitted to BPSA financial staff.

3.2.1.7 Firearms Trainer. A multi-lane firearms trainer is provided as GFE. The contractor will be responsible for coordinating maintenance and managing warranty claims.

3.2.1.8 1 x Garbage Truck.

3.2.1.9 Buses x 3.

3.2.10 1 x Fire Pumper Truck

3.2.1.8 Facilities. See Appendix 1 for maps and descriptions.

**3.22 HUMAN RESOURCES AND LOCAL STAFF MANAGEMENT.** The contractor will propose a plan for recruiting, hiring, testing and administration of all local staff related to the above functions. This includes, but is not limited to: legal, forensics, interpreters, facilities maintenance, janitorial, electricians, carpenters, masons, landscapers,

waste management, property control, inventory management, office assistants, etc. The contractor will be required to conduct background checks to provide clearances for staff. The contractor should propose a personnel management system to include a payroll and promotion system, evaluation processes and disciplinary processes. The contractor, as part of this task, will be required to hire temporary or day laborers.

3.23 VECTOR CONTROL. The contractor shall propose a plan for vector control. Aerial, map and grounds views are provided in the bidder's package.

3.24 GROUNDS MAINTENANCE. The contractor shall propose a plan for grounds maintenance. This will initially require extensive work to include installation of irrigation systems to some areas. The contractor may anticipate installing typical shrubberies, palms, flowering plants etc. that are able to survive in the Baghdad climate. The contractor should propose a grounds maintenance plan that utilizes local Iraqi labor and local Iraqi nursery products. The contractor should demonstrate an awareness of local Iraqi labor rates in constructing his plan.

3.25 ROAD MAINTENANCE. Existing roads are in poor condition. The contractor should anticipate an initial period that requires road improvement. This includes grading and limited road upgrades to include asphalt improvement. The contractor should anticipate relying heavily on local Iraqi labor. The contractor should propose a plan to maintain roads throughout the contract period, this should include integrating road maintenance, with grounds/landscaping and anti-terrorism and security measures.

3.26 RANGE SUPPORT. Training ranges will be utilized within the facility grounds. The contractor will propose a training range support fixed price option that can be executed once the training ranges are available for use.

3.27 ARMOR AND ARMORY SUPPORT. The contractor should propose a fixed price option that provides armory, ammunition and armor support for the BPSA. The envisioned support for weapons storage and ammunition storage is currently under a separate warehouse support contract. This option would be executed in the event the planned support fails or is found to be inadequate for support of the facility.

3.28 TEMPORARY ACADEMY SUPPORT -NORTH. The contractor will propose a fixed price option to support a temporary academy sight located at Arbil, Iraq (60 miles east of Mosul). The contractor should propose an option that provides a complete drop in temporary academy with all required life support as listed above for the BPSA support, except scaled for the projected student load of 250 personnel for a period of six months beginning 20 days after contract award. Quicker is preferred.

3.29 SEMI-PERMANENT ACADEMY SUPPORT - SOUTH. The contractor will propose a fixed price option to support a semi-permanent academy, location to be determined, but in the southern/south eastern portion of Iraq. It is envisioned that the equipment required will deploy by road from holding areas in Kuwait. The projected student daily load is up to 2000 students per day. As the requirement becomes more defined the projected student load of the southern academy may offset the projected student load of the BPSA. The contractor should propose a complete drop in training facility that includes all functions provided for the BPSA. The southern academy is projected to operate for a minimum of 1 year.

3.30 BAGHDAD INTERNATIONAL AIRPORT STAGING AREA. The contractor should propose a fixed price option to provide temporary short term limited life support at the Baghdad International Airport (BIAP) for the staging of students arriving and departing from training. Temporary holding is approximately 2 arrivals and departures of students twice monthly. Each holding time can be up to 2 days. The contractor will provide limited life support such as portable latrines, dining and minimum services required to provide comfort to students waiting for transportation. As part of this service the contractor will be responsible for setting up the area either on a temporary two day basis, or

setting up a semi-permanent holding area. Student loads for each arrival/departure are approximately 500 for a total of 1000 students transiting through per month. An area for student sleeping, dining, and relaxation should be provided. If tents are used the tents should have lights and air conditioning.

3.31 REPORTS. The contractor will provide monthly reports to the management of the BPSA on: Budget requirements; Status of CIF items; Status of Weapons Inventory; # Personnel being housed; # Personnel being fed; Critical shortages or requirements; Vehicle Fleet Status; Medical Treatment and Trends.

AMENDMENTS

SOO Paragraph 3.1. ADD. Immediate contractor attention is required in the areas of site supervision and management. The contractor should focus on site sanitation and cleanliness, special focus area is the dining facility. Vector control is second priority.

1. SOO Paragraph 3.5: Total expected BPSA vehicles is 100, vice 300.

2. SOO Paragraph 3.14. CHANGE. The initial equipment for the medical clinic will be provided as Government Furnished. The contractor will be responsible for procurement and stocking of expendable items.

3. SOO Paragraph 3.16. CHANGE. Anti-terrorism and force protection measures will be provided by the Government. The contractor should provide a fixed price option to upgrade security but only to include portable generator and light sets for two entry points. Fixed walls and perimeter fencing are provided by the Government.

4. SOO Paragraph 3.20. CHANGE. The contractor will be responsible for providing 1 internet cafe in a central location. The internet cafe will house up to 40 computers. The contractor will be responsible for providing all computers, servers, routers to make the internet cafe operational. An existing, renovated building is provided for this service. The contractor will not be required to provide internet cafes within the single story student billets, but should provide a fixed price option to provide internet areas within the proposed two story student barracks. The new buildings will be pre-wired for internet access.

5. SOO Paragraph 3.21.3. CHANGE. Contractor is responsible for maintenance of only 100 vehicles. Most maintenance tasks on the BPSA can be carried out using John Deere Gator type vehicles.

6. SOO Paragraph 3.21.7. CHANGE. There will be six 10 lane firearms trainers housed in a new range building. These devices will not be on site for a minimum of six months.

7. SOO Paragraph 3.22. ADD. 80% of staffing exists on site, the contractor may consider re-hiring personnel he finds suitable. Specialized staff and instructors such as legal and 2 doctors are currently on staff.

8. SOO Paragraph 3.26. CHANGE. 3 Ranges exist, they are 30 meter handgun ranges with approximately 30 lanes each. A 300 meter rifle range is planned that will have 30 lanes. The ranges are fixed target ranges. The contractor should propose range support, including target support and range maintenance.

9. SOO Paragraph 3.27. CHANGE. The contractor should propose armor and armory support. The armory is currently operational and staffed, however, it does not meet U.S. requirements. After contract award the contractor should install weapons racks and bring the armory up to U.S. armory standards. Existing staff is well trained in

weapons repair. Local vendors exist for manufacture of weapons racks. The contractor will be allowed sufficient time to contract and install weapons racks using local labor.

## OPTION CLIN 1009 SEMI-PERMEANENT ACADEMY

**The following portion of this modification is the Definitization of CLIN 3.28 (SOO) Semi Permanent Academy is as follows:**

These requirements were agreed upon at the meeting dtd 02 June, 2004.

**Please note that All Red highlighted areas are Optional work not associated with the temporary academy, but as an advisory notice to IK that this work may be implemented in the future.**

1. PROJECT REQUIREMENTS

   a. DESCRIPTION OF WORK:

      i. INTENT: The intent is to provide basic design and construction services to provide an expedient camp of **1250 students**, and **50 instructors** at the Baghdad Regional Pubic Safety Academy which currently exist on approximately 70 acres at coordinates E 44.43253 N 33.33320. The contractor is responsible for the construction of billeting for the personnel and the construction of classroom space for the students and the establishment of a dining facility. All power, water and sewage shall be included for the expedient camp build out. The contractor will propose costs required to renovate the dining facility, construct 2 ranges and install a reverse osmosis water system. Billeting shall include power, air conditioning, shower, and latrine (shower and latrine may be provided as separate facilities). Classrooms shall be powered, lighted, and air conditioned. The dining hall shall be fully furnished with kitchen equipment, and seating furniture. Billeting shall be furnished with beds, lockers, mattresses, and linens. The classrooms shall be furnished with adequate furniture to include teaching aids (white boards, etc).

   b. **CIVIL SITE WORK:**

      i. Clear and completely remove all debris and rubble on the expedient camp site.
      ii. Provide sidewalks, parking areas and hardstands as required for the tent city.
      iii. Design and construct two (2) pistol range.
      iv. Provide sanitary sewer collection system for installed shower and toilet facilities. (only showers if the toilets are porta-potties)
      v. The contractor will propose renovation of existing instructor buildings.
      vi. Design and construct comprehensive water supply and distribution system for the expedient camp.
      vii. Design and construct comprehensive electrical power distribution system to support the expedient camp and kitchen facility. This system can use existing portions of the electrical system, but must also have a back-up system to support 100% of electrical design requirements.

viii. Design, acquire, erect and/or construct either tents or trailers required as the expedient temporary academy camp. If tents are to be used, construct floors that shall be wooden, concrete, or a combination to provide a durable flooring surface.

c. **ARCHITECTURAL:** Facilities shall be expedient in nature and shall be tents or trailers or expedient facilities (or a combination of). Tents shall be designed to reflect heat as much as possible.

d. **AREA DESCRIPTION:** Baghdad Public Safety Academy.

2. **GENERAL REQUIREMENTS:**

a. **CIVIL/SITE WORK:**

i. **DEBRIS, RUBBLE, AND TRASH REMOVAL:** Clear and remove all trash, rubble, debris, and dead vegetation from all areas within the expedient camp area. Pick up all solid waste, place solid waste in covered containers, and empty regularly when full. Prevent contamination of the site or other areas when handling and disposing of waste. Upon project completion, thoroughly clean the entire site. Provide for the removal of all solid waste (including hazardous debris) from the site during all phases of construction. Clear, sweep, and completely remove all trash, rubble, debris, and dead vegetation from roadways, motor pools, parking areas, drainage ditches, and any other civil site areas as directed by the **PROJECT ENGINEER**. Dispose all waste materials and soil off-site.

ii. **STORM WATER MANAGEMENT SYSTEM:** Conduct a site investigation and field check to document the existing site storm water management and drainage system. Make changes to the grade that will adequately serve the expedient camp area to be used in the event of a significant rain storm.

iii. **GRADING AND EXCAVATION:** Grade all areas to provide a uniform sloping surface. Provide fill material as needed to raise grade elevations in built-up areas and to fill low areas, unused ditches, and holes. Grade areas around facilities to slope away from buildings and facilities to provide storm water drainage (except on existing asphalt surface which will retain its existing grade). Provide storm water management basins or pond areas away from developed areas for storm water detention. Compact soil to 90% of maximum density by Standard Proctor.

iv. **CONCRETE:** Design all concrete to have a 28 day compressive strength of 28 MPa or greater. Reinforce slabs with 15 centimeters x 15 centimeters 12 gauge wire mesh or larger. A broom type finish is expected unless otherwise requested. The concrete shall be free from excessive voids or cracks when poured and be wetted sufficiently as to avoid stress cracking due to excessive moisture loss. Compact soils beneath to 100% maximum density determined by the Standard Proctor Method, ASTM D 698 before concrete is poured.

b. **EXPEDIENT CAMP CONSTRUCTION:** Design and construct the expedient camp, either of tents or trailers. Tents or trailer shall be fully furnished with 1 bed per man, 1 wall locker, sufficient lighting and air conditioning. The tent camp shall be constructed such that it is ready for 500 cadets on 12 June 2004, 1000 cadets on 1 July 2004 and 1,250 cadets on 15 July

2004. The contractor will notify the COR of any delays. Classrooms shall be built to facilitate 30 students per classroom. Classrooms shall be equipped with sufficient desks, or tables with durable chairs and writing surfaces. Each classroom shall be equipped with 1 blackboard, 1 easel with butcher paper and sufficient classroom supplies. Each classroom will be air conditioned and equipped with fans if required. The classrooms will have sufficient lighting necessary for a classroom environment. The dining facility will be constructed such that it can seat up to 500 personnel per shift. Meals will be served buffet style inside the tent. The dining tent will be furnished with durable tables and chairs and necessary lighting and air conditioning. The dining facility will be decorated with pictures or posters. Sufficient garbage disposal will be provided. Ablution units will be provided in sufficient quantities for classrooms, dining facilities and sleep tents. Concrete or concrete paver walkways will be provided between tent areas and dining and classroom areas. Hardstands will be provided for the siting of generators, water heaters and dumpsters. Paved areas will be provided for parking and access.

c. **RENOVATION OF EXISTING BUILDINGS: INSTRUCTORS' BARRACKS (#7 & 8)** The contractor will provide a proposal for the renovation of the instructor's barracks. This work will include: Provide and install 13 wood division walls in each of the buildings that must reach the height of the ceiling support members, creating a total of 14 separate rooms for the entire building. Each room must include power outlets every 2 meters and be able to support power for a refrigerator, microwave, television, two lamps and two alarm clocks. All windows and doors must have screens to prevent flies and/or mosquitoes from entering and must also have completely laminated glass with a shaded and seamless sheet by removing the pane and replacing the pane back into the frame after laminating. All window security bars must be removed to allow personnel easy exit from window in case of fire. Where rooms don't already have doors, provide and install new steel doors to face the inside areas (opposite the street/parking lot areas). Doors must have laminated glass on the top portion of the door and steel on bottom portion of the door. Each entrance must have a threshold to prevent water from entering rooms as well as a wall mounted fire extinguisher. Relocate all fans to sit on center of each room and relocate their respective switches into their respective rooms. Restore and replace the HVAC system and/or duct work as needed to make a functional HVAC system in the barracks. Provide upgrade to electrical system throughout the barracks facilities to included but not limited to conduit, circuit breaker panels, properly securing exterior electric wires into a secure conduit system, ensuring all electric is properly grounded, etc... Upgrade all toilets to western style toilets; place flush tanks on all urinals; replace, relocate in an interior location and properly ground all new water heaters which are to be set on a stable concrete pad; where there are showers replace shower heads for galvanized style heads and provide waterproof/watertight lighting fixtures above showers; install water curb in shower stalls to keep water from flowing into the rest of the bathroom. Ensure that all septic lines in bathrooms are clear and cleaned completely. Paint and patch all of the exterior and interior walls (minimum of three coats) to match the existing conditions. Where broken floor/wall tiles exist, replace tiles to match the existing.

d. **SMALL ARMS RANGES:** The contractor will propose the construction of two Small Arms Ranges in coordination with the construction prime contractor at the site COR. It is the contractor's responsibility to ensure the methods of construction to do not allow for any gunfire ricochets within the range or vicinity.

**25 - METER RANGES:** Construct two, 30-position firing line ranges. Designate each position by weapons stands 5 meters on-center (155 meters long). Elevate the firing line 0.5 meters above the rest of the area at 4m wide. Finish the firing line with a well-graded sand and gravel of 30millimeters (-). Design of range baffling shall be in accordance with attached drawings.

1. **IMPACT AREA BERM:** Impact area shall consist of a compacted soil berm 5m high, beginning 27m back from the firing line. The berm shall be a minimum of 1m wide at the top of the berm and compacted to 90% of maximum density by Standard Proctor.
2. **EARTHEN BERMS:** Construct soil berms on the sides of the range. Berms shall extend from the edges of the firing line at a height of 3meters to the impact berm at a height of 5meters, tapering the height along the way. Compact soil to 90 percent of maximum dry density by Standard Proctor.

e. **SANITARY SEWER SYSTEM:** Ensure that the sanitary sewer system conforms to International Plumbing Code. Do not start construction until approved by **PROJECT ENGINEER**. Upon approval of the design, complete all work associated with the design for the awarded Line Items to provide a comprehensive sanitary sewer system to conform to the requirements in **SUBMITTALS**. Subsequent **CONTRACTORS** shall be responsible for phased design and construction aspects for each relevant phase described herein for a total and complete sanitary sewer system, while meeting all the above-mentioned requirements.

i.**GENERAL:** The **CONTRACTOR** shall provide a system that is independent of the existing system. There must be adequate collection capacity and accessibility for a reasonable service contract to service the system. Design and layout shall accommodate the inhabitants of the camp and expected consumption for design purposes is 200 liters per day per individual. It has been determined that the contractor must provide an independent septic tank for the Expedient Beddown camp. The steel septic tank will placed underground and able to support the populous of 1,250 personnel at the rate of 200 liters per day. The contractor will still make the needed assessment and upgrades to the existing sewer system.

f. **HEATING VENTILATION AND AIR CONDITIONING:** All facilities will be heated and cooled. The contractor will respond to complaints of inadequate heating and cooling a provide rapid response to improve the condition.

g. **ELECTRICAL POWER DISTRIBUTION SYSTEM:** Sufficient power is required to run the camp and all the camp appliances. A stand-alone system is required. At a minimum this will include one primary 1 mw generator and 1 backup 1 mw generator. The contractor will ensure that there is a redundant system in case of failure of the primary system. Adequate consideration for fuel storage and generator placement shall be coordinated with the **PROJECT ENGINEER**. The design shall include a primary power generator to service the kitchen as back up power in case commercial power fails. Additionally, provide two primary generators for the campsite, to include utilities and security lighting; the generators will have paralleling device for automatic generator transfer. The contractor will provide power to the

existing classrooms to power air conditioning and lighting until the construction prime contractor has provided primary power to all facilities.

h. **AREA LIGHTING SYSTEM:** The contractor will provide exterior lighting of the tent camp area and surrounding areas for safety. The lighting system will be powered by the contractors generator system.

i. **TESTING AND COMMISSIONING.** After completing the work, demonstrate that all plumbing systems (water and sanitary sewer systems) operate to fully satisfy the design function. Test, adjust, balance and regulate the system and its controls as necessary to meet required design conditions. Include tests for interlocks, safety cutouts and other protective devices to demonstrate safe operation. Carry out all such tests in the presence of the **CONTRACTING OFFICER** or representative and submit full written records of the test data and final settings to the **CONTRACTING OFFICER** to conform to the requirements outlined in **SUBMITTALS.**

j. **POTABLE WATER SUPPLY SYSTEM:** Provide and install a potable water supply system to support the 1250 man camp along with the kitchen facility. The system must have the proper filtration and chlorination system to include but not limited to the proper size and amount of water pumps. The water supply tank will be made of steel and secured properly to a concrete pad. Ensure that the potable water supply system conforms to International Plumbing Code. The water system must be approved by the **PROJECT ENGINEER.** The **CONTRACTOR** shall provide a system that is independent of the existing system. It is the **Government's** understanding that the system will only supply the 1250 man camp shower/latrine facility and kitchen facility. If a local system is employed, there must be adequate supply capacity and accessibility for a reasonable service contract to supply the system. Design and layout shall accommodate the inhabitants of the camp and expected consumption for design purposes is 200 liters per day per individual. The contractor may propose a reverse osmosis water system that can supply the entire academy.

3. **SUBMITTALS:**

a. **GENERAL:** The contractor will submit a program plan, a schedule and a list of procured materials. The plan will include design layout, phasing plan, plan for supporting and servicing the camp, list of materials to be used.

b. **DRAWINGS:** Drawings shall show approximate location of all plumbing equipment, sighting of septic system piping floor plans and control accessories, plumbing riser plans, and equipment schedules. Provide enlarged (1:50 scale) plans and sections for Toilet Rooms, Kitchen and other congested areas.

c. **CATALOG CUTS:** Provide description of all material and furnishings procured to support the camp, provide name of vendor and delivery dates.

d. **DESIGN STANDARDS:**

i. The **CONTRACTOR** shall adhere to the International Building Code, International Electrical Code, International Mechanical Code, International Plumbing Code, and International Fire Code. Construction shall not begin until approval by the **PROJECT ENGINEER.** The **CONTRACTOR** must provide copies of all design specifications and manuals used. A

copy of the calculations shall be provided for review. All calculations, standards, and correspondences shall be in English.

ii. The **CONTRACTOR** shall provide engineering and architectural design as required for all work necessary to complete the project. Engineering and architectural professionals registered to work in their respective areas of expertise shall perform the **CONTRACTOR'S** design. These professional shall be responsible for the design and have complete control over the design. Construction drawings shall be provided for all construction, plumbing installation, electrical distribution design, water system design, and sanitary sewer system design. The ENGINEER or architect shall provide specifications for all piping materials, electric wire, electrical components, generators, pumps, air conditioners, windows, doors, metals, and other materials and equipment as deemed necessary by the **PROJECT ENGINEER**.

e. **SUBMITTAL LIST:** Submissions and acceptance of the following items with the appropriate manufacturer's information (in English and Arabic) shall be accomplished before installation or construction.

i. Site Security Plan
ii. Small Arms Range Designs
iii. Paving Plan and Design
iv. Concrete Plan and Design
v. Sanitary Sewer System Design
vi. Renovation of Existing Buildings Design
vii. Building Equipment and Fixtures: (including cut-outs)
   1. Bathroom fixtures to include toilets, sinks, faucets, showerheads.
   2. Kitchen fixtures.
   3. Pumps, valves, tanks, water heaters.
   4. Air Conditioning Systems, heaters, fans.
   5. Lights (interior and exterior), distribution boxes, transformers, ring gears, transfer switches, generators.
   6. Floor tile, baseboard material, ceramic tiles, windows, window film, window blinds, doors (interior and exterior), door locks.
   7. Fire extinguishers, fire hoses, emergency exit lights.
   8. Interior furniture as designated for camp trailers, administration buildings, dining room, and for classrooms.
viii. Water Supply and Distribution System Design
ix. Electrical Power Supply and Distribution Design
x. Area Lighting Plan and Design
xi. Trailer or Tent Design for Classrooms and for Living Quarters

4. **SPECIAL REQUIREMENTS:**

a. **PROJECT ENGINEER:** The **GOVERNMENT** shall provide a **PROJECT ENGINEER** to ensure quality assurance goals are met. The **CONTRACTOR** shall provide access to the site at all times.

b. **ENGLISH SPEAKING REPRESENTATIVE:** The **CONTRACTOR** shall provide an English-speaking representative on-site to interface with the police academy staff or **PROJECT**

ENGINEER. A working English knowledge shall be sufficient for this task provided it is sufficient to understand emergency instructions and report on construction progress.

c. **REPORTS:** The **CONTRACTOR** shall complete a written weekly report for each week's work activities occurred on the site. The **CONTRACTOR** shall provide a verbal update on all daily aspects of the construction to include number of employee workers on site, events of the day and status of each event in the **CONTRACTOR'S** management plan to show progress toward completion of critical event completion on the critical path. The contractor will provide this report to the Contracting Officer's Representative.

d. **SOLID WASTE DISPOSAL:** All solid waste, debris from the site, and refuse generated during performance of this contract is to be disposed of off-site. The **CONTRACTOR** shall provide dumpsters with a secure cover and painted the standard base color. Keep cover closed at all times, except when being loaded with trash and debris. No burning or burying solid waste is allowed on-site. Each **CONTRACTOR** or **SUB-CONTRACTOR** shall provide a centrally located container for the debris and refuse of each building. Debris and refuse shall be picked up from within the buildings and around the site daily and placed into the containers. Containers shall be emptied, with disposal off-site, as soon as they are full.

e. **CONTRACTOR EMPLOYEE HOUSING:** The **CONTRACTOR** is responsible for providing housing for all employees as required. Workers shall not be billeted on site.

f. **CONTRACTOR EMPLOYEE FACILITIES:** Each **CONTRACTOR** or **SUB-CONTRACTOR** shall provide portable toilets to be used by their workers for the entire length of construction. Place these portable toilets within easy access to the work area.

g. **MOBILIZATION AREA:** A mobilization area shall be provided for the **CONTRACTOR'S** use. This area shall be used for equipment, staging, and office areas. The housing and mobilization area shall be completely and thoroughly restored upon completion of construction.

h. **CONTRACTOR QUALITY ASSUSRANCE:** The **CONTRACTOR** shall establish and enforce a Quality Assurance program. This program shall enforce standards on both materials and workmanship as established by the design engineers and architects. The **CONTRACTOR** shall have at least one employee assigned to Quality Assurance full time, whose only responsibilities shall be quality assurance.

i. **MATERIAL QUALITY:** All materials shall be new and of commercial grade or higher (unless otherwise specified in the proposal and accepted by the **GOVERNMENT**). Any materials of low or questionable quality shall be rejected by the inspector. Acceptance of the materials will be by the **PROJECT ENGINEER**. Recommended criteria for the **CONTRACTOR** to follow include any recognized and current British, United States, or International Building Code criteria.

## OPTION CLIN 1009 SEMI-PERMEANENT ACADEMY SCHEDULE

The Following schedule applies to the Semi-Permanent Academy:

# COALITION PROVISIONAL AUTHORITY

## BAGHDAD

Memorandum To Iraqi Khadamat 8 June 2004

Subject: Performance Deficiencies on Contract 04-C-0104, BPSA Life Support

1. Please be advised the following performance deficiencies exist on subject contract. Each item is listed with a Deficiency Report (DR) number for tracking purposes

2. **Schedule**. You have not met the required delivery schedule milestones you provided. **(DR IQ-04-001)**

3. **Program Management**. On-site management is not providing adequate oversight, planning or reporting. **(DR IQ-04-002)**

4. **Life support materials**. Despite a 15 May 04 contract award, the life support portion of this contract had no action, support, material or supplies until 4 June 2004. The COR was required to place emergency orders for stationary supplies and medical supplies on 26 May 2004. Your lack of action places our personnel on-site in severe risk and impedes successful mission accomplishment. **(DR IQ-04-03)**

5. **Generator**. You failed to provide a generator in a timely manner by 2 Jun 04. It did not arrive until 5 June 2004, 2130 hours. Because you failed to provide an adequate power supply, students, staff and kitchen crew inhabiting support buildings (BD, BE, BF, BG, BH, BI) suffered from lack of air conditioning in a very warm environment. This is the only generator delivered to date, **(DR IQ-04-04)**

6. **Concrete**. Concrete was to begin being poured 3 June, it did not start until 5 June 2004. Closer inspection on 6 June revealed that the contract requirements for the concrete reinforcement were not being followed. Specifically, 8 pads were poured with no 12-gauge wire mesh. Cracking occurred immediately. This is not the kind of quality effort we expect. **(DR IQ-04-05)**

7. **Subcontractor support**. You have not supplied adequate personnel to effect adequate contract support No subcontractors to date have been hired to conduct life support operations. We received information that the existing contractors for facilities management/maintenance and janitorial services were only asked last week to submit proposals for work. **(DR IQ-04-06)**

8. **Vehicles or tools to support operations.** These items are not available on site--nothing has been delivered to date. **(DR IQ 04-07)**



DEPOSITION EXHIBIT 17

COALITION PROVISIONAL AUTHORITY

BAGHDAD

9. **Flooring system is not adequate.** The strips of wood are 2x2 inch with ¾ inch plywood nailed on top. No action was taken to level the decking on the asphalt. No bracing was observed between the 2x2 studs. A 2x2 inch clearance will be insufficient given standing water under deck that routinely occurs when the rainy season starts. There is no barrier between the deck and the asphalt. It was not nailed entirely together. **(DR IQ 04-08)**

10. **Lack of timely contract modification review.** Modification P0001 was sent to you 5 Jun, we asked you execute it within 48 hours. We have not seen this document to date. **(DR IQ 04-09) (POC: Contracting Officer)**

11. Please address above Deficiency Report items with the COR. With the exception of DR IQ 04-09, all of these items will remain open until the COR recommends closure. Time is of the essence, your immediate attention is requested.

12. Please consider this formal notification that your performance to date is unsatisfactory. As a reminder, all CPA contractors receive a Past Performance rating. Uncorrected deficiencies on this contract will be appropriate documented and noted in future procurements.

13. Should you have questions feel free to contact the undersigned at 790-192-6199.

M. LLOYD BLACKMON JR, Maj, USAF
Contracting Officer

COALITION PROVISIONAL AUTHORITY

BAGHDAD

Memorandum To Iraqi Khadamat 13 June 2004

Subject: Demand for Adequate Assurances
Contract DABV01-04-C-0104, BPSA Life Support

1. You have to date inadequately addressed deficiencies in my letter entitled Iraqi Khadamat Performance Deficiencies, dated 9 Jun 2004. With reference to Clauses 24 and 53 of subject contract, Termination for Cause and Schedules for Construction Contracts, I am currently evaluating whether you have "failed to comply with any contract terms and conditions or failed to provide the contracting officer, upon request, adequate assurance of future performance."

2. **Demand for Adequate Assurances.** Since you have to date apparently failed to perform Contract number DABV01-04-C-0104, the Coalition Provisional Authority is considering terminating the contract under the provisions for default of this contract. Pending a final decision in this matter, it will be necessary to determine whether you are capable of fulfilling your contractual obligations and whether your failure to perform arose from causes beyond your control and without fault or negligence on your part. Accordingly, you are given the opportunity to present, in writing, any facts bearing on the question to: Major Lloyd Blackmon, Republican Palace Room S100C, Baghdad, Iraq, electronic mail: Lloyd.Blackmon@cpa-iq.org within 3 days after receipt of this notice. Your failure to present adequate assurance of your ability to perform or any excuses within this time may be considered as an admission that none exist. Your attention is invited to the respective rights of the Contractor and Coalition Provisional Authority and the liabilities that may be invoked if a decision is made to terminate for default. Any assistance given to you on this contract or any acceptance by the Coalition Provisional Authority of delinquent goods or services will be solely for the purpose of mitigating damages, and it is not the intention of the Coalition Provisional Authority to condone any delinquency or to waive any rights the Coalition Provisional Authority has under the contract.

3. Should you have questions feel free to contact the undersigned at 790-192-6199.

M. LLOYD BLACKMON JR, Major, USAF
Contracting Officer

DEPOSITION EXHIBIT 18

# COALITION PROVISIONAL AUTHORITY

## BAGHDAD

Memorandum For Iraq Khadamat 19 Jun 04

Subject: Written Notification of Termination for Cause of Contract DABV01-04-C-0104

1. You are hereby notified that the above contract for base life support services is terminated for cause at the Baghdad Public Service Academy (BPSA) due to failure to provide adequate assurance of future performance and failure to comply with all contract terms and conditions.

2. The specific reasons for termination are detailed in paragraphs 2, 3 and 4 of this notice. Per Clause 53 of subject contract, you did not prepare and submit to the Contracting Officer within five days of award a practicable schedule showing the order in which you contemplated starting and completing the several salient features of the work for the Semi-Permanent Academy South, including acquiring materials and equipment. The Semi-Permanent Academy South drop-in facility was clearly a part of the contract, see item 1009 of the award schedule dated 15 May 04. Your schedule should have been in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. You were asked repeatedly for a detailed contract schedule, which you failed to provide in a timely manner. On 1 Jun 04, you submitted a non-comprehensive Semi-Permanent Academy South build-up schedule. You failed to meet this schedule, negatively impacting the BPSA mission. Your performance to date does not give me adequate assurance of future satisfactory performance.

3. On 4 Jun, you failed to provide adequate medical and office supplies, per Exhibit 15, Items 11 and 16, respectively, of your proposal dated 5 May 04 (incorporated by reference). Failure to deliver timely supplies negatively impacted issue of site identification cards and placed BPSA personnel at risk during emergencies.

4. Throughout the contract period of performance you did not maintain the site in a satisfactory condition. Per Exhibit 15, Item 1 of your proposal dated 5 May 04, you are responsible to "pick up paper, sticks, stones and other debris from area surrounding buildings and facilities." Trash on site was a constant nuisance and a potential health hazard.

5. You did not maintain an adequate Quality Assurance program per Exhibit 7 of your proposal dated 5 May 04. It was obvious no company quality assurance program existed as many site problems went uncorrected. You did not correct eight of nine deficiencies (exception: Item 9, modification review) specifically identified in my letter of 9 June 04, entitled Iraq Khadamat deficiencies. You did not respond adequately to both verbal and written COR direction regarding consistently poor contract performance.

6. The CPA shall not be liable to Iraq Khadamat for any amount of supplies or services not accepted and you shall be liable for any and all rights and remedies provided by law.

7. The Government requests your cooperation on site as we intend to phase-in Laudes Corporation as the base life support contractor at BPSA beginning 20 Jun 04. Iraq Khadamat shall continue contract performance until midnight 22 Jun 04. The Government desires a smooth transition between Iraq Khadamat and Laudes personnel during this period.

M. LLOYD BLACKMON JR, Major, USAF
Contracting Officer

DEPOSITION EXHIBIT 19

J-8079 Fuentes – to Blackmon for BPSA T&D    IPS-T DEF-2    Blackmon 14 Jun

**PURCHASE REQUEST AND COMMITMENT** For use of this form, see DFAS-Reg 37-1; OASA(FM&C)

1. PURCHASE INSTRUMENT NO. 10000S58
2. REQUISITION NO.
13-Jun-04
PAGE 1 OF 1

4. TO: CPA CONTRACTING ACTIVITY
5. THRU: CPA COMPTROLLER
6. FROM:

It is requested that the supplies and services enumerated below or on attached list be

7. PURCHASED FOR Iraqi Ministry of Interior, Iraqi Police Service P/C 10000 S58
8. DELIVERED TO: Baghdad Public Safety Academy, Baghdad, I
9. NOT LATER THAN

The supplies and services listed below cannot be secured through normal supply channels or other Army supply sources in the immediate vicinity, and their procurement will not violate existing regulations pertaining to local purchase for stock, therefore, local procurement is necessary for the following reason: *(Check appropriate box and complete item.)*

10. NAME OF PERSON TO CALL FOR ADDITIONAL INFORMATION: Major Lloyd Blackmon, PCO, CPA — jeff.stackow@cpa-iq.org

12. LOCAL PURCHASES AUTHORIZED AS THE NORMAL MEANS OF SUPPLY FOR THE FOREGOING BY
13. REQUISITIONING DISCLOSES NONAVAILABILITY OF ITEMS AND LOCAL PURCHASE IS AUTHORIZED BY

EMERGENCY SITUATION PRECLUDES USE OF REQUISTION CHANNELS FOR SECURING ITEM

**FUND CERTIFICATION**
The supplies and services listed on this request are properly chargeable to the following allotments, the available balance of which are sufficient to cover the cost thereof, and funds have been committed.

19. ACCOUNTING CLASSIFICATION AND AMOUNT

| 14. ITEM | 15. DESCRIPTION OF SUPPLY OR SERVICES | 16. QUANTITY | 17. UNIT | 18. ESTIMATED UNIT PRCE a | TOTAL COST b |
|---|---|---|---|---|---|
| 1 | BPSA Life Support - Re-award | VAR | VAR | $26,000,000.00 | $26,000,000 |
| | | | | | $0 |
| | Contract terminated for default | | | | $0 |
| | this is the re-award to 2nd bidder | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | Page 1 Total | | | | $26,000,000 |

20. TYPED NAME AND TITLE OF CERTIFYING OFFICER: Mike Nahas, OSC J-8 Burkett, Michael
21. SIGNATURE [signature]
22. DATE 12 Jun 04
23. DISCOUNT TERMS
24. PURCHASE ORDER NUMBER
26. DELIVERY REQUIREMENTS
ARE MORE THAN 7 DAYS REQUIRED TO INSPECT AND ACCEPT THE REQUESTED GOODS OR SERVICES YES [X] NO [ ] IF YES, NUMBER OF DAYS REQUIRED 10 days

25. THE FOREGOING ITEMS ARE REQUIRED NOT LATER THAN AS INDICATED ABOVE FOR THE FOLLOWING PURPOSES: BPSA Life Support

27. TYPED NAME AND GRADE OF INITIATING OFFICER: COL Pangburn
28. SIGNATURE [signature]
29. DATE 13 Jun 04
30. TELEPHONE NUMBER: 07901-923831
31. TYPED NAME AND GRADE OF SUPPLY OFFICER Carl Blyth
32. SIGNATURE [signature]
33. DATE 6/12/04
34. TYPED NAME AND GRADE OF APPROVING OFFICER OR DESIGNEE BG MacKay
35. SIGNATURE [signature]
36. DATE

DA FORM 3953, MAR 91    EDITION OF AUG 76 IS OBSOLETE

DEPOSITION EXHIBIT 20



US000908

COALITION PROVISIONAL AUTHORITY

BAGHDAD

Memorandum For Record 20 Jun 04

Subject: J&A, BPSA Re-Award Letter Contract

I intend to initiate a Justification and Approval as soon as possible utilizing FAR 6.302-2, Urgent and Compelling circumstances, as justification.

M. LLOYD BLACKMON JR, Major, USAF
Contracting Officer

DEPOSITION EXHIBIT 21

**COALITION PROVISIONAL AUTHORITY**

**BAGHDAD**

Memorandum For CPA Legal 20 Jun 04

Subject: Request for Legal Review of BPSA Life Support Letter Contract, Laudes

Please review for legal sufficiency.

M. Lloyd Blackmon Jr.
M. LLOYD BLACKMON JR, Major, USAF
Contracting Officer

Legally sufficient as annotated in file.

JAK 21 JUNE 2004

JAMES A. KING, JR, LTC, USAF

Done LB 21 Jun

DEPOSITION EXHIBIT 22

COALITION PROVISIONAL AUTHORITY

BAGHDAD

20 Jun 04

**DETERMINATION AND FINDINGS**

**FOR**

**LETTER CONTRACT FOR AL KASIK**

**FINDINGS**

The effort to perform life support services at Baghdad Public Service Academy (BPSA) was awarded to Iraq Khadamat (IK) under contract DABV01-04-C-0104. IK was Terminated for Cause as of 19 June 2004 for failure to adequately support the site.

The contractor anticipated for award, Laudes Corporation, is currently performing successfully on a base life support contract supporting Kirkush Military Training Base (KMTB) and others in Iraq. Laudes was selected to take over this work because they were the next best value offeror on the contract when it was competed full and open during May 04.

Laudes is known to have a credible cost accounting standard. Therefore, the risk of accumulating incurred cost is low, and supporting an additional site will not jeopardize their ability to segregate costs between the different cost pools. FAR 6.302-2, Urgent and Compelling Urgency, is the authority cited due to the nature of this acquisition. The known source, Laudes, will be able to perform with success based on their history of successful performance and ability to control costs.

**DETERMINATION**

Because this letter contract is in the best interests of the Government, approve and execute a letter contract to authorize Laudes to mobilize and begin base life support services at BPSA.

M. LLOYD BLACKMON JR, Maj, USAF
Contracting Officer

Concur/ ~~Do Not Concur~~

STEPHEN M. SEAY, BG, USA
Head of Contracting Activity

DEPOSITION EXHIBIT 23

# COALITION PROVISIONAL AUTHORITY

## BAGHDAD

Memorandum For Laudes 20 Jun 04

Subject: Letter Contract, W914NS-04-C-9001, for BPSA Life Support

1. Upon bilateral execution of this document, you are hereby directed to perform Life Support services for the Baghdad Public Service Academy (BPSA) training site located at Bagdad, Iraq in accordance with the attached Statement of Work (SOW). Additionally, you will be responsible to provide armory, ammunition and armor support, portable sewage services, ensure quality construction of a Semi-Permanent Academy, internet cafes and security upgrades. Costs associated with this effort shall not exceed $26,000,000 for performance 20 Jun 04 – 15 May 05. You are responsible to conduct a thorough examination of existing equipment on site and adjust your proposal accordingly.

2. Request you provide a proposal on this effort to this office no later than 27 Jun 04.

M. Lloyd Blackmon Jr.
M. LLOYD BLACKMON JR, Maj, USAF
Contracting Officer

Laudes agrees to perform work IAW attached SOW and provide CPA an updated proposal for definitization no later than 27 Jun 04.

Lawrence M. Underwood, Principal, Laudes Corporation
Name/Title

Letter Contract
3Ag
- need to definitize

DEPOSITION EXHIBIT 24



US000850

# CONTRACT AND GRANT PROCEDURES APPLICABLE TO VESTED AND SEIZED IRAQI PROPERTY AND DEVELOPMENT FUND FOR IRAQ

## Standard Terms and Conditions for Solicitations and Contracts in Excess of $5,000

## APPENDIX B

## Solicitation Terms and Conditions

1. **Submission of Offers.** The contractor will submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in the solicitation. Offers may be submitted on letterhead stationery or as otherwise specified in the solicitation. At a minimum, offers must show:

a. The solicitation number.

b. The time specified in the solicitation for receipt of offers.

c. The name, address, and telephone number of the offeror.

d. A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary.

e. Terms of any express warranty.

f. Price and any discount terms.

g. Payment address (if different from mailing address)

h. Acknowledgment of solicitation amendments (if any)

i. Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers, and other relevant information)

j. A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

2. **Period for Acceptance of Offers.** The offeror agrees to hold the prices in its offer firm for 30 calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

3. **Product Samples.** When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense, and returned at the sender's request and expense, unless they are destroyed by preaward testing.

4. **Multiple Offers.** Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

5. **Late Submissions, Modifications, Revisions, and Withdrawals of Offers.**

a. Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Contracting Officer designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 1630 hours, local time, for the designated contracting office on the date that offers or revisions are due.

b. Any offer, modification, revision, or withdrawal of an offer received at the contracting office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition, and

1) if it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the contracting office not later than 1700 hours one working day prior to the date specified for receipt of offers, or

2) there is acceptable evidence to establish it was received at the location designated for the receipt of offers and was under government control prior to the time set for receipt of offers, or

3) if the solicitation was a request for proposals, it was the only proposal received.

c. However, a late modification of an otherwise successful offer that makes the offer's terms more favorable to the contracting organization issuing the solicitation will be considered at any time it is received and may be accepted.

d. Acceptable evidence to establish the time of receipt at the contracting office includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of contracting office personnel.

e. If an emergency or unanticipated event interrupts normal processes so that offers cannot be received at the contracting office designated for receipt of offers by the exact time specified in the solicitation, and urgent requirements preclude amendment of the solicitation or other notice of the extension of the closing date, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal processes resume.

f. Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

6. **Contract Award.** The Contracting Officer intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Contracting Officer reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Contracting Officer may reject any or all offers if such action is in the public interest; accept other than the lowest-priced offer; and waive informalities and minor irregularities in offers received.

7. **Multiple Awards.** The Contracting Officer may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the schedule, offers may not be submitted for quantities less than those specified. The Contracting Officer reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

8. **Evaluation.** The Contracting Officer will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the contracting activity, price and other factors considered. The following factors shall be used to evaluate offers.

9. **Options.** The Contracting Officer will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Contracting Officer may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Contracting Officer to exercise the option(s).

10. **Notice of Award.** A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance of the offer, shall result in a binding contract without further action by either party. Before the offer's scheduled expiration time, the Contracting Officer may accept an offer (or part of an offer) whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

11. **Protests.** A contractor wishing to object to the terms of a solicitation, the termination of a solicitation, the award of a contract, or the termination of the award of a contract, shall present the matter to the Contracting Officer for an initial decision. The contractor shall state to the Contracting Officer the basis for the protest. If the contractor does not agree with the Contracting Officer's initial decision, the Contractor may appeal the initial decision to the Head of Contracting Activity, CPA, for resolution. The decision of the Head of Contracting Activity, CPA, shall be the final decision in the matter.

12. **Evaluation of Foreign Currency Offers.** If the Contracting Officer receives offers in more than one currency, the Contracting Officer will evaluate offers by converting the foreign currency to United States currency using _______ rate in effect on the date specified for receipt of offers, if award is based on initial offers, or, if award is based on revised offers, on the date specified for receipt of proposal revisions.

## Contract Terms and Conditions

13. **Inspection/Acceptance.** The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Contracting Officer reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Contracting Officer may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Contracting Officer must exercise the post-acceptance rights:

a. Within a reasonable time after the defect was discovered or should have been discovered, and

b. Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

14. **Assignment.** The Contractor shall not assign, transfer, or make any other disposition of this Contract, or any part thereof, without the prior written consent of the Contracting Officer.

15. **Changes.** Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

16. **Disputes.** This contract is not subject to the Contract Disputes Act of 1978, as amended (41 U.S. Code, Sections 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal, or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the United States Federal Acquisition Regulation Clause 52.233-1, Disputes, which is incorporated herein by reference except that appeals from final decisions of a Contracting Officer may only be appealed to the U.S. Armed Services Board of Contract Appeals (ASBCA). The decision of the ASBCA shall be final. The contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

17. **Excusable Delays.** The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Governmental activity in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

18. **Invoice.** The Contractor shall submit an original invoice and three copies (or electronic invoice if authorized) to the address designated in the contract to receive invoices. The invoice must include:

a. Name and address of the Contractor.

b. Invoice date and number.

c. Contract number, contract line item number, and, if applicable, the order number.

d. Description, quantity, unit of measure, unit price, and extended price of the items delivered.

e. Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on a bill of lading.

f. Terms of any discount for prompt payment offered.

g. Name, title, and phone number of person to notify in event of defective notice.

19. **Patent Indemnity.** The Contractor shall indemnify the Government agency involved in this contract and its officers, employees, and agents against liability, including costs, for actual or alleged direct or indirect contributory infringement of, or inducement to infringe, any patent, trademark, or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

20. **Payment.** Payment shall be made for items accepted by the Contracting Officer that have been delivered to the delivery destinations set forth in this contract. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronics fund transfer payment is made.

21. **Risk of Loss.** Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pay to the Contracting Officer upon:

a. Delivery of the supplies to a carrier, if transportation is f.o.b. origin.

b. Delivery of the supplies to the Contracting Officer or a representative at a destination specified in the contract, if transportation is f.o.b. destination.

22. **Taxes.** The contract price includes all applicable taxes and duties.

23. **Termination for Convenience.** The Contracting Officer reserves the right to terminate this contract, or any part hereof, for the sole convenience of the Government activity. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Contracting Officer using its standard record keeping system, have resulted from the termination. The Contracting Officer, upon reasonable advanced notice, may inspect the financial records relating to this Contract including the amounts paid to subcontractors and the locations where any portion of the Contractor's performance occurs. The Contracting Officer may review the Contractor's financial statements upon request.

24. **Termination for Cause.** The Contracting Officer may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Contracting Officer, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government agency shall not be liable to the Contractor for any amount of supplies or services not accepted, and the Contractor

shall be liable for any and all rights and remedies provided by law. If it is determined that the Contracting Officer improperly terminated this contract for cause, such termination shall be deemed a termination for convenience.

25. **Title.** Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government agency upon acceptance, regardless of when or where the Government agency takes physical possession.

26. **Warranty.** The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

27. **Immunities.** Except as provided in this contract, the Government of Iraq or its agents, including the CPA or other governmental agencies, have not waived any of their privileges or immunities.

28. **Legal Status.** The Contractor is an independent contractor. The Contractor's employees will not be considered government employees for any purpose. The Contractor is solely responsible for compensation agreements with employees.

29. **Contractor's Responsibility for Employees.** The Contractor is responsible for the professional and technical competence of its employees and will select reliable individuals who will perform effectively in the implementation of this Contract, respect the local customs, and conform to a high standard of moral and ethical conduct. The Contracting Officer may require that the Contractor remove from the job employees who endanger persons or property, or whose continued employment under this contract is inconsistent with the interest of military security.

30. **Subcontracting.** Except as authorized in this contract, the Contractor may not subcontract any portion of the performance of this Contract to another without the prior written consent of the Contracting Officer. The terms of any subcontract will be subject to and conform with the provisions of this Contract.

31. **Indemnification.** The Contractor shall defend, indemnify, and hold harmless all government entities involved in this contract, together with the entities' officers, agents, and employees from and against all suits, claims, or liabilities of any kind arising out of acts or omissions of the Contractor, its employees, or the Contractor's subcontractors.

32. **Insurance.** The Contractor represents and warrants that it shall maintain appropriate insurance including general commercial liability and workers compensation coverage in an adequate amount to cover third parties claims arising from or in connection with this Contract. Upon request, the Contractor will provide satisfactory evidence of the insurance required under this article.

33. **Use of Names and Symbols.** Except as required by this Contract, the Contractor will not advertise or otherwise makes public the fact that it is a contractor to the governmental entity in this Contract, nor will the Contractor use the name or emblem of the governmental entity for commercial purposes.

34. **Limitation of Liability.** Except as otherwise provided by an express warranty, the Contractor will not be liable to the governmental entity for consequential damages resulting from any defect or deficiencies in accepted items.

35,. **Inconsistency between English Version and Translation of Contract.** In the event of inconsistency between any terms of this contract and any transaction into another language, the English language meaning shall control.

36.**Correspondence in English.** The Contractor shall ensure that all contract correspondence that is addressed to the governmental entity awarding this contract is submitted in English or with an English translation.

37. **Conflicts of Interest.** The Contractor warrants that no governmental official has received or will be offered by the Contractor any direct or indirect benefit in connection with or arising from the award of this contract. The Contractor agrees that any breach of this provision is a breach of an essential term of this Contract.

38. **Order of Precedence (except for Construction Contracts).** Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order:

a. The schedule of supplies/services.
b. The Assignments, Disputes, Payments, Invoice, Other Compliances clauses of this contract.
c. Addenda to this solicitation or contract, including any license agreements for computer software.
d. Solicitation provisions (if this is a solicitation)

e. The other standard clauses in this contract.
f. Other documents, exhibits, and attachments.
g. The specification (the narrative description of the work)

39. **Other Compliances.** The Contractor shall comply with all applicable laws, rules, and regulations applicable to its performance under this contract.

40. **Source of Funds.** The obligation under this contract is made with Iraqi Funds, as defined in CPA Memorandum Number 4, dated 19 August 2003. No funds, appropriated or other, of any Coalition country are or will be obligated under this contract.

41. **Option to Extend the Term of the Contract.**

a. The governmental entity awarding this contract may extend the term of this contract by written notice to the Contractor within **NOT APPLICABLE** days (insert number of days) prior to the end of the term of the contract, or the end of any option period previously exercised under the contract; provided that the Government entity gives the Contractor a preliminary written notice of its intent to extend at least **NOT APPLICABLE** before the contract period (including option periods exercised) expires. The preliminary notice does not commit the governmental entity to an extension. If the Government exercises this option, the extended contract shall be considered to include this clause.

b. At the end of the contract period, or at the end of the final option period under this contract, whichever is later, if the governmental entity requires continued performance of services within the limits and at the rates specified in the contract, the governmental entity may extend the period of performance under this contract for an additional period not to exceed six months, by giving written notice to the Contractor at least **NOT APPLICABLE** days before the end of the contract period or the end of the final option period exercised, whichever is later.

42. **Liquidated Damages.**

a. If the Contractor fails to perform within the time specified in this contract, the Contractor shall, in place of actual damages, pay to the governmental entity liquidated damages of **$ 0.00** per calendar day of delay.

b. If the governmental entity terminates this contract in whole or in part under the Termination for Cause clause, the Contractor is liable for liquidated damages accruing until the governmental entity reasonably obtains similar delivery or performance. These liquidated damages are in addition to excess costs of repurchase under the Termination for Cause clause.

c. The Contractor will not be charged with liquidated damages when the delay in delivery or performance is beyond the control and without the fault or negligence of the Contractor as defined in the Excusable Delay clause.

# BAGHDAD PUBLIC SERVICE ACADEMY

## STATEMENT OF OBJECTIVES

## TABLE OF CONTENTS


1. SCOPE

2. APPLICABLE DOCUMENTS

3. REQUIREMENTS

    3.1 GENERAL INFORMATION

    3.2 PERIOD OF PERFORMANCE

    3.3 WORKSITE SAFETY

    3.4 FIRE PROTECTION

    3.5 MOTOR POOL OPERATIONS

    3.6 TOOLS AND EQUIPMENT

    3.7 ENVIRONMENTAL PROTECTION

    3.8 FACILITY MANAGEMENT

    3.9 FOOD SERVICE MANAGEMENT

    3.10 CLOTHING ISSUE FACILITY

    3.11 LATRINE AND SHOWER UNITS

    3.12 ELECTRICAL MAINTENANCE

    3.13 BARBER SERVICES

    3.14 MEDICAL SUPPORT

**3.15 BILLETING MANAGEMENT**

**3.16 ANTI-TERRORISM AND FORCE PROTECTION**

**3.17 VISITOR SUPPORT**

**3.18 SELF SERVICE SUPPLY CENTER OPERATIONS**

**3.19 PRINTING AND COPIER SUPPORT**

**3.20 COMMUNICATIONS AND INFORMATION TECHNOLOGY SUPPORT**

**3.21 GOVERNMENT FURNISHED EQUIPMENT**

**3.22 HUMAN RESOURCES/ADMINSTRATION MANAGEMENT**

**3.23 VECTOR MANAGEMENT**

**3.24 GROUNDS MAINTENANCE**

**3.25 ROADS MAINTENANCE**

**3.26 RANGE SUPPORT**

**3.27 ARMOR AND ARMORY SUPPORT**

**3.28 TEMPORARY ACADEMY SUPPORT - NORTH**

**3.29 SEMI-PERMANENT ACADEMY SUPPORT - SOUTH**

**3.30 BAGHDAD STAGING AREA SUPPORT**

**3.30 REPORTS**

**1.0 SCOPE OF WORK.** The Baghdad Public Safety Academy is the primary training academy for Iraqi Public Security Forces including the Iraqi Police Service, the Iraqi Border Protection Service and the Iraqi Facilities Protection Service. The Coalition Provisional Activity has a requirement to provide life support functions to the Academy to facilitate the training of security force personnel. This Statement of Objectives is intended to allow the contractor to use his extensive past experience in providing camp, post or station life support functions in preparing a Statement of Work to support the Baghdad Public Safety Academy (BPSA). The location of the work will be the BPSA located in Baghdad, Iraq at Military Grid Reference System (MGRS) MB 473 884. The contractor will ensure his plan includes a plan for the hiring of Iraqis to include significant management functions.

**2.0 APPLICABLE DOCUMENTS.** The contractor shall attach in appendix form a listing of all applicable documents relating to U.S. labor, safety and work standards that he will comply with. The contractor shall attach in appendix form a listing of all previous efforts of this scope that he has performed.

**3.0 REQUIREMENTS.**

**3.1 GENERAL INFORMATION.** The purpose of the BPSA is to provide full support training to cadets enrolled in the several Iraqi Security Force Services. The existing condition of the BPSA campus is similar to other Iraqi Bases in Iraq. There are approximately 40 total buildings, including warehouses, student billeting, dining facilities and a headquarters building. The general condition of the buildings, facilities, roads, security and grounds is poor. Rehabilitation of the facilities will commence in June 2004 with work expected to complete within one year of Phase I of the rehabilitation. A phase II expansion is planned, but is not currently funded. The contractor should anticipate conditions on the campus similar to bare base support, with the addition of some rehabilitated buildings. The contractor will be expected to execute the contract in austere conditions and extensive cooperation with the Police Academy Staff and the Program Management Office for Construction is required to successfully execute the contract. The anticipated cadre and student population is:

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 May 2004 | Total BPSA Resident Students | 2850 |
| | Military Instructors | 130 |
| | Interpreters | 120 |
| | IPS Student Handlers | 85 |
| | BPSA Staff | 100 |
| | Visitors | 10 |
| | | |
| | Total Daily Population | 3295 |

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 July 2004 | Total BPSA Resident Students | 2850 |
| | Military Instructors | 200 |
| | Interpreters | 200 |
| | IPS Student Handlers | 170 |
| | BPSA Staff | 150 |
| | Visitors | 20 |
| | International Instructors | 250 |
| | Total Daily Population | 3840 |

| Effective Date | BPSA Daily Population | Number |
|---|---|---|
| 01 Jan 2005 | Total BPSA Resident Students | 4600 |
| | Military and International Instructors | 400 |
| | Interpreters | 400 |
| | IPS Student Handlers | 340 |
| | BPSA Staff | 200 |
| | Visitors | 40 |
| | | |
| | Total Daily Population | 5,980 |

Initial student population may be as low as 1500 students per day with a phase in period over six months building up to 4500 per day. The contractor should propose prices for the life support contract based on several student loads: 1-1500; 1501-2500; 2500-4500; 4500-6000.

**3.2 PERIOD OF PERFORMANCE.** The anticipated period of performance is 330 days after award. The contractor should propose a phase in plan that considers providing immediate, critical support, and then phasing in support to achieve full support in as short of time as possible. Shorter timelines are preferable. The contractor should consider force protection, security, anti-terrorism measures, potable water supply and sewage disposal as initial critical tasks to facilitate the implementation of the remaining scope. The Government anticipates two one year options of support.

**3.3 WORKSITE SAFETY.** The contractor will explain in his statement of work how he will comply with applicable U.S. worksite safety laws. The contractor is responsible for the safety of his personnel. The contractor will be responsible for the safety of faculty, student and visitor safety and shall submit with his SOW a plan that addresses worksite safety.

**3.4 FIRE PROTECTION.** The contractor will be responsible for the fire protection services of the facility. The Government will provide 1 Fire Pumper Truck and appropriate facilities for a fire protection crew for the contractor's use. The contractor shall assess existing fire protection equipment and install or replace deficient or missing equipment to include fire extinguishers and miscellaneous equipment. Serious facility deficiencies will be submitted by the contractor to the PCO for correction under a separate construction contract. The contractor should submit in his SOW a description of the services he will perform under the contract and should consider and propose a percentage of fire support/prevention equipment that may need procurement or replacement based on the contractor's extensive past experience. The contractor may expect some work required to establish the fire station including painting, installation of phones and IT equipment.

**3.5 MOTOR POOL OPERATIONS.** The contractor should propose in his SOW a management plan for establishing control of assigned BPSA vehicles, establishing dispatch procedures, establishing preventive maintenance operations and procedures, establish and implement a routine maintenance schedule (lubrication, oil and filter etc), providing all necessary tools and equipment to perform these tasks and ensuring the security of the motor pool fleet. For purposes of preparation of the SOW the contractor can anticipate a fleet of 300 vehicles broken down by: 8 or 12 passenger van - Total: 8; Forklift, medium - 2; 5 or 7 passenger 4WD SUV - Total: 35; 5 Passenger Sedan - Total: 185; Medium cargo truck- Total 40 (F250 or F350 type); Heavy Medium Truck (1 or 2 ton cargo truck) - Total: 10. Passenger Bus - 2. The contractor should assume that there may be variances in the fleet of +/- 15%. The fleet build up will begin at the rate of 100 vehicles per month beginning in June 2004 until complete. All vehicles may be late model vehicles no older than 2003. The vehicle models will be from various suppliers including U.S. and foreign manufacturers. The contractor should provide, based on his extensive past experience, a plan that will provide a maintenance operation that will provide no less than a 85% availability rate of the BPSA fleet with an objective availability rate of 90%.

**3.6 TOOLS AND EQUIPMENT.** The contractor, based on his extensive past experience, shall provide in his SOW an understanding of the tools, equipment and test or diagnosis equipment required to perform all functions in the SOW. The SOW should list tools by management area, or in one annex depending on contractor preference. The intent is to demonstrate an understanding of the scope of the requirement and allow the contractor to determine the appropriate tools required to perform the work. All tasks required to perform this contract will be the contractor's responsibility. The contractor should consider proposing an option that may be executed in the event critical tools or equipment are unavailable.

**3.7 ENVIRONMENTAL PROTECTION.** The contractor will propose an environmental protection plan in accordance with developing Iraqi standards. The contractor will be expected to understand and comply with Iraqi Environmental Protection Standards as they are implemented. At a minimum, the contractor should demonstrate in the SOW those steps he will implement to avoid releasing hazardous, toxic or prohibited material into the environment.

**3.8 FACILITY MANAGEMENT.** The contractor will propose a management plan for the complete operations and management of all existing and planned facilities at the BPSA. The contractor, using his extensive past experience, will demonstrate in his SOW that he understands those tasks required to provide facility management. This includes property book control, hand receipt procedures, maintenance of facilities, control of the usage of facilities, key control, janitorial service, waste management, land scaping, interior/exterior lighting, overall control of all work efforts within facilities, the coordination of facility security, protection and support. The coordination of separately contracted construction activities, the issuing and control of facility security badges, the establishment and control of anti-terrorism procedures. Facilities for the first year will include: Multi story buildings containing 20 classrooms capable of accomodating 720 students, with classroom sizes of approximately 36 students. The classrooms will have full writing tables for the students and will be equipped with tables and chairs. The classrooms will be newly renovated (2004) but the contractor may expect initial conditions to be in non-renovated buildings. The BPSA will have single story open-bay type barracks that will house up to 4600 students with not more than 40 bed spaces per barracks in bunk bed configuration (anticipated) and multi-story barracks/dormitories that house 4 students. Some rehabilitation is complete and planned rehabilitation will begin May 2004. A common room in each dormitory for relaxation that will contain a TV and internet service is planned. There will be a separate women's dormitory. There will be a central laundry drop off and pick up facility in each barracks that the contractor will be expected to service. The BPSA will have a renovated motor pool facility and storage facility and an adjoining fuel station. The contractor can anticipate a dispatch room with telephone and internet service. The BPSA will have a staff dormitory with semi-private rooms for 100 personnel. The BPSA will have three GFE provided storage and maintenance buildings approximately 15m x 20m for equipment and supplies. Administration and support buildings will have appropriate telephone and internet wiring.

**3.9 FOOD SERVICE MANAGEMENT.** The contractor will propose the establishment and support of food service activities. The contractor will use the existing dining facility and will anticipate beginning operation of the second dining facility as a bare bones operation until rehabilitation is complete. This may include feeding operations out of a temporary facility that is contractor provided. The first dining facility will be operational upon award of the contract and the second dining facility will be available at award +6 months. The contractor should propose a plan that time phases the operation of the dining facilities while still supporting the student population. The dining facilities will be of new construction with GFE provided tables, chairs, commercial grade ovens, refrigerators, freezers, sinks and shelves sufficient to prepare and serve up to 50% of the anticipated student load per facility. The kitchens will meet or exceed international safety, hygiene and health regulations. The contractor should anticipate shortage of some utensils and equipment and should plan for maintenance of existing equipment. This may include the procurement and installation of additional tables and chairs, the procurement and installation of additional commercial cooking equipment, cold storage equipment, tools and utensils but in limited quantities. The contractor should plan for the procurement of sufficient quantities of dinner ware and utensils to support feeding operations in accordance with the student and staff population that will be phased in over the life of the contract. The contractor should plan for the establishment of a smaller dining area for the support of dignitaries in accordance with the above listed daily requirement for visitors. It is anticipated that students and faculty will dine in the same general area. The contractor will demonstrate in his SOW that he understands the requirement of establishing, maintaining and operating a quality dining facility. For planning purposes the contractor will propose feeding Breakfast from 0600 - 0800; Lunch from 1100 - 1400; and Dinner from 1800-2000. The contractor shall plan for a late night snack for up to 15% of assigned personnel from 2200-2400. The late night snack should not include cooking but should be geared towards availability of hot or cold drinks and some type of snack. The contractor will propose and demonstrate an understanding of the requirement to provide sufficient services to feed the number of personnel IAW the above phase in plan. The

contractor should assume on site water is non-potable and must plan for providing potable water for dining operations and for general consumption by cadets and staff. This situation may remain for the duration of the contract.

**3.10. CLOTHING ISSUE FACILITY.** The table in Section 3.1 provides the expected build up and steady state loading of the facility. Initial uniform quantities will be provided as GFE. The contractor will be required to establish and operate a Clothing Issue Facility (CIF) using existing Government Furnished Equipment (GFE) buildings. The contractor should anticipate and demonstrate in his SOW that some quantity of equipment and inventory control system will be required. The existing inventory control system can be considered as manual and rudimentary. All clothing and equipment issued will be accounted for using contractor supplied inventory control measures. The contractor will anticipate coordinating budgeting requirements for replenishment of equipment. For planning purposes the below table lists the initial procurement procured and issued to the BPSA. The contractor should anticipate deliveries of this stock occurring during the initial start up phase. The contractor should anticipate emergency requirements and will propose a priced option for emergency requisition of uniforms and equipment.

**POLICE ACADEMY EQUIPMENT**

| Item | Name | Qty Procured |
|---|---|---|
| 1 | Suit, Strike Red Man | 10 |
| 2 | Pistol Simulators | 100 |
| 3 | Bullhorns | 105 |
| 4 | Blunt Trauma Suits | 150 |
| 5 | Red Knife Simulators | 150 |
| 6 | Range Paddles | 260 |
| 7 | Riot Shields | 360 |
| 8 | Target Pasters | 400 |
| 9 | Strike Pads | 650 |
| 10 | Soft Strike Batons | 660 |
| 11 | Gym Mats | 900 |
| 12 | Range Flags | 2000 |
| 13 | Traffic Cones | 3400 |
| 14 | First Aid Kits | 10,000 |
| 15 | Baton Holders | 28,500 |
| 16 | Expandable Batons | 28,500 |
| 17 | Duty Belts | 28,500 |
| 18 | Ear Protection | 28,500 |
| 19 | Eye Protection | 28,500 |
| 20 | Flashlights, Mag type 2 C-cell | 28,500 |
| 21 | Flex Cuffs | 28,500 |
| 22 | Flex Cuff Cutters | 28,500 |
| 23 | Handcuffs | 28,500 |
| 24 | Handcuff holders | 28,500 |
| 25 | Whistles | 28,500 |
| 26 | Helmets w/face shield | 150 |
| 27 | Helmets w/o face shield | 210 |
| 28 | Sweatsuits (top and bottom) | 28,500 |
| 29 | Uniform Shirts | 85,500 |
| 30 | Uniform Pants | 85,500 |
| 31 | Uniform Coat | 36,000 |
| 32 | Uniform Hat | 36,000 |
| 33 | Undergarments | 144,000 |
| 34 | Socks | 144,000 |

| | | |
|---|---|---|
| 35 | Towels | 57,000 |
| 36 | Toiletry Items | 28,500 |

The above list is representative of the initial buy of clothing and equipment. It is not all inclusive, but is meant to provide the contractor with an idea of the types of equipment required for initial distribution and the types of items that will need to be stocked based on the steady state student load. The total stocked line items will exceed the above table, but will be similar items. The contractor will propose the steady state stockage levels and the management means to maintain the stockage levels. The Contractor will provide a priced option to maintain CIF stocks for the initial year of the contract and a priced option for the follow on year. The contractor will demonstrate in his proposal an understanding of equipment stockage requirements and levels required to support a Police Academy of this size.

**3.11 LATRINE AND SHOWER UNITS.** The BPSA will have fixed bathroom facilities in the building. The bathroom facilities for students are shared for each barracks. This can mean up to 40 students share one latrine. The contractor will be responsible for maintenance support of latrine and shower facilities on a 24 emergency basis with routine work orders be conducted during normal work hours. The contractor should propose a management plan for the maintenance of all water and sewage for the BPSA. The existing site plan requires improvements to the sewer line connections. There are existing sewage problems on the site that require immediate attention, the contractor should propose a plan that includes a priced option for portable sewage pumping and disposal. The contractor may expect up to six months of sewage problems until reconstruction work is able to rehabilitate the main lines. The responsibility for sewage line connections is in a separate contract. The contractor should anticipate short duration requirements for a limited number of porta-johns (up to 5) that may be required for off BPSA training. In the case of portable latrine facilities the contractor is responsible for managing activities required to obtaining and maintaining, this may include short term rental from local sources. Fixed utilities will be connected to public utilities.

**3.12 ELECTRICAL MAINTENANCE.** The contractor will be responsible for maintenance of the existing electrical system. The contractor should demonstrate in his management plan an understanding of the Iraqi Electrical System and requirements. The contractor should demonstrate a clear understanding of electrical system maintenance in under-developed countries. This is best provided by citing past work in this area. The contractor will propose on a priced option the procurement, installation and maintenance of backup emergency generators. Back up generators will be included in the renovation of the BPSA and the contractor will be responsible for the servicing, test and maintenance of the installed generators. The priced option will only be executed in the event the existing generators are determined to be insufficient for the purpose or in the event they fail and can not be repaired. The priced option should have sublines that can be executed based on actual conditions on the ground. For instance, if existing lighting is insufficient the option should include emergency lighting and generators for security checkpoints, anti-terrorism procedures and campus security lighting. The option should account for sufficient power availability to maintain BPSA security systems, information systems and emergency lighting. The priority power requirement is to the command operations cell, followed by sensitive items storage areas and emergency lighting. The renovated facilities will be at current cited standards. Panel boards will be have a capacity increase of 10%.

**3.13 BARBER SERVICES.** The contractor will propose a barber service that will provide at no cost to students and faculty basic barber services. GFE space will be provided. The contractor will work under his task for facilities management to designate the barber area.

**3.14 MEDICAL SUPPORT.** The contractor will propose establishment and manning of a medical support clinic using GFE provided space. The provided space will be newly renovated and will include a clinic with two examination rooms, an emergency room, two doctor's offices, four nurse offices, a break room, a storage room and a waiting room. The building will be expandable for future growth. The contractor may expect initial conditions and facilities to be bare base. The contractor should anticipate establishing a medial clinic in a temporary facility until the

permanent facility is finished. The contractor will propose supplies and material to equip the clinic. The contractor should demonstrate in his SOW an understanding of the requirements to perform medical support services up to and including emergency medical support for trauma and life threatening injuries. In the case of life threatening injuries the medical support is intended to stabilize the patient until evacuation to a hospital. Based on the expected large number of students, and the persistent terrorist threat, the contractor should consider a plan for mass casualty drills and exercising the plan on an annual or bi-annual basis. The contractor will propose procedures for evacuation of patients. Consideration should be given to hiring Iraqi staff.

**3.15 BILLETING MANAGEMENT.** The contractor should provide a management plan that demonstrates a clear understanding, based on his extensive experience, of the management of billeting for the student and faculty load listed in Section 3.1. For purposes of the SOW that contractor should assume billeting all students on campus in GFE provided rooms, and billeting up to 100 faculty members. The plan should address management of cleaning, room supply issue such as blankets, pillows etc. The contractor may assume that students are required to maintain their rooms at a high degree of cleanliness. Maid type services are not envisioned, however central laundry pick up in each dormitory and laundry services are required. The contractor should propose a laundry service that as a minimum maintains and sanitizes the bedding stock.

**3.16 ANTI TERRORISM.** The contractor should provide a anti-terrorism plan that includes multiple levels of security. The contractor should consider a identification badge system that provides multiple levels of access depending on status of the personnel. The contractor should propose a system that includes complete facility protection. The renovation of the BPSA initiated in 2004 will include security walls, fences, lighting and controlled access. However, initial conditions will rely heavily on a coordinated effort between contractor provided security, portable lighting and installation of temporary security barriers until permanent measures can be emplaced. The contractor should propose a fixed price option to provide security upgrades in the event shortfalls are determined after management operations begin.

**3.17 VISITOR SUPPORT.** The contractor should propose a plan that provides management of transient visitors as well as visiting dignitaries.

**3.18 SELF SERVICE SUPPLY CENTER.** The contractor should propose a plan to establish, equip and operate a small office supplies type center for issue of common office items to both students and faculty. The contractor's plan should include items to be stocked and stockage levels. For purposes of the plan the contractor should propose a one year supply of common office items.

**3.19 PRINTING AND COPIER SUPPORT.** The contractor should propose a plan to establish, equip and operate a publishing support office to conduct copying services for faculty. The contractor, based on his extensive past experience, should propose quantities of items required to support this plan. The contractor should consider facsimile service as part of this requirement.

**3.20 COMMUNICATIONS AND INFORMATION TECHNOLOGY SUPPORT.** The contractor, based on his extensive past experience, should propose a plan to establish and support communications and IT internal to the boundary of the facility. This includes existing LAN support and existing telephone support. The contractor may plan based on a LAN consisting of 200 existing work stations, and expansion up to 2000 computers. The contractor should expect connectivity requirements to the Internet and WAN connectivity requirements to other police or Government centers. The contractor is not required to establish architecture requirements outside of the existing facilities of the BPSA. The contractor will be provided an existing LAN service and can expect newly renovated buildings to be wired for internet connections and telephone service. Phase I Student barracks will have a central room with a shared internet connection for use of the students. Existing renovated barracks will not have pre-wired internet or telephone lines. The

contractor should propose as a fixed price option establishing areas within the billeting facilities that will serve as "internet cafes" to allow student access during leisure time. The contractor should expect work stations located at each faculty members office/cubicle. The contractor should evaluate the facility map provided in the bidders package and evaluate requirements to expand the main facility LAN to additional buildings. For purposes of the SOW the contractor may assume that existing LAN assets will consist of wiring installed in 2004 and capable of T1 service. The contractor may assume that new facilities will have sufficient LAN wiring and connectivity between locations will be installed as GFE. The contractor should assume that there will be one phone per 5 faculty members and an additional 15% expansion over this requirement. The contractor should assume that there will be phone access based on a ration of 1 phone per 50 students.

**3.21 GOVERNMENT FURNISHED EQUIPMENT.**

3.21.1. New heating, ventilation and air conditioning system. (HVAC). Electric split system heating and cooling units located on slab on grade or roof mounted. All air handling units will be located within mechanical equipment rooms with adequate maintenance clearance.

3.21.2. Generator. Generator power will be connected to essential circuits for emergency lighting, essential equipment, communications center and life safety systems. Exact specifications not available.

3.2.1.3 Vehicles. Approximately 300 vehicles are present at the BPSA. The contractor should plan on leasing a limited number for long term use, but may plan on using fleet vehicles for routine management functions. The ability to manage vehicle requirements will determine the contractor's availability of vehicles. The contractor's proposal should not rely on buying or renting a large number of vehicles to support the BPSA. The contractor should consider proposing a fixed price option to increase vehicles available for supporting the operation of the BPSA, if after contract award it is discovered there are insufficient resources to carry out the support mission and manage the BPSA training mission.

3.2.1.4 Hand Held Radios. Inventory includes 450 Motorola Type (not specifically the brand) UHF hand held radios (Frequency range 430-470). Contractor will be required to manage issue and turn in and manage warranty claims. 21 Base Stations (for the hand held radios) and 281 vehicle installed radios.

3.2.1.5. Furnishings and Equipment. Provided as GFE is $15,000,000 in furnishings and office equipment. The contractor will be responsible for inventory and asset management. Replacement of items will be coordinated through budget estimate requests submitted to the Iraqi Government, through the BPSA financial staff.

3.2.1.6 CIF Equipment. Provided as GFE is $24,500,000 in initial stockage of uniforms and equipment. Uniforms are issued to cadets and require periodic replenishment. The contractor will be responsible for inventory and asset management. Requests for replenishment will be submitted to BPSA financial staff.

3.2.1.7 Firearms Trainer. A multi-lane firearms trainer is provided as GFE. The contractor will be responsible for coordinating maintenance and managing warranty claims.

3.2.1.8 1 x Garbage Truck.

3.2.1.9 Buses x 3.

3.2.10 1 x Fire Pumper Truck

3.2.1.8 Facilities. See Appendix 1 for maps and descriptions.

**3.22 HUMAN RESOURCES AND LOCAL STAFF MANAGEMENT.** The contractor will propose a plan for recruiting, hiring, testing and administration of all local staff related to the above functions. This includes, but is not limited to: legal, forensics, interpreters, facilities maintenance, janitorial, electricians, carpenters, masons, landscapers, waste management, property control, inventory management, office assistants, etc. The contractor will be required to conduct background checks to provide clearances for staff. The contractor should propose a personnel management system to include a payroll and promotion system, evaluation processes and disciplinary processes. The contractor, as part of this task, will be required to hire temporary or day laborers.

**3.23 VECTOR CONTROL.** The contractor shall propose a plan for vector control. Aerial, map and grounds views are provided in the bidder's package.

**3.24 GROUNDS MAINTENANCE.** The contractor shall propose a plan for grounds maintenance. This will initially require extensive work to include installation of irrigation systems to some areas. The contractor may anticipate installing typical shrubberies, palms, flowering plants etc. that are able to survive in the Baghdad climate. The contractor should propose a grounds maintenance plan that utilizes local Iraqi labor and local Iraqi nursery products. The contractor should demonstrate an awareness of local Iraqi labor rates in constructing his plan.

**3.25 ROAD MAINTENANCE.** Existing roads are in poor condition. The contractor should anticipate an initial period that requires road improvement. This includes grading and limited road upgrades to include asphalt improvement. The contractor should anticipate relying heavily on local Iraqi labor. The contractor should propose a plan to maintain roads throughout the contract period, this should include integrating road maintenance, with grounds/landscaping and anti-terrorism and security measures.

**3.26 RANGE SUPPORT.** Training ranges will be utilized within the facility grounds. The contractor will propose training range support that can be executed once the training ranges are available for use.

**3.27 ARMOR AND ARMORY SUPPORT.** The contractor should propose to provide armory, ammunition and armor support for the BPSA. The envisioned support for weapons storage and ammunition storage is currently under a separate warehouse support contract. This option would be executed in the event the planned support fails or is found to be inadequate for support of the facility.

**3.28 TEMPORARY ACADEMY SUPPORT –Al Hilla.** The contractor will propose a fixed price option to support a temporary academy sight located at Al Hilla, Iraq. The contractor should propose an option that provides a complete drop in temporary academy with all required life support as listed above for the BPSA support, except scaled for the projected student load of 250 personnel for a period of six months beginning 20 days after contract award. Quicker is preferred.

**3.29 SEMI-PERMANENT ACADEMY SUPPORT - SOUTH.** The contractor will propose to support a semi-permanent academy on the grounds of BPSA. It is envisioned that the equipment required will deploy by road from holding areas in Kuwait. The projected student daily load is up to 2000 students per day. As the requirement becomes more defined the projected student load of the southern academy may offset the projected student load of the BPSA. The contractor should propose a complete drop in training facility that includes all functions provided for the BPSA. The southern academy is projected to operate for a minimum of 1 year.

**3.30 BAGHDAD INTERNATIONAL AIRPORT STAGING AREA.** The contractor should propose to provide temporary short term limited life support at the Baghdad International Airport (BIAP) for the staging of

students arriving and departing from training. Temporary holding is approximately 2 arrivals and departures of students twice monthly. Each holding time can be up to 2 days. The contractor will provide limited life support such as portable latrines, dining and minimum services required to provide comfort to students waiting for transportation. As part of this service the contractor will be responsible for setting up the area either on a temporary two day basis, or setting up a semi-permanent holding area. Student loads for each arrival/departure are approximately 500 for a total of 1000 students transiting through per month. An area for student sleeping, dining, and relaxation should be provided. If tents are used the tents should have lights and air conditioning.

3.31 **REPORTS.** The contractor will provide monthly reports to the management of the BPSA on: Budget requirements; Status of CIF items; Status of Weapons Inventory; # Personnel being housed; # Personnel being fed; Critical shortages or requirements; Vehicle Fleet Status; Medical Treatment and Trends.

AMENDMENTS

SOO Paragraph 3.1. ADD. Immediate contractor attention is required in the areas of site supervision and management. The contractor should focus on site sanitation and cleanliness, special focus area is the dining facility. Vector control is second priority.

1. SOO Paragraph 3.5: Total expected BPSA vehicles is 100, vice 300.

2. SOO Paragraph 3.14. CHANGE. The initial equipment for the medical clinic will be provided as Government Furnished. The contractor will be responsible for procurement and stocking of expendable items.

3. SOO Paragraph 3.16. CHANGE. Anti-terrorism and force protection measures will be provided by the Government. The contractor should provide a fixed price option to upgrade security but only to include portable generator and light sets for two entry points. Fixed walls and perimeter fencing are provided by the Government.

4. SOO Paragraph 3.20. CHANGE. The contractor will be responsible for providing 1 internet cafe in a central location. The internet cafe will house up to 40 computers. The contractor will be responsible for providing all computers, servers, routers to make the internet cafe operational. An existing, renovated building is provided for this service. The contractor will not be required to provide internet cafes within the single story student billets, but should provide a fixed price option to provide internet areas within the proposed two story student barracks. The new buildings will be pre-wired for internet access.

5. SOO Paragraph 3.21.3. CHANGE. Contractor is responsible for maintenance of only 100 vehicles. Most maintenance tasks on the BPSA can be carried out using John Deere Gator type vehicles.

6. SOO Paragraph 3.21.7. CHANGE. There will be six 10 lane firearms trainers housed in a new range building. These devices will not be on site for a minimum of six months.

7. SOO Paragraph 3.22. ADD. 80% of staffing exists on site, the contractor may consider re-hiring personnel he finds suitable. Specialized staff and instructors such as legal and 2 doctors are currently on staff.

8. SOO Paragraph 3.26. CHANGE. 3 Ranges exist, they are 30 meter handgun ranges with approximately 30 lanes each. A 300 meter rifle range is planned that will have 30 lanes. The ranges are fixed target ranges. The contractor should propose range support, including target support and range maintenance.

9. SOO Paragraph 3.27. CHANGE. The contractor should propose armor and armory support. The armory is currently operational and staffed, however, it does not meet U.S. requirements. After contract award the contractor should install weapons racks and bring the armory up to U.S. armory standards. Existing staff is well trained in weapons repair. Local vendors exist for manufacture of weapons racks. The contractor will be allowed sufficient time to contract and install weapons racks using local labor.

## SEMI-PERMANENT ACADEMY

### 1. PROJECT REQUIREMENTS

#### a. DESCRIPTION OF WORK:

i. **INTENT:** The intent is to provide basic design and construction services to provide an expedient camp of **1250 students**, and **50 instructors** at the Baghdad Regional Pubic Safety Academy which currently exist on approximately 70 acres at coordinates E 44.43253 N 33.33320. The contractor is responsible for the construction of billeting for the personnel and the construction of classroom space for the students and the establishment of a dining facility. All power, water and sewage shall be included for the expedient camp build out. The contractor will propose costs required to renovate the dining facility, construct 2 ranges and install a reverse osmosis water system. Billeting shall include power, air conditioning, shower, and latrine (shower and latrine may be provided as separate facilities). Classrooms shall be powered, lighted, and air conditioned. The dining hall shall be fully furnished with kitchen equipment, and seating furniture. Billeting shall be furnished with beds, lockers, mattresses, and linens. The classrooms shall be furnished with adequate furniture to include teaching aids (white boards, etc).

#### b. CIVIL SITE WORK:

i. Clear and completely remove all debris and rubble on the expedient camp site.
ii. Provide sidewalks, parking areas and hardstands as required for the tent city.
iii. Design and construct two (2) pistol ranges.
iv. Provide sanitary sewer collection system for installed shower and toilet facilities. (only showers if the toilets are porta-potties)
v. The contractor will propose renovation of existing instructor buildings.
vi. Design and construct comprehensive water supply and distribution system for the expedient camp.
vii. Design and construct comprehensive electrical power distribution system to support the expedient camp and kitchen facility. This system can use existing portions of the electrical system, but must also have a back-up system to support 100% of electrical design requirements.
viii. Design, acquire, erect and/or construct either tents or trailers required as the expedient temporary academy camp. If tents are to be used, construct floors that shall be wooden, concrete, or a combination to provide a durable flooring surface.

c. **ARCHITECTURAL:** Facilities shall be expedient in nature and shall be tents or trailers or expedient facilities (or a combination of). Tents shall be designed to reflect heat as much as possible.

d. **AREA DESCRIPTION:** Baghdad Public Safety Academy.

2. **GENERAL REQUIREMENTS:**

a. **CIVIL/SITE WORK:**

i. **DEBRIS, RUBBLE, AND TRASH REMOVAL:** Clear and remove all trash, rubble, debris, and dead vegetation from all areas within the expedient camp area. Pick up all solid waste, place solid waste in covered containers, and empty regularly when full. Prevent contamination of the site or other areas when handling and disposing of waste. Upon project completion, thoroughly clean the entire site. Provide for the removal of all solid waste (including hazardous debris) from the site during all phases of construction. Clear, sweep, and completely remove all trash, rubble, debris, and dead vegetation from roadways, motor pools, parking areas, drainage ditches, and any other civil site areas as directed by the **PROJECT ENGINEER.** Dispose all waste materials and soil off-site.

ii. **STORM WATER MANAGEMENT SYSTEM:** Conduct a site investigation and field check to document the existing site storm water management and drainage system. Make changes to the grade that will adequately serve the expedient camp area to be used in the event of a significant rain storm.

iii. **GRADING AND EXCAVATION:** Grade all areas to provide a uniform sloping surface. Provide fill material as needed to raise grade elevations in built-up areas and to fill low areas, unused ditches, and holes. Grade areas around facilities to slope away from buildings and facilities to provide storm water drainage (except on existing asphalt surface which will retain its existing grade). Provide storm water management basins or pond areas away from developed areas for storm water detention. Compact soil to 90% of maximum density by Standard Proctor.

iv. **CONCRETE:** Design all concrete to have a 28 day compressive strength of 28 MPa or greater. Reinforce slabs with 15 centimeters x 15 centimeters 12 gauge wire mesh or larger. A broom type finish is expected unless otherwise requested. The concrete shall be free from excessive voids or cracks when poured and be wetted sufficiently as to avoid stress cracking due to excessive moisture loss. Compact soils beneath to 100% maximum density determined by the Standard Proctor Method, ASTM D 698 before concrete is poured.

b. **EXPEDIENT CAMP CONSTRUCTION:** Design and construct the expedient camp, either of tents or trailers. Tents or trailer shall be fully furnished with 1 bed per man, 1 wall locker, sufficient lighting and air conditioning. The tent camp shall be constructed such that it is ready for 500 cadets immediately, 1000 cadets on 1 July 2004 and 1,250 cadets on 15 July 2004. The contractor will notify the COR of any delays. Classrooms shall be built to facilitate 30 students per classroom. Classrooms shall be equipped with sufficient desks, or tables with durable chairs and writing surfaces. Each classroom shall be equipped with 1 blackboard, 1 easel with butcher paper and sufficient classroom supplies. Each classroom will be air

conditioned and equipped with fans if required. The classrooms will have sufficient lighting necessary for a classroom environment. The dining facility will be constructed such that it can seat up to 500 personnel per shift. Meals will be served buffet style inside the tent. The dining tent will be furnished with durable tables and chairs and necessary lighting and air conditioning. The dining facility will be decorated with pictures or posters. Sufficient garbage disposal will be provided. Ablution units will be provided in sufficient quantities for classrooms, dining facilities and sleep tents. Concrete or concrete paver walkways will be provided between tent areas and dining and classroom areas. Hardstands will be provided for the siting of generators, water heaters and dumpsters. Paved areas will be provided for parking and access.

c. **RENOVATION OF EXISTING BUILDINGS: INSTRUCTORS' BARRACKS (#7 & 8)** The contractor will provide a proposal for the renovation of the instructor's barracks. This work will include: Provide and install 13 wood division walls in each of the buildings that must reach the height of the ceiling support members, creating a total of 14 separate rooms for the entire building. Each room must include power outlets every 2 meters and be able to support power for a refrigerator, microwave, television, two lamps and two alarm clocks. All windows and doors must have screens to prevent flies and/or mosquitoes from entering and must also have completely laminated glass with a shaded and seamless sheet by removing the pane and replacing the pane back into the frame after laminating. All window security bars must be removed to allow personnel easy exit from window in case of fire. Where rooms don't already have doors, provide and install new steel doors to face the inside areas (opposite the street/parking lot areas). Doors must have laminated glass on the top portion of the door and steel on bottom portion of the door. Each entrance must have a threshold to prevent water from entering rooms as well as a wall mounted fire extinguisher. Relocate all fans to sit on center of each room and relocate their respective switches into their respective rooms. Restore and replace the HVAC system and/or duct work as needed to make a functional HVAC system in the barracks. Provide upgrade to electrical system throughout the barracks facilities to included but not limited to conduit, circuit breaker panels, properly securing exterior electric wires into a secure conduit system, ensuring all electric is properly grounded, etc... Upgrade all toilets to western style toilets; place flush tanks on all urinals; replace, relocate in an interior location and properly ground all new water heaters which are to be set on a stable concrete pad; where there are showers replace shower heads for galvanized style heads and provide waterproof/watertight lighting fixtures above showers; install water curb in shower stalls to keep water from flowing into the rest of the bathroom. Ensure that all septic lines in *bathrooms are clear and cleaned completely. Paint and patch all of the exterior and interior* walls (minimum of three coats) to match the existing conditions. Where broken floor/wall tiles exist, replace tiles to match the existing.

d. **SMALL ARMS RANGES:** The contractor will propose the construction of two Small Arms Ranges in coordination with the construction prime contractor at the site COR. It is the contractor's responsibility to ensure the methods of construction to do not allow for any gunfire ricochets within the range or vicinity.

**25 - METER RANGES:** Construct two, 30-position firing line ranges. Designate each position by weapons stands 5 meters on-center (155 meters long). Elevate the firing line 0.5 meters above the rest of the area at 4m wide. Finish the firing line with a well-graded sand and gravel of 30millimeters (-). Design of range baffling shall be in accordance with attached drawings.

1. **IMPACT AREA BERM:** Impact area shall consist of a compacted soil berm 5m high, beginning 27m back from the firing line. The berm shall be a minimum of 1m wide at the top of the berm and compacted to 90% of maximum density by Standard Proctor.
2. **EARTHEN BERMS:** Construct soil berms on the sides of the range. Berms shall extend from the edges of the firing line at a height of 3meters to the impact berm at a height of 5meters, tapering the height along the way. Compact soil to 90 percent of maximum dry density by Standard Proctor.

e. **SANITARY SEWER SYSTEM:** Ensure that the sanitary sewer system conforms to International Plumbing Code. Do not start construction until approved by **PROJECT ENGINEER.** Upon approval of the design, complete all work associated with the design for the awarded Line Items to provide a comprehensive sanitary sewer system to conform to the requirements in **SUBMITTALS.** Subsequent **CONTRACTORS** shall be responsible for phased design and construction aspects for each relevant phase described herein for a total and complete sanitary sewer system, while meeting all the above-mentioned requirements.

i. **GENERAL:** The **CONTRACTOR** shall provide a system that is independent of the existing system. There must be adequate collection capacity and accessibility for a reasonable service contract to service the system. Design and layout shall accommodate the inhabitants of the camp and expected consumption for design purposes is 200 liters per day per individual. It has been determined that the contractor must provide an independent septic tank for the Expedient Beddown camp. The steel septic tank will placed underground and able to support the populous of 1,250 personnel at the rate of 200 liters per day. The contractor will still make the needed assessment and upgrades to the existing sewer system.

f. **HEATING VENTILATION AND AIR CONDITIONING:** All facilities will be heated and cooled. The contractor will respond to complaints of inadequate heating and cooling a provide rapid response to improve the condition.

g. **ELECTRICAL POWER DISTRIBUTION SYSTEM:** Sufficient power is required to run the camp and all the camp appliances. A stand-alone system is required. At a minimum this will include one primary 1 mw generator and 1 backup 1 mw generator. The contractor will ensure that there is a redundant system in case of failure of the primary system. Adequate consideration for fuel storage and generator placement shall be coordinated with the **PROJECT ENGINEER.** The design shall include a primary power generator to service the kitchen as back up power in case commercial power fails. Additionally, provide two primary generators for the campsite, to include utilities and security lighting; the generators will have paralleling device for automatic generator transfer. The contractor will provide power to the existing classrooms to power air conditioning and lighting until the construction prime contractor has provided primary power to all facilities.

h. **AREA LIGHTING SYSTEM:** The contractor will provide exterior lighting of the tent camp area and surrounding areas for safety. The lighting system will be powered by the contractors generator system.

i. **TESTING AND COMMISSIONING.** After completing the work, demonstrate that all plumbing systems (water and sanitary sewer systems) operate to fully satisfy the design function. Test, adjust, balance and regulate the system and its controls as necessary to meet required design conditions. Include tests for interlocks, safety cutouts and other protective devices to demonstrate safe operation. Carry out all such tests in the presence of the **CONTRACTING OFFICER** or representative and submit full written records of the test data and final settings to the **CONTRACTING OFFICER** to conform to the requirements outlined in **SUBMITTALS.**

j. **POTABLE WATER SUPPLY SYSTEM:** Provide and install a potable water supply system to support the 1250 man camp along with the kitchen facility. The system must have the proper filtration and chlorination system to include but not limited to the proper size and amount of water pumps. The water supply tank will be made of steel and secured properly to a concrete pad. Ensure that the potable water supply system conforms to International Plumbing Code. The water system must be approved by the **PROJECT ENGINEER.** The **CONTRACTOR** shall provide a system that is independent of the existing system. It is the **Government's** understanding that the system will only supply the 1250 man camp shower/latrine facility and kitchen facility. If a local system is employed, there must be adequate supply capacity and accessibility for a reasonable service contract to supply the system. Design and layout shall accommodate the inhabitants of the camp and expected consumption for design purposes is 200 liters per day per individual. The contractor may propose a reverse osmosis water system that can supply the entire academy.

3. **SUBMITTALS:**

a. **GENERAL:** The contractor will submit a program plan, a schedule and a list of procured materials. The plan will include design layout, phasing plan, plan for supporting and servicing the camp, list of materials to be used.

b. **DRAWINGS:** Drawings shall show approximate location of all plumbing equipment, sighting of septic system piping floor plans and control accessories, plumbing riser plans, and equipment schedules. Provide enlarged (1:50 scale) plans and sections for Toilet Rooms, Kitchen and other congested areas.

c. **CATALOG CUTS:** Provide description of all material and furnishings procured to support the camp, provide name of vendor and delivery dates.

d. **DESIGN STANDARDS:**

i.The **CONTRACTOR** shall adhere to the International Building Code, International Electrical Code, International Mechanical Code, International Plumbing Code, and International Fire Code. Construction shall not begin until approval by the **PROJECT ENGINEER.** The **CONTRACTOR** must provide copies of all design specifications and manuals used. A copy of the calculations shall be provided for review. All calculations, standards, and correspondences shall be in English.

ii.The **CONTRACTOR** shall provide engineering and architectural design as required for all work necessary to complete the project. Engineering and architectural professionals registered to work in their respective areas of expertise shall perform the **CONTRACTOR'S**

design. These professional shall be responsible for the design and have complete control over the design. Construction drawings shall be provided for all construction, plumbing installation, electrical distribution design, water system design, and sanitary sewer system design. The ENGINEER or architect shall provide specifications for all piping materials, electric wire, electrical components, generators, pumps, air conditioners, windows, doors, metals, and other materials and equipment as deemed necessary by the **PROJECT ENGINEER**.

e. **SUBMITTAL LIST:** Submissions and acceptance of the following items with the appropriate manufacturer's information (in English and Arabic) shall be accomplished before installation or construction.

i. Site Security Plan
ii. Small Arms Range Designs
iii. Paving Plan and Design
iv. Concrete Plan and Design
v. Sanitary Sewer System Design
vi. Renovation of Existing Buildings Design
vii. Building Equipment and Fixtures: (including cut-outs)
  1. Bathroom fixtures to include toilets, sinks, faucets, showerheads.
  2. Kitchen fixtures.
  3. Pumps, valves, tanks, water heaters.
  4. Air Conditioning Systems, heaters, fans.
  5. Lights (interior and exterior), distribution boxes, transformers, ring gears, transfer switches, generators.
  6. Floor tile, baseboard material, ceramic tiles, windows, window film, window blinds, doors (interior and exterior), door locks.
  7. Fire extinguishers, fire hoses, emergency exit lights.
  8. Interior furniture as designated for camp trailers, administration buildings, dining room, and for classrooms.

viii. Water Supply and Distribution System Design
ix. Electrical Power Supply and Distribution Design
x. Area Lighting Plan and Design
xi. Trailer or Tent Design for Classrooms and for Living Quarters

4. **SPECIAL REQUIREMENTS:**

a. **PROJECT ENGINEER:** The **GOVERNMENT** shall provide a **PROJECT ENGINEER** to ensure quality assurance goals are met. The **CONTRACTOR** shall provide access to the site at all times.

b. **ENGLISH SPEAKING REPRESENTATIVE:** The **CONTRACTOR** shall provide an English-speaking representative on-site to interface with the police academy staff or **PROJECT ENGINEER**. A working English knowledge shall be sufficient for this task provided it is sufficient to understand emergency instructions and report on construction progress.

c. **REPORTS:** The **CONTRACTOR** shall complete a written weekly report for each week's work activities occurred on the site. The **CONTRACTOR** shall provide a verbal update on all daily aspects of the construction to include number of employee workers on site, events of the day

and status of each event in the **CONTRACTOR'S** management plan to show progress toward completion of critical event completion on the critical path. The contractor will provide this report to the Contracting Officer's Representative.

d. **SOLID WASTE DISPOSAL:** All solid waste, debris from the site, and refuse generated during performance of this contract is to be disposed of off-site. The **CONTRACTOR** shall provide dumpsters with a secure cover and painted the standard base color. Keep cover closed at all times, except when being loaded with trash and debris. No burning or burying solid waste is allowed on-site. Each **CONTRACTOR** or **SUB-CONTRACTOR** shall provide a centrally located container for the debris and refuse of each building. Debris and refuse shall be picked up from within the buildings and around the site daily and placed into the containers. Containers shall be emptied, with disposal off-site, as soon as they are full.

e. **CONTRACTOR EMPLOYEE HOUSING:** The **CONTRACTOR** is responsible for providing housing for all employees as required. Workers shall not be billeted on site.

f. **CONTRACTOR EMPLOYEE FACILITIES:** Each **CONTRACTOR** or **SUB-CONTRACTOR** shall provide portable toilets to be used by their workers for the entire length of construction. Place these portable toilets within easy access to the work area.

g. **MOBILIZATION AREA:** A mobilization area shall be provided for the **CONTRACTOR'S** use. This area shall be used for equipment, staging, and office areas. The housing and mobilization area shall be completely and thoroughly restored upon completion of construction.

h. **CONTRACTOR QUALITY ASSUSRANCE:** The **CONTRACTOR** shall establish and enforce a Quality Assurance program. This program shall enforce standards on both materials and workmanship as established by the design engineers and architects. The **CONTRACTOR** shall have at least one employee assigned to Quality Assurance full time, whose only responsibilities shall be quality assurance.

i. **MATERIAL QUALITY:** All materials shall be new and of commercial grade or higher (unless otherwise specified in the proposal and accepted by the **GOVERNMENT**). Any materials of *low or questionable quality shall be rejected by the inspector. Acceptance of the materials will* be by the **PROJECT ENGINEER**. Recommended criteria for the **CONTRACTOR** to follow include any recognized and current British, United States, or International Building Code criteria.

## OPTION CLIN 1009 SEMI-PERMEANENT ACADEMY SCHEDULE

The Following schedule applies to the Semi-Permanent Academy:

**CONTRACT SCHEDULE**

| | Jun-04 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE<br>Event | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | | ▲ | | | | | | | | | | | | | |

# LAUDES CORPORATION

28 June 2004

LTC Eric Maksymyk
Contracting Officer
Coalition Provisional Authority
Baghdad, Iraq

Re: W914NS-04-C-9001, Life Support for BPSA

Dear LTC Maksymyk,

After careful review of the requirements of BPSA we submit the following:

Life Support for BPSA for contract year - $25,190,053
New Facilities to accommodate 1250 students - $6,885,150
Accommodations, classrooms, toilets and showers, and kitchen and dining halls

Total - $32,075,203

LAUDES CORPORATION

Lawrence M. Underwood
Principal

DEPOSITION EXHIBIT 25

Baghdad, Iraq: Karrada Arasat Al-Hindiya 246/1 Qua 929, Street 21, Number 25/1, Hay Babil
Office Tel: +964-1-718-2395; Mobiles: +964-7901913905 +1-914-360-0032; +882162123556З
Paris, France: Tel: +33-1-45776895; Fax: +33-1-40594175; Mobile: +33-6 80224195
Amman, Jordan; Mobile: +962-77-494097
E mail: larry.underwood@laudescorp.com larry_laudes@yahoo.com

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a current valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS.**

**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.**

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO: W914NS-04-C-9001 | ORDER NO.:
6. INVOICE NO./DATE: LC-BPA-001-04, 7-Aug-04
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: Baghdad Police Academy
2. SHIPMENT NO:
3. DATE SHIPPED:
4. B/L: TCN
5. DISCOUNT TERMS: N/A

9. PRIME CONTRACTOR CODE:
Laudes Corp
20, rue de'Ingenier
Robert Keller
75015 Paris france

10. ADMINISTERED BY CODE:
CPA Contracting Activity
Republican Presidential Compound
Baghdad, Iraq
MAJ Lloyd Blackmon

11. SHIPPED FROM (If other than 9) CODE: | FOB:

12. PAYMENT WILL BE MADE BY CODE:
CPA
Republican Presidential Palace
Baghdad, Iraq

13. SHIPPED TO CODE:

14. MARKED FOR CODE:
DFI $

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|---|
| 2001 | Food Service | 47,641.00 | X | each | 11.42 | 544,060.22 |
| 0002 | Bottled water, 5 per individual, per headcount | 47,641.00 | X | lot | 1.72 | 81,942.52 |
| 0003 | Office and Cleaning supplies | 1.00 | X | lot | 5,500.12 | 5,500.12 |
| 0004 | Bottled water, 18.9L | 1,100.00 | X | bottle | 2.75 | 3,025.00 |
| 0005 | Fuel, diesel 3.87 liters to the gallon | 15,762.26 | X | gallon | 1.00 | 15,762.26 |
| 0006 | Furniture, equipment purchases | 1.00 | X | lot | 29,001.73 | 29,001.73 |
| | POP: 20 JUN - 31 JUL 04 | | | | | |
| | GRAND TOTAL: | | | | | 679,291.85 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents
DATE RECEIVED | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
[ ] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents
DATE RECEIVED: 14Aug04 | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: [signature]
TYPED NAME: ROBERT L HAYDEN JR
TITLE: DIR OF LOGISTICS / MOI
MAILING ADDRESS: B-212
OST / MOI
APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 703-343-8307

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED: 14Aug04 | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: [signature]
TYPED NAME: T. Nordgaarden
TITLE: BPSA COR
MAILING ADDRESS:
OST
APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 703-343-

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000 PREVIOUS EDITION IS OBSOLETE. USAPA V4.00

DEPOSITION EXHIBIT 26

# LAUDES CORPORATION

## Invoice

7-Aug-04
Office of Security Transition
Baghdad, Iraq
ATTN: OST J-7

**Contract:** W914NS-04-C-9001 **Order No.:** Letter contract

**Invoice No:** LC-BPA-001-04

**Delivery Point:** Baghdad Police Academy

| CLIN | Description | Quantity | Price | Total Price |
|---|---|---|---|---|
| 2001 | Food service (see attached) | 47,641.00 | 11.42 | 544,060.22 |
| 0002 | Bottled water, 5 bottles per individual per day (see food service attachment for headcount) | 47,641.00 | 1.72 | 81,942.52 |
| 0003 | Office and Cleaning Supplies (see attached) | 1.00 | 5,500.12 | 5,500.12 |
| 0004 | Bottled water, 18.9L bottles (see attached) | 1,100.00 | 2.75 | 3,025.00 |
| 0005 | Fuel, diesel, 3.87 liters to the gallon (see attached) | 15,762.26 | 1.00 | 15,762.26 |
| 0006 | Furniture, Equipment purchases (see attached) | 1.00 | 29,001.73 | 29,001.73 |
| | **Total Invoice Amount** | | | **679,291.85** |

Laudes Corporation - Iraq (LCI). Larry Underwood, Principal
Ansat Al-Hindiya 246, 1 Qua 929, Street 21. Number 25/1. Hay Babil, Baghdad, Iraq
Tel: +964-(0)1-718 2395: Mobiles: +1(914) 360-0032: +964(0)7901913905
Tel: +33-(0)1-45776825: Fax: +33-(0)1-40594375: Mobile: +33-(0)6-80224195
Amman, Jordan: Mobile: +962-(0)77-494097

# MATERIAL I. :TION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for rev. , instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. See comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248) 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a current valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS.**

**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.**

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO: W914NS-04-C-9001 — ORDER NO.:
6. INVOICE NO./DATE: LC-BPA-001-04 - A, 7-Nov-04
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: Baghdad Police Academy
2. SHIPMENT NO:
3. DATE SHIPPED:
4. B/L — TCN
5. DISCOUNT TERMS: N/A

9. PRIME CONTRACTOR — CODE
Laudes Corp
20. rue de'Ingenier
Robert Keller
75015 Paris france

10. ADMINISTERED BY — CODE
CPA Contracting Activity
Republican Presidential Compound
Baghdad, Iraq
MAJ Lloyd Blackmon

11. SHIPPED FROM (If other than 9) — CODE — FOB:

12. PAYMENT WILL BE MADE BY — CODE
CPA
Republican Presidential Palace
Baghdad, Iraq

13. SHIPPED TO — CODE

14. MARKED FOR — CODE
DFI Funds

| 15. ITEM NO | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|---|
| | life support for BPSA, per attached, adjusted for labor costs not previously charged | 1.00 | X | JOB | [redacted] $1,251,028.44 | [redacted] $1,251,028.44 |
| | POP :0 JUN - 31.JUL 04 | | | | | |
| | GRAND TOTAL: | | | | | $1,251,028.44 [redacted] |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE RECEIVED — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME
TITLE
MAILING ADDRESS
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
11.9.04 — [signature]
DATE RECEIVED — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME: Ted G. Nordgaarden
TITLE: Chief, BPSA Logistics
MAILING ADDRESS: CPATT APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 914-822-423 703-343-

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
11.9.04 — [signature]
DATE RECEIVED — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME: Ted G. Nordgaarden
TITLE: Chief, BPSA Logistics
MAILING ADDRESS: CPATT APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 914-822-4233

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000 — PREVIOUS EDITION IS OBSOLETE. — USAPA V4.00

DEPOSITION EXHIBIT 27



US001335

# LAUDES CORPORATION

## Invoice

7-Nov-04

MNSTC-I
ATTN CPATT J-7
Baghdad, Iraq

**Contract:** DABV01-04-C-9001 **Order No.:** Letter contract

**Invoice No:** LC-BPA-001-04 - A **POP:** 20 Jun - 31 Jul 04

**Delivery Point:** Baghdad Police Academy

| CLIN | Description | Quantity | monthly Price | less previous payment | balance due |
|---|---|---|---|---|---|
| 3.4 | Fire protection services | 1.33 | 10,000.00 | - | 13,300.00 |
| 3.5 | Vehicle Maintenance | | | | - |
| | Labor | 1.33 | 10,375.00 | - | 13,798.75 |
| 3.6 | Tools and equipment | 1.00 | - | | - |
| 3.8 | Facilities Maintenance | | | | |
| | Labor - property book, work mgt, work coord | 1.33 | 12,000.00 | | 15,960.00 |
| | Labor - facilities maintenance | 1.33 | 35,000.00 | - | 46,550.00 |
| | Labor - janitorial svc/housekeeping | 1.33 | 200,000.00 | - | 266,000.00 |
| | Waste management (sewage, garbage, dump mgt) | 1.33 | 5,000.00 | - | 6,650.00 |
| | Labor | 1.33 | 24,600.00 | | 32,718.00 |
| | Vehicle support | 1.33 | 54,546.00 | | 72,546.18 |
| | Water systems | | | | |
| | Labor | 1.33 | 18,750.00 | | 24,937.50 |
| | Vehicle support | 1.33 | 22,727.00 | | 30,226.91 |
| 3.9 | Food service, per head, per day | - | 11.42 | | - |
| | ice (2 lbs per head per day) | 101,610.00 | 0.50 | | 50,805.00 |
| | dfac furniture | - | - | | - |
| | Receptions | - | 576.00 | | - |
| | Bottled water, 5 bottles per individual per day | - | 1.72 | | - |
| | Bottled water, 18.9L bottles | - | 2.75 | | - |
| 3.12 | Electrical | | | | |
| | Labor - general and generators | 1.33 | 37,500.00 | - | 49,875.00 |
| 3.13 | Barbers | | | | |
| | Labor | 1.33 | 20,000.00 | | 26,600.00 |
| | Supplies, equipment | - | - | | - |
| 3.14 | Medical support | | | | |
| | Labor (doctors, nurses, pharmacists, dentists, spt staff) | 1.33 | 25,250.00 | - | 33,582.50 |
| | medications | - | - | | - |
| | supplies, equipment | - | - | | - |

683,549.84

**Page 1 Total** [redacted]
**Page 2 Total** 567,478.60
**Total Invoice Amount** [redacted]

$1,251,028.44

Laudes Corporation - Iraq (LCI), Larry Underwood, Principal
Al Mada Arasat Al Hindiya 24th 1 Qua 929, Street 21, Number 25/1, Hay Babil, Baghdad, Iraq
Tel: +964-(0)1-718 2395; Mobiles: +1(914) 360-0032; +964(0)7901913905
Tel: +33-(0)1-45776825; Fax: +33-(0)1-40594375; Mobile: +33-(0)6-80224195
Amman, Jordan: Mobile: +962-(0)77-494097
larry.underwood@laudescorp.com larry_laudes@yahoo.com

# LAUDES CORPORATION

## Invoice

7-Nov-04

MNSTC-I
ATTN: CPATT J-7
Baghdad, Iraq

**Contract:** DABV01-04-C-9001 **Order No.:** Letter contract

**Invoice No:** LC-BPA-005-04 **POP:** 20 Jun - 31 Jul 04

**Delivery Point:** Baghdad Police Academy

| CLIN | Description | Quantity | Price | less previous payment | Total Price |
|---|---|---|---|---|---|
| 3.15 | Billeting services | 1.33 | 8,855.00 | | 11,777.15 |
| | Furniture, Equipment | 1.00 | - | | - |
| | Labor | 1.33 | 8,340.00 | | 11,092.20 |
| | Furniture, Equipment purchases | - | - | | - |
| | Laundry services | 1.33 | 15,000.00 | - | 19,950.00 |
| 3.16 | Force protection | | | | |
| | Badging operations | 1.33 | 8,000.00 | - | 10,640.00 |
| | portable lighting | - | - | | - |
| | T Walls | - | 625.00 | | - |
| | U Bunkers | - | 600.00 | | - |
| | T Barriers | - | - | | - |
| 3.18 | Supply services | | | | |
| | Labor | 1.33 | 7,500.00 | - | 9,975.00 |
| | supplies | - | 33.88 | | - |
| 3.19 | Copier services (estimate) | | | | |
| | Labor | 1.33 | 7,500.00 | - | 9,975.00 |
| | supplies, equipment | - | - | | - |
| 3.21 | Fuel diesel, 3.785 liters to the gallon | - | 1.00 | | - |
| 3.22 | Human Resources and Local Staff Management | | | | |
| | Firearms trainer | 1.33 | 7,500.00 | | 9,975.00 |
| | legal instructors | 1.33 | 20,625.00 | | 27,431.25 |
| | translators | 1.33 | 250,000.00 | | 332,500.00 |
| | day labor | 1.33 | 18,750.00 | | 24,937.50 |
| | temp staff | 1.33 | 16,500.00 | | 21,945.00 |
| | admin staff | 1.33 | 32,500.00 | | 43,225.00 |
| 3.23 | Vector Control Services | 1.33 | 4,600.00 | - | 6,118.00 |
| 3.24 | Grounds maintenance | 1.33 | 10,000.00 | | 13,300.00 |
| 3.25 | Roads Maintenance | 1.00 | 3,000.00 | | 3,000.00 |
| 3.26 | Range Maintenance/Operations | | | | - |
| | Labor | 1.33 | 8,750.00 | - | 11,637.50 |
| | Parts | - | 256.13 | | - |
| | **Page 2 Total** | | | | **567,478.60** |

Laudes Corporation - Iraq (LCI), Larry Underwood, Principal
... Al Hindiya 24th 1 Qua 929, Street 21, Number 25/1, Hay Babil, Baghdad, Iraq
... -(0)1-718 2395; Mobiles: +1(914) 360-0032; +964(0)7901913905
... France ... -(0)1-45776825; Fax: +33-(0)1-40594375; Mobile: +33-(0)6-80224195
Amman, Jordan; Mobile: +962-(0)77-494097
... larry.underwood@laudescorp.com larry_laudes@yahoo.com

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS.**

**SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.**

1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO.: W914NS-04-C-9001 | ORDER NO.:
6. INVOICE NO./DATE: LC-BPA-002-04 7-Aug-04
7. PAGE 1 OF 1
8. ACCEPTANCE POINT: Baghdad Police Academy
2. SHIPMENT NO.:
3. DATE SHIPPED:
4. B/L TCN
5. DISCOUNT TERMS: N/A

9. PRIME CONTRACTOR CODE:
Laudes Corp
20, rue de l'Ingénier
Robert Keller
75015 Paris France

10. ADMINISTERED BY CODE:
CPA Contracting Activity
Republican Presidential Compound
Baghdad, Iraq
MAJ Lloyd Blackmon

11. SHIPPED FROM (If other than 9) CODE: FOB:

12. PAYMENT WILL BE MADE BY CODE:
CPA
Republican Presidential Palace
Baghdad, Iraq

13. SHIPPED TO CODE:

14. MARKED FOR CODE: DFI 4

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | Construction of 1,250 man facilities (deposit) | 1.00 | X | job | 3,502,505.00 | 3,502,505.00 |
| 0002 | Generator | 4.00 | X | job | 108,000.00 | 432,000.00 |
| 0003 | Generator (deposit) | 1.00 | X | job | 85,000.00 | 85,000.00 |
| 0004 | Generator | 1.00 | X | job | 44,400.00 | 44,400.00 |
| 0005 | Generator enclosures (advance) | 1.00 | X | job | 18,900.00 | 18,900.00 |
| | POP: 20 JUN - 31 JUL 04 | | | | | |
| | GRAND TOTAL: | | | | | 4,082,805.00 |

21. CONTRACT QUALITY ASSURANCE

a. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE RECEIVED | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:

b. DESTINATION
☐ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE RECEIVED: 14Aug04 | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: [signature]
TYPED NAME: ROBERT L HAYDEN
TITLE: DIR OF LOGISTICS, MOI
MAILING ADDRESS: OST / MOI APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 703-343- 8307

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED: 14 Aug 04 | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE: [signature]
TYPED NAME: T. Hoogdalden
TITLE: BPSA COR
MAILING ADDRESS: OST APO AE 09316
COMMERCIAL TELEPHONE NUMBER: 703-343-

* If quantity received by the Government is the same as quantity shipped, indicate by (X) mark; if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

DD FORM 250, AUG 2000 PREVIOUS EDITION IS OBSOLETE.

DEPOSITION EXHIBIT 28

# LAUDES CORPO ION

## Invoice

7-Aug-04
Office of Security Transition
Baghdad, Iraq
ATTN: OST J-7

**Contract:** **W914NS-04-C-9001** **Order No.:** **Letter contract**

**Invoice No:** **LC-BPA-002-04**

**Delivery Point:** **Baghdad Police Academy**

| CLIN | Description | Quantity | Price | Total Price |
|---|---|---|---|---|
| 0001 | Construction of 1,250 man facilities (initial payment for work in progress) | 1 | 3,502,505.00 | 3,502,505.00 |
| 0002 | Generator, Caterpiller 810 Kva, installed on site | 4 | 108,000.00 | 432,000.00 |
| 0003 | Generator (deposit on purchase of 2 each 1.8 MW Caterpillers) | 1 | 85,000.00 | 85,000.00 |
| 0004 | Generator, 365 Kva Caterpiller, installed on site | 1 | 44,400.00 | 44,400.00 |
| 0005 | Generator enclosures (advance for construction of 4 enclosures for CLIN 0002; work to start upon receipt of advance) | 1 | 18,900.00 | 18,900.00 |
| | **Total Invoice Amount** | | | **4,082,805.00** |

*Laudes Corporation - Iraq (LCI). Larry Underwood. Principal*
*Karrada Arasat Al-Hindiya 246/1 Qua 929. Street 21, Number 25/1. Hay Babil. Baghdad. Iraq*
*Tel/Off: +964-(0)1-718 2395; Mobiles: +1(914) 360-0032; +964(0)7901913905*
*Paris, France: Tel: +33-(0)1-45776825; Fax: +33-(0)1-40594375; Mobile: +33 (0)6-80224195*
*Amman, Jordan: Mobile: +962-(0)77-494097*
*E-mail: larry.underwood@laudescorp.com larry_laudes@yahoo.com*