# In the United States Court of Federal Claims

No. 07-4C

(Filed: August 20, 2008)

```
**************************************** *
                                         *
LAUDES CORPORATION,                      *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

ORDER

As mutually agreed by counsel for the parties, the Court will hear oral argument on Defendant's Motion for Partial Dismissal, or, in the alternative, for Partial Summary Judgment on September 18, 2008 at 10:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge